# EXHIBIT 10

## U.S. Patent No. 9,825,826 (the "'826 Patent") Exemplary Infringement Chart

      Comcast operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor TC8717 cable modem, Technicolor CGM4140 cable modem, Technicolor CGM4331 cable modem, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX001ANC STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Comcast provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Comcast literally and/or under the doctrine of equivalents infringes the claims of the '826 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

| # | U.S. Patent No. 9,825,826 | Comcast Accused Products and Services |
|---|---|---|
| 1a | A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner. By way of example, the Arris AX013ANM is charted herein. |
| 1b | performing by one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network: | The Accused Set Top Products include one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network, that perform the claimed steps, as described below.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting an analog to digital converter. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC, highlighted in red below. |

| # | U.S. Patent No. 9,825,826 | Comcast Accused Products and Services |
|---|---|---|
|   |   | <br>The Arris AX013ANM has at least one RF connector that couples to a HFC network owned and/or operated by Comcast. |

| # | U.S. Patent No. 9,825,826 | Comcast Accused Products and Services |
|---|---|---|
| 1c | receiving, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels; | The Accused Set Top Products receive, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels. <br><br> Specifically, the Arris AX013ANM has circuitry and/or applicable software modules that receive the entire 1GHz downstream spectrum of a Comcast cable plant. The 1 GHz cable spectrum includes a plurality of data and television channels. |
| 1d | digitizing said received signal to generate a digitized signal; | The Accused Set Top Products digitize said received signal to generate a digitized signal. <br><br> Specifically, the Arris AX013ANM, using the applicable circuitry and/or software modules, digitizes the entire 1GHz downstream spectrum it receives to generate a digitized signal. |
| 1e | selecting a first portion of said digitized signal; | The Accused Set Top Products select a first portion of said digitized signal. <br><br> Specifically, the Arris AX013ANM has circuitry and/or applicable software modules providing advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a first portion of said digitized signal. |
| 1f | selecting a second portion of said digitized signal; | The Accused Set Top Products select a second portion of said digitized signal. <br><br> Specifically, the Arris AX013ANM has circuitry and/or applicable software modules providing advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a second portion of said digitized signal. |
| 1g | processing said selected second portion of said digitized signal to recover information carried in said plurality of channels; | The Accused Set Top Products process said selected second portion of said digitized signal to recover information carried in said plurality of channels. <br><br> Specifically, in the Arris AX013ANM, each digitally tuned channel is provided to a digital demodulator that outputs a transport stream for use in data or broadcast services. |
| 1h | analyzing said selected first portion of said digitized signal | The Accused Set Top Products analyze said selected first portion of said digitized signal to measure a characteristic of said received signal. |

| # | U.S. Patent No. 9,825,826 | Comcast Accused Products and Services |
|---|---|---|
|   | to measure a characteristic of said received signal; and | Specifically, the Arris AX013ANM has circuitry and/or applicable software modules that provide remote diagnostics capabilities including real time, unobtrusive diagnostic and spectrum analysis capabilities. The Arris AX013ANM includes circuitry and/or applicable software modules constituting a signal analyzer that analyzes said selected first portion to determine one or more characteristics of the received signal. |
| 1i | controlling the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages. | The Accused Set Top Products control the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules that provide remote diagnostics capabilities including real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the Arris AX013ANM controls the transmission of network management messages back to said headend based on said measured characteristic of said received signal. Said measured characteristic is different than said network management messages |