1 | Christina Goodrich (SBN 261722)
2 | christina.goodrich@klgates.com
  | Connor J. Meggs (SBN 336159)
3 | connor.meggs@klgates.com
4 | K&L GATES LLP
  | 10100 Santa Monica Boulevard
5 | Eighth Floor
6 | Los Angeles, CA 90067
  | Telephone: +1 310 552 5000
7 | Facsimile: +1 310 552 5001
8 |
  | *Attorneys for Plaintiff*
9 | *Entropic Communications, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01050 |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Entropic Communications, LLC ("Entropic"), by and through its attorneys, K&L Gates LLP, hereby states that Entropic Holdings, LLC is the parent of Entropic, and other than Entropic Holdings, LLC, no other publicly held corporation owns 10% or more stock in Entropic.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Entropic certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Entropic Communications, LLC | Plaintiff |
| Entropic Holdings, LLC | Parent of Plaintiff Entropic Communications, LLC |
| Comcast Corporation | Defendant |
| Comcast Cable Communications, LLC | Defendant |
| Comcast Cable Communications Management, LLC | Defendant |

Dated: February 10, 2023         By:     /s/ Christina N. Goodrich

Christina Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

**Attorneys for Plaintiff Entropic Communications, LLC**

2
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**