| | |
|---|---|
| 1 | Christina Goodrich (SBN 261722) |
| 2 | christina.goodrich@klgates.com |
| 3 | Connor J. Meggs (SBN 336159) |
|   | connor.meggs@klgates.com |
| 4 | K&L GATES LLP |
|   | 10100 Santa Monica Boulevard |
| 5 | Eighth Floor |
| 6 | Los Angeles, CA 90067 |
|   | Telephone: +1 310 552 5000 |
| 7 | Facsimile: +1 310 552 5001 |
| 8 | |
|   | *Attorneys for Plaintiff* |
| 9 | *Entropic Communications, LLC* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01050-JWH-KES |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT – COMCAST CORPORATION** |
| v. | |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT



342711
Law Firm Ref#: 3725885.00004

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC

Plaintiff(s)

vs.

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Defendant(s)

Case No.: 2:23-cv-01050
**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __Tamar Ravid__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Original Complaint for Patent Infringement; Exhibits 1- 17; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges; Standing Order Dated: February 14, 2023 to Comcast Corporation c/o CT Corporation System, located at 330 N. Brand Blvd., Suite 700, Glendale, CA 91203** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Comcast Corporation c/o CT Corporation System personally on the ____ day of _____, 20____ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Diana Ruiz__, Title: __(Authorized Agent)__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __16th__ day of __February__, 20__23__ at __11:33 A.__M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Comcast Corporation c/o CT Corporation System's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt **(attach an additional sheet if needed):**

__/__/__ @ ____ : _____
__/__/__ @ ____ : _____
__/__/__ @ ____ : _____

A description of person with whom the documents were left is as follows:

Sex: __F__   Race: __Hispanic__   Approx. Age: __30__   Height: __5'4__   Weight: __120__   Hair: __Brown__

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __16th__ day of __February__, 20 __23__

_Russell Loza_
Notary Public

_Tamar Ravid_
(Server Signature)

Tamar Ravid # 5967
(Print Name)



RUSSELL LOZA
Notary Public - California
Los Angeles County
Commission # 2364634
My Comm. Expires Jul 7, 2025

SAAFF/342711