1  Christina Goodrich (SBN 261722)
2  christina.goodrich@klgates.com
   Connor J. Meggs (SBN 336159)
3  connor.meggs@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, CA 90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001
8
   *Attorneys for Plaintiff*
9  *Entropic Communications, LLC*
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01050-JWH-KES |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT – COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC** |
| v. | |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT



342714
Law Firm Ref#: 3725885.00004

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC

Case No.: 2:23-cv-01050

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

Plaintiff(s)

vs.

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Defendant(s)

I, _____Tamar Ravid_____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Original Complaint for Patent Infringement; Exhibits 1- 17; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges; Standing Order Dated: February 14, 2023 to Comcast Cable Communications Management, LLC c/o CT Corporation System, located at 330 N. Brand Blvd., Suite 700, Glendale, CA 91203** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Comcast Cable Communications Management, LLC c/o CT Corporation System personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Diana Ruiz__, Title: __(Authorized Agent)__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 16th day of February, 2023 at 11:33 AM.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Comcast Cable Communications Management, LLC c/o CT Corporation System's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

_/_/_ @ ____ : _____
_/_/_ @ ____ : _____
_/_/_ @ ____ : _____

A description of person with whom the documents were left is as follows:

Sex: __F__   Race: __Hispanic__   Approx. Age: __30__   Height: __5'4__   Weight: __120__   Hair: __Brown__

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this __16th__ day of __February__, 20__23__

*Russell Loza*
Notary Public

*Tamar Ravid*
(Server Signature)

Tamar Ravid # 5967
(Print Name)

RUSSELL LOZA
Notary Public - California
Los Angeles County
Commission # 2364634
My Comm. Expires Jul 7, 2025

SAAFF/342714