Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(See attached for additional counsel)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT,<br><br>Defendants. | Case No. 2:23-cv-01050-JWH-KES<br><br>[Assigned to Hon. John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   February 16, 2023<br><br>Current Response:   March 9, 2023<br><br>New Response:       April 8, 2023 |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

# **ATTACHMENT**

Krishnan Padmanabhan (SBN 254220)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Ave., Fl. 40
New York City, NY 10166
Tel.: (212) 294-6700 / Fax: (212) 294-4700

Attorneys for Defendants
COMCAST CORPORATION;
COMCAST COMMUNICATIONS,
LLC; and COMCAST CABLE
COMMUNICATIONS MANAGEMENT

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel enter into this Joint Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3).

**WHEREAS**, Plaintiff served Defendants with the Summons and the Complaint on February 16, 2023 (Dkt. 15, 16, and 17), with a current deadline of time to respond to the Complaint of March 9, 2023;

**WHEREAS**, counsel for Defendants emailed counsel for Plaintiff inquiring as to whether Plaintiff would be agreeable to a 30 day extension of time to respond to the Complaint;

**WHEREAS**, counsel for Plaintiff agreed to provide the requested extension as a professional courtesy;

**WHEREAS**, Defendants have not previously sought or obtained any other extension of time to respond to the Complaint in this case;

**WHEREAS**, the proposed stipulated extension does not exceed thirty (30) days and does not alter any other date or deadline set by the Court in accordance with Local Rule 8-3.

**IT IS HEREBY JOINTLY STIPULATED THAT** the deadline for Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC to respond to Plaintiff's Complaint is extended from March 9, 2023 to April 8, 2023.

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

1

2

3                                        Respectfully submitted,

4

5   Dated: March 8, 2023                 **K&L GATES LLP**

6

7                                        By:/s/  Christina N. Goodrich
                                             Christina N. Goodrich
8                                            Connor J. Meggs

9                                        Attorneys for Plaintiff ENTROPIC
                                         COMMUNICATIONS, LLC
10

11

12  Dated: March 8, 2023                 **WINSTON & STRAWN**

13

14                                       By:/s/ K. Padmanabhan
                                            Krishnan Padmanabhan
15
                                         Attorneys for Defendants
16                                       COMCAST CORPORATION;
                                         COMCAST COMMUNICATIONS,
17                                       LLC; and COMCAST CABLE
                                         COMMUNICATIONS MANAGEMENT
18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**