Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile:  (212) 294-4700

Attorneys for Defendants,
Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC

(*Additional Counsel Listed in Signature Block*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | Case No. 2:23-cv-01050-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Complaint Served: February 16, 2023<br><br>Current Response Date: April 8, 2023<br><br>New Response Date: May 8, 2023 |

JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION FOR DEFENDANTS TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
CASE NO. 2:23-cv-01050-JWH-KES

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively "Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Request an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint, as follows:

**WHEREAS**, the original deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint was March 9, 2023;

**WHEREAS**, on March 8, 2023, the parties filed a stipulation (Dkt. No. 19) to extend the deadline by 30 days for Defendants to answer or otherwise respond to Plaintiff's Complaint;

**WHEREAS**, the stipulation (Dkt. No. 19) extended the deadline of March 9, 2023 to April 8, 2023 for Defendants to answer or otherwise respond to the Complaint;

**WHEREAS**, the current deadline for Defendants to answer or otherwise respond to the Complaint is April 8, 2023;

**WHEREAS**, Plaintiff has asserted 8 patents against Defendants in this case, and Defendants are seeking additional time to consider the claims made by Plaintiff and to answer or otherwise respond to the Complaint;

**WHEREAS**, the Parties have conferred and agree to an additional 30-day extension for Defendants to answer or otherwise respond Plaintiff's Complaint;

**WHEREAS**, the requested additional extension will move Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint from the current deadline of April 8, 2023 to May 8, 2023;

**WHEREAS**, the stipulated extension of Defendants' answer deadline will not impact any other Court deadline;

**IT IS HEREBY JOINTLY STIPULATED THAT** the Parties respectfully request an order from the Court extending the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint from April 8, 2023 up to and including May 8, 2023.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Krishnan Padmanabhan, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: March 30, 2023

**WINSTON & STRAWN LLP**

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

**Counsel for Defendants Comcast Corporation; Comcast Cable Communications, LLC and Comcast Cable Communications Management, LLC**

**K&L GATES LLP**

By: */s/ Christina Goodrich*
Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
Connor.meggs@klgates.com
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (312) 552-5001

**Attorneys for Plaintiff Entropic Communications, LLC**