# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>   Defendants. | Case No. 2:23-cv-01050-JWH-KES<br><br>**[[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Complaint Served: February 16, 2023<br><br>Current Response Date: April 8, 2023<br><br>New Response Date: May 8, 2023 |

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively "Defendants") on the other hand (collectively, the "Parties"), have filed a Joint Stipulation to Request an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint ("Parties' Joint Stipulation"). Having considered the Parties' Joint Stipulation, and for good cause shown, it is hereby ORDERED that:

- The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended up to and including May 8, 2023.

**IT IS SO ORDERED**

Dated: _____, 2023

_____
Hon. John W. Holcomb
United States District Court Judge