1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | Case No.2:23-cv-01050-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Complaint Served: February 16, 2023<br><br>Current Response Date: April 8, 2023<br><br>New Response Date: May 8, 2023 |

1  Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and
2  Defendants Comcast Corporation; Comcast Cable Communications, LLC; and
3  Comcast Cable Communications Management, LLC (collectively "Defendants") on
4  the other hand (collectively, the "Parties"), have filed a Joint Stipulation to Request an
5  Additional 30-Day Extension of Time for Defendants to Answer or Otherwise
6  Respond to Plaintiff's Complaint ("Parties' Joint Stipulation").  Having considered the
7  Parties' Joint Stipulation, and for good cause shown, it is hereby **ORDERED** that the
8  deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is
9  **EXTENDED** up to and including May 8, 2023.

**IT IS SO ORDERED**

Dated: _____March 30_____, 2023

_____
Hon. John W. Holcomb
United States District Judge