Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff
Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC <br><br> Defendants. | Case No.: 2:23-cv-01050-JWH-KES <br><br> **PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** <br><br> [Judge John W. Holcomb; Magistrate Judge Karen E. Scott] |

1

**PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Entropic Communications LLC ("Plaintiff"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.[1]

| | |
|---|---|
| Entropic Communications LLC | Plaintiff; wholly owned subsidiary of Entropic Holdings LLC. |
| Entropic Holdings LLC | Entropic Holdings LLC is a privately held limited liability company with an interest in the outcome of the action. |
| FIG LLC (d/b/a Fortress Investment Group) | FIG LLC (d/b/a Fortress Investment Group) and/or its wholly-owned subsidiaries are investment advisors to private investment funds that own Entropic Holdings LLC, and may have an interest in the outcome of the action. |
| MaxLinear, Inc. | MaxLinear, Inc. is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |
| MaxLinear Communications LLC | MaxLinear Communications LLC is the prior assignee of one or more of the patents in suit, and has an interest in the outcome of the action. |

---

[1] These representations are being made solely for purposes of recusal or disqualification and are not a waiver of any applicable privilege or protection.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | Dated: April 17, 2023 | By: | */s/ Christina N. Goodrich* |
| 4 | | | Christina Goodrich (SBN 261722) |
| 5 | | | Connor J. Meggs (SBN 336159) |
| | | | K&L GATES LLP |
| 6 | | | 10100 Santa Monica Boulevard, |
| 7 | | | 8th Floor |
| | | | Los Angeles, CA 90067 |
| 8 | | | Telephone: (310) 552-5000 |
| 9 | | | Facsimile: (310) 552-5001 |
| 10 | | | **Attorneys for Plaintiff Entropic Communications, LLC** |

3

**PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**