Diana Leiden (SBN: 267606)
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Tel: 213-615-1924

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC,<br><br>                                      Plaintiff(s)<br>v.<br>Comcast Corporation, et al.,<br><br>                                      Defendant(s). | CASE NUMBER<br><br>2:23-cv-01050-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Raghavan, Saranya       of     Winston & Strawn LLP
*Applicant's Name (Last Name, First Name & Middle Initial*           35 W. Wacker Drive
312-558-5600           312-558-5700                                Chicago, IL 60601
*Telephone Number*      *Fax Number*
SRaghavan@winston.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Comcast Corporation; Comcast Cable Communications, LLC, and
Comcast Cable Communications Management, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Leiden, Diana Hughes       of     Winston & Strawn LLP
*Designee's Name (Last Name, First Name & Middle Initial*           333 S. Grand Avenue
267606          213-615-1924          213-615-1750           Los Angeles, CA 90071-1543
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
DHLeiden@winston.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

                                                                **U.S. District Judge/U.S. Magistrate Judge**