1 | KRISHNAN PADMANABHAN (Bar No. 254220)
(kpadmanabhan@winston.com)
2 | WINSTON & STRAWN LLP
200 Park Ave.
3 | New York City, NY 10166
Telephone:   (212) 294-3564
4 | Facsimile:    (212) 294-4700

5 | *Attorney for Defendants*
*Comcast Corporation*
6 | *Comcast Cable Communications, LLC*
*Comcast Cable Communications Management, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | C.A. Case No. 2:23-cv-01050-JWH-KES<br><br>**JOINT STIPULATION TO EXTEND TIME TO DEFENDANTS COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC TO RESPOND TO COMPLAINT**<br><br>Complaint Served: February 16, 2023<br>Current Extended Response: May 8, 2023<br>Requested New Response: May 15, 2023<br><br>Hon. John W. Holcomb |

Plaintiff Entropic Communications, LLC ("Plaintiff) on the one hand and Defendants Comcast Corporation; Comcast Cable Communications LLC; and Comcast Cable Communications Management, LLC (collectively, "Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Request an Additional 7-Day Extension of Time for Defendants to Respond to Plaintiff's Complaint, as follows:

**WHEREAS**, the original deadline for Defendants to respond to Plaintiff's Complaint was March 9, 2023;

**WHEREAS**, the Parties jointly stipulated to extend the deadline to April 8, 2023 for Defendants to respond to the Complaint;

**WHEREAS**, the Parties conferred and agreed to a 30-day extension for Defendants to respond to the Complaint to May 8, 2023;

**WHEREAS**, the Parties have actively been conferring regarding the substance of Defendants' contemplated response to Plaintiff's Complaint;

**WHEREAS**, the requested extension will move Defendants' deadline to respond to Plaintiff's Complaint from the current deadline of May 8, 2023 to May 15, 2023 to allow the parties to continue discussing the substance of Defendants' contemplated response to Plaintiff's Complaint;

**WHEREAS**, the stipulated extensions will not impact any other Court deadline;

**IT IS HEREBY JOINTY STIPULATED THAT** the Parties respectfully request an order from the Court extending the deadline for Defendants to respond to Plaintiff's Complaint from May 8, 2023 up to and including May 15, 2023.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Krishnan Padmanabhan, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 5, 2023

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| */s/ Christina Goodrich* | */s/ Krishnan Padmanabhan* |
| Christina Goodrich (SBN 261722) | Krishnan Padmanabhan (SBN 254220) |
| christina.goodrich@klgates.com | kpadmanabhan@winston.com |
| Connor J. Meggs (SBN 336159) | Winston & Strawn LLP |
| connor.meggs@klgates.com | 200 Park Ave. |
| K&L GATES LLP | New York City, NY 10166 |
| 10100 Santa Monica Blvd. | Telephone: (212) 294-3564 |
| Eighth Floor | Facsimile: (212) 294-4700 |
| Los Angeles, CA 90067 | |
| Telephone: (310) 552-5000 | *Attorney for Defendants* |
| Facsimile: (310) 552-5001 | *Comcast Corporation* |
| | *Comcast Cable Communications, LLC* |
| *Attorneys for Plaintiff* | *Comcast Cable Communications* |
| *Entropic Communications, LLC* | *Management, LLC* |