**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | C.A. Case No. 2:23-cv-01050-JWH-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively "Defendants") on the other hand (collectively, the "Parties"), have filed a Joint Stipulation to Request an Additional 7-Day Extension of Time for Defendants to Respond to Plaintiff's Complaint ("Parties' Joint Stipulation"). Having considered the Parties' Joint Stipulation, and for good cause shown, it is hereby ORDERED that:

- The deadline for Defendants to respond to Plaintiff's Complaint shall be extended up to and including May 15, 2023;

**IT IS SO ORDERED**

Dated: _____, 2023

_____
Honorable John W. Holcomb
United States District Judge