1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　Defendants. | C.A. Case No. 2:23-cv-01050-JWH-KES<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and |
| 2 | Defendants Comcast Corporation; Comcast Cable Communications, LLC; and |
| 3 | Comcast Cable Communications Management, LLC (collectively "Defendants") on |
| 4 | the other hand (collectively, the "Parties"), have filed a Joint Stipulation to Request an |
| 5 | Additional 7-Day Extension of Time for Defendants to Respond to Plaintiff's |
| 6 | Complaint ("Parties' Joint Stipulation").  Having considered the Parties' Joint |
| 7 | Stipulation, and for good cause shown, it is hereby **ORDERED** that the deadline for |
| 8 | Defendants to respond to Plaintiff's Complaint is **EXTENDED** up to and including |
| 9 | May 15, 2023. |
| 10 | **IT IS SO ORDERED** |
| 12 | Dated: May 8, 2023 |

_____
Honorable John W. Holcomb
United States District Judge