# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | CASE NO. 2:23-CV-1048-JWH-KES<br>CASE NO. 2:23-CV-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)** |

**IT IS HEREBY ORDERED** that Defendants' sealing application is **GRANTED.** Due to the highly sensitive nature of their subject matter, the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Pages (as numbered at the bottom of the page): 6. 7, 8, 10, 11, 12 |
| Exhibit A to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit B to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit C to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit D to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                Honorable John W. Holcomb
                                                                United States District Judge