# EXHIBIT D

# TO BE FILED UNDER SEAL