| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | Attorneys for Comcast Defendants. |
| 6 | *(Additional counsel information omitted)* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-01048-JWH-KES<br>CASE NO. 2:23-CV-01050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF COMCAST DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date: June 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

I, Krishnan Padmanabhan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast Defendants" or "Comcast"). I submit this Declaration in support of the Comcast Defendants' Motion to Dismiss under Rule 12(b)(6). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit A** is a true and correct copy of a letter from Entropic's CEO, Mr. Boris Teksler, addressed to Comcast Cable Communications, LLC, received on or around August 17, 2022.

3. Attached as **Exhibit B** is a true and correct copy of a letter from Mr. Seth Kramer, Assistant Deputy General Counsel for Comcast Cable Communications, LLC, addressed to Entropic's CEO, Mr. Boris Teksler, sent on or around October 10, 2022.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Entropic's CEO, Mr. Boris Teksler, addressed to Comcast Cable Communications, LLC, received on or around December 23, 2022.

5. Attached as **Exhibit D** is a true and correct copy of two letters from counsel for Entropic addressed to Comcast Cable Communications, LLC, which were sent on or around February 13, 2023 and received on or around February 15, 2023.

6. Attached as **Exhibit E** is a true and correct copy of the Multimedia over Coax Alliance (MoCA) Intellectual Property Rights (IPR) Policy with a revision date of January 24, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of May, 2023 in New York, NY.

| | |
|---|---|
| Dated: May 15, 2023 | WINSTON & STRAWN LLP |
| | By: */s/ Krishnan Padmanabhan* |
| | Krishnan Padmanabhan |