Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1048-JWH-KES<br>No. 2:23-cv-1050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING COMCAST DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date: June 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

Having considered Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's willful infringement claims, the Court GRANTS the Motion.

Entropic's Complaint alleges that Comcast willfully infringed the asserted patents and that Comcast obtained the requisite knowledge to support a claim of willfulness through pre-suit communications. But Entropic's pre-suit correspondence merely identified a list of more than 250 patent numbers and does not identify any specific patent Comcast purportedly infringed or explain how Comcast supposedly infringed any such patent. As a matter of law, this cannot support a claim of willful infringement. *Dali Wireless, Inc. v. Corning Optical Commc'ns LLC*, No. 20-CV-06469-EMC, 2022 WL 16701926, at *3 (N.D. Cal. Nov. 3, 2022).

For these reasons, the Court GRANTS the Motion and dismisses the willful infringement claims of the Complaint with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated:_____, 2023

_____
Honorable John W. Holcomb
United States District Judge

2

[PROPOSED] ORDER GRANTING COMCAST'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)
NO. 2:23-CV-1048-JWH-KES / NO. 2:23-CV-1050-JWH-KES