1  Krishnan Padmanabhan (SBN: 254220)
   kpadmanabhan@winston.com
2  **WINSTON & STRAWN LLP**
   200 Park Avenue
3  New York, NY 10166
   Telephone: (212) 294-6700
4  Facsimile: (212) 294-4700

5  Attorneys for Comcast Defendants.

6  *(Additional counsel information omitted)*

7

8

9

10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12                   **SOUTHERN DIVISION**

13
   ENTROPIC COMMUNICATIONS,          **No. 2:23-cv-1048-JWH-KES**
14 LLC,                              **No. 2:23-cv-1050-JWH-KES**

15         Plaintiff,

16      v.

17 COMCAST CORPORATION;              **DEFENDANTS' RULE 7.1**
   COMCAST CABLE                     **CORPORATE DISCLOSURE**
18 COMMUNICATIONS, LLC; AND          **STATEMENT AND CIVIL LOCAL**
   COMCAST CABLE                     **RULE 7.1-1 NOTICE OF INTERESTED**
19 COMMUNICATIONS                    **PARTIES**
   MANAGEMENT, LLC,
20
         Defendants.
21

22

23

24

25

26

27

28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Defendants") disclose as follows:

Defendant Comcast Corporation is a Pennsylvania publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Comcast Cable Communications, LLC is a Delaware limited liability company and a wholly owned, indirect subsidiary of Comcast Corporation.  As stated above, Comcast Corporation is a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Comcast Cable Communications Management, LLC is a Delaware limited liability company and a wholly owned, indirect subsidiary of Comcast Corporation.  As stated above, Comcast Corporation is a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

The undersigned, counsel of record for Defendants, certifies that no persons or entities, other than the named parties to this action, have any pecuniary interest in the outcome of this case.

1   Dated:  May 15, 2023                    WINSTON & STRAWN LLP

2                                           By:  */s/ K. Padmanabhan*
3                                                K. Padmanabhan (SBN 254220)
                                                 kpadmanabhan@winston.com
                                                 **Winston & Strawn LLP**
4                                                200 Park Ave., Fl. 40
                                                 New York City, NY 10166
5                                                Phone: 212-294-6700
                                                 Fax: 212-294-4700
6
                                                 Brian Ferguson (*pro hac vice*)
7                                                bferguson@winston.com
                                                 **Winston & Strawn LLP**
8                                                1901 L Street NW
                                                 Washington, DC 20036
9                                                Phone: 202-282-5000
                                                 Fax: 202-282-5100
10
                                                 Saranya Raghavan (*pro hac vice*)
11                                               sraghavan@winston.com
                                                 **Winston & Strawn LLP**
12                                               35 West Wacker, Dr.
                                                 Chicago, IL 60601
13                                               Phone: 312-558-5600
                                                 Fax: 312-558-5700
14
                                                 Attorneys for Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3