Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>Case No. 2:23-cv-01050-JWH-KES<br><br>**PROOF OF SERVICE**<br><br>Assigned to Hon. John W. Holcomb |

1  I am employed in the City and County of San Francisco, State of California. I
2  am over the age of 18 and not a party to the above captioned actions. My business
3  address is 101 California Street, San Francisco, CA 94111.

4  On May 15, 2023, Defendants served the following documents filed under seal
5  in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-
6  01048-JWH-KES) (Dkt. 42); *Entropic Communications, LLC v. Comcast Corporation*
7  *et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 39), respectively:

| Date | Dkt | Description |
|---|---|---|
| 5/15/2023 | 42 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *(Memorandum of Points & Authorities ISO Motion to Dismiss; and Exhibits A, B, C & D to Padmanabhan Declaration in Support Thereof)* under seal 41 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Memorandum of Points & Authorities ISO Motion to Dismiss, # 2 Unredacted Document - Exhibit A to Padmanabhan Decl., # 3 Unredacted Document - Exhibit B to Padmanabhan Decl., # 4 Unredacted Document - Exhibit C to Padmanabhan Decl., # 5 Unredacted Document - Exhibit D to Padmanabhan Decl.)(Padmanabhan, Krishnan) (Entered: 05/15/2023) |
| 05/15/2023 | 39 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *(Memorandum of Points & Authorities ISO Motion to Dismiss; and Exhibits A, B, C & D to Padmanabhan Declaration in Support Thereof)* under seal 38 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Memorandum of Points & Authorities ISO Motion to Dismiss, # 2 Unredacted Document - Exhibit A to Padmanabhan Decl., # 3 Unredacted Document - Exhibit B to Padmanabhan Decl., # 4 Unredacted Document - Exhibit C to Padmanabhan Decl., # 5 Unredacted Document - Exhibit D to Padmanabhan Decl.)(Padmanabhan, Krishnan) (Entered: 05/15/2023) |

I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Christina N. Goodrich
Connor James Meggs
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: christina.goodrich@klgates.com
Email: connor.meggs@klgates.com

James A. Shimota
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
312-807-4299
Fax: 312-827-8000
Email: jim.shimota@klgates.com

Peter E. Soskin
K& L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: peter.soskin@klgates.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2023 at San Francisco, California.

*Ying Lin Steinberg*