Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-01050-JWH-KES |
| v. | |
| COMCAST CORPORATION, et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lenning, Nicholas F.     of     K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     925 Fourth Avenue, Suite 2900
(206) 370-6685     (206) 623-7022     Seattle, WA 98104
*Telephone Number*     *Fax Number*
nicholas.lenning@klgates.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Entropic Communications, LLC

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

and designating as Local Counsel
Goodrich, Christina N.     of     K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     10100 Santa Monica Boulevard, 8th Floor
261722     (310) 552-5547     (310) 552-5001     Los Angeles, CA 90067
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
christina.goodrich@klgates.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge