1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

ENTROPIC COMMUNICATIONS, LLC,

11

Plaintiff,

12

v.

13

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

14
15
16
17

Defendants.

CASE NO. 2:23-CV-1048-JWH-KES
CASE NO. 2:23-CV-1050-JWH-KES

**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)**

18
19
20
21
22
23
24
25
26
27
28

1

1    It is hereby **ORDERED** that Defendants' sealing application is **GRANTED.**

2    Due to the highly sensitive nature of their subject matter, the following materials may

3    be filed under seal:

4

5

| Document | Portion to be Sealed |
| --- | --- |
| Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Pages (as numbered at the bottom of the page): 6. 7, 8, 10, 11, 12 |
| Exhibit A to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit B to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit C to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit D to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |

**IT IS SO ORDERED.**

Dated:  _____ May 17, 2023 _____

Honorable John W. Holcomb
United States District Judge