Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | No. 2:23-cv-1048-JWH-KES<br>No. 2:23-cv-1050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF DAVID L. MARCUS IN SUPPORT OF COMCAST DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1)**<br><br>Date: June 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

<span style="color:red">**REDACTED/PUBLIC VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**</span>