1 | Krishnan Padmanabhan (SBN: 254220)
  | kpadmanabhan@winston.com
2 | **WINSTON & STRAWN LLP**
  | 200 Park Avenue
3 | New York, NY 10166
  | Telephone: (212) 294-6700
4 | Facsimile: (212) 294-4700

5 | Attorneys for Comcast Defendants.

6 | *(Additional counsel information omitted)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendants. | CASE NO. 2:23-CV-01048-JWH-KES <br> CASE NO. 2:23-CV-01050-JWH-KES <br><br> Assigned to Hon. John W. Holcomb <br><br> **DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF COMCAST DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1)** <br><br> Date: June 30, 2023 <br> Time: 9:00 a.m. <br> Courtroom: 9D |

I, Krishnan Padmanabhan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast Defendants" or "Comcast"). I submit this Declaration in support of the Comcast Defendants' Motion to Dismiss under Rule 12(b)(1). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit A** is a true and correct copy of the Comcast-MaxLinear Vendor Service Agreement and Statement of Work, executed on August 1, 2020.

3. Attached as **Exhibit B** is a true and correct copy of the MaxLinear Communications LLC D&B family tree.

4. Attached as **Exhibit C** is a true and correct copy of the February 2018 assignment to MaxLinear Communications LLC.

5. Attached as **Exhibit D** is a true and correct copy of the September 2012 assignment to MaxLinear, Inc. of U.S. Patent App. No. 13/607,916.

6. Attached as **Exhibit E** is a true and correct copy of the September 2012 assignment to MaxLinear, Inc. of U.S. Patent App. No. 14/948,947.

7. Attached as **Exhibit F** is a true and correct copy of the July-August 2013 assignment to MaxLinear, Inc.

8. Attached as **Exhibit G** is a true and correct copy of the June 2010 assignment to MaxLinear, Inc.

9. Attached as **Exhibit H** is a true and correct copy of the February 2015 Agreement and Plan of Merger and Reorganization.

10. Attached as **Exhibit I** is a true and correct copy of the April 2015 assignment to Legacy Entropic.

11. Attached as **Exhibit J** is a true and correct copy of a March 2021

assignment to New Entropic by MaxLinear, Inc..

12. Attached as **Exhibit K** is a true and correct copy of a March 2021 assignment to New Entropic by MaxLinear Communications LLC.

13. Attached as **Exhibit L** is a true and correct copy of New Entropic's Delaware Secretary of State registration.

14. Attached as **Exhibit M** is a true and correct copy of New Entropic's Texas Secretary of State registration.

15. Attached as **Exhibit N** is a true and correct copy of LinkedIn Fortress Profiles.

16. Attached as **Exhibit O** is a true and correct copy of the Fortress Address.

17. Attached as **Exhibit P** is a true and correct copy of an organization chart of Comcast entities.

18. Attached as **Exhibit Q** is a true and correct copy of a Comcast 2020 Form 10-K.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22th day of May, 2023 in New York, NY.

Dated: May 22, 2023              WINSTON & STRAWN LLP

                                 By: */s/ Krishnan Padmanabhan*
                                     Krishnan Padmanabhan