# EXHIBIT O

# Contact

For questions about Fortress, its businesses and opportunities, please contact us by topic, below:

**General Inquiries**

+1 212 798 6100

**Career Opportunities**

For career opportunities at Fortress please
click here (http://careers.fortress.com/).

**Fortress Fund Investor Inquiries:**

**Credit**

creditinvestors@fortress.com (mailto:creditinvestors@fortress.com)

**Private Equity**

peinvestors@fortress.com (mailto:peinvestors@fortress.com)

**Investment / Business Opportunities**

opportunities@fortress.com (mailto:opportunities@fortress.com)

**Media Inquiries**

Gordon Runté, Managing Director

+1 212 798 6082

grunte@fortress.com (mailto:grunte@fortress.com)



## Atlanta

FIG LLC
3290 Northside Parkway NW
Suite 350
Atlanta, GA 30327 USA
+1 404 264 4779
[Map
(https://www.google.com/maps/place/3290+Northside+Pkwy+NW+%23350,+Atlanta,+GA+30327/@33.8447928,-84.4292454,17z/data=!3m1!4b1!4m5!3r
84.4270514)]

## Dallas

FIG LLC
4550 Travis Street
8th Floor
Dallas, TX 75205 USA
+1 972 532 4300
[Map (https://goo.gl/maps/KLP1Yvq2aVK3K7pc9)]

## Greenwich

Fortress Investment Group
411 West Putnam Avenue
Suite 105
Greenwich, CT 06830 USA
+1 203 442 2442
[Map (https://goo.gl/maps/1i6Q374Co9Bsq3Gq9)]

## Hong Kong

Fortress Real Estate (HK) Limited
28/F., AIA Central
No. 1 Connaught Road

Central, Hong Kong
+852 5803 6500
[Map (https://goo.gl/maps/zpJH86NYZQLq68UUA)]

## London

Fortress Investment Group (UK) Limited
7 Clarges Street
London W1J 8AE, Great Britain
+44 20 7290 5600
[Map
(https://www.google.com/maps/place/7+Clarges+St,+Mayfair,+London+W1J,+UK/@51.506778,-0.1471737,17z/data=!3m1!4b1!4m5!3m4!1s0x48760528e
0.144985)]

## Los Angeles

FIG LLC
11611 San Vicente Boulevard
10th Floor
Los Angeles, CA 90049 USA
+1 310 228 3030
[Map (https://goo.gl/maps/mQKkMKo8ndP4gUEq5)]

## Madrid

Fortress Investment Group Iberia S.L.
Calle Don Ramon de la Cruz 1, 3A
Madrid, 28001

[Map (https://goo.gl/maps/2NTZMj4WrpLrSAci7)]

## Menlo Park

FIG LLC
2494 Sand Hill Road
Menlo Park, CA 94025 USA
+1 415 284 7400
[Map
(https://www.google.com/maps/place/2494+Sand+Hill+Rd,+Menlo+Park,+CA+94025/@37.4220677,-122.2052147,17z/data=!3m1!4b1!4m5!3m4!1s0x808f
122.203026)]

## New York

FIG LLC and Fortress Capital Finance III (A) LLC
1345 Avenue of the Americas
46th Floor
New York, NY 10105 USA
+1 212 798 6100
[Map
(https://www.google.com/maps/place/1345+Ave+of+the+Americas,+New+York,+NY+10105/@40.7629891,-73.9812612,17z/data=!3m1!4b1!4m5!3m4!1s0:
73.9790672)]

## Rome

FCF Consulting S.r.l.
Lungotevere Flaminio, 18,
00196 Rome, Italy

+39 06 47971

[Map
(https://www.google.com/maps/place/Lungotevere+Flaminio,+18,+00196+Roma+RM,+Italy/@41.92147,12.4683313,17z/data=!3m1!4b1!4m5!3m4!1s0x13

**Sydney**

Fortress Investment Group (Australia) PTY Limited
Level 19 Gateway
1 Macquarie Place
Sydney NSW 2000, Australia
+61 2 8239 1900
[Map
(https://www.google.com/maps/search/Level+19+Gateway,+1+Macquarie+Place+Sydney+NSW,+2000,+Australia/@-33.8619951,151.207559,17z/data=!3

**Tokyo**

Fortress Investment Group (Japan) GK
Roppongi Hills Mori Tower 29F
6-10-1 Roppongi, Minato-ku
Tokyo 106-6129, Japan
+81 3 6438 4400
[Map
(https://www.google.com/maps/place/Roppongi+Hills/@35.6604404,139.7270388,17z/data=!3m1!5s0x60188b770a535d27:0x58c863518a35dd0a!4m
10-1+Roppongi,+Minato-ku+Tokyo+106-6129,+Japan!3m4!1s0x0:0x5bfe0248594cc802!8m2!3d35.660464!4d139.729249)]

**About Fortress (/about)**

Overview (/about#overview)
History (/about#history)
Leadership (/about#leadership)

**Businesses (/businesses)**

Credit (/businesses/credit)
Private Equity (/businesses/private-equity)
Permanent Capital Vehicles (/businesses/permanent-capital-vehicles)

**Corporate Information**

News (/shareholders/news)
Financial Reports & Filings (/shareholders/financial-reports-and-filings)
Tax Information (/shareholders/tax-information)
UK Tax Strategy (/shareholders/FIG_UK-Tax-Strategy-5-24-2018.pdf)

**Responsibility (/responsibility)**

**SFDR Information (/docs/sustainable-finance-disclosure-regulation-information.pdf)**

**UK MSA (/docs/modern-slavery-statement.pdf)**

**Contact / Offices (/contact)**

**LP Login (https://fort.seiinvestorportal.com/CoreAuth/Login)**

**Careers (http://careers.fortress.com)**

COPYRIGHT © 2023 FORTRESS INVESTMENT GROUP LLC  |  Site Map (/misc/sitemap)  |  Terms of Use (/misc/terms)  |  Privacy Statement (/misc/privacy-statement)