# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1048-JWH-KES**<br>**No. 2:23-cv-1050-JWH-KES**<br><br>Assigned to Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING COMCAST DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1)**<br><br>Date: June 30, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

      Having considered Defendants' Rule 12(b)(1) Motion to Dismiss Plaintiff's Complaint with prejudice, the Court GRANTS the Motion.

      The undisputed facts show that in August 2020, Defendants entered into an agreement with MaxLinear, Inc., the predecessor in interest to all asserted patents. The asserted patents were subsequently transferred to Plaintiff in March 2021, subject to any legal encumbrances associated with those patents. *Datatreasury Corp. v. Wells Fargo & Co.*, 522 F.3d 1368, 1372 (Fed. Cir. 2008). Therefore, Plaintiff lacks standing to sue Comcast Defendants for patent infringement of the asserted patents.

      For these reasons, the Court GRANTS the Motion and dismisses the Complaint with prejudice under Rule 12(b)(1) for lack of standing.

**IT IS SO ORDERED.**

Dated:_____, 2023

                                            Honorable John W. Holcomb
                                            United States District Judge

2

[PROPOSED] ORDER GRANTING COMCAST'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1)
NO. 2:23-CV-1048-JWH-KES / NO. 2:23-CV-1050-JWH-KES