Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>Case No. 2:23-cv-01050-JWH-KES<br><br>**CERTIFICATE OF SERVICE**<br><br>Assigned to Hon. John W. Holcomb |

1  I am employed in the City and County of San Francisco, State of California. I
2  am over the age of 18 and not a party to the above captioned actions. My business
3  address is 101 California Street, San Francisco, CA 94111.

4  On May 22, 2023, Defendants served the following documents filed under seal
5  in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-
6  01048-JWH-KES) (Dkt. 54); *Entropic Communications, LLC v. Comcast Corporation*
7  *et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 51), respectively:

| | | |
|---|---|---|
| 05/22/2023 | 54 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *( Motion to Dismiss, Exhibits A and P to Padmanabhan Declaration, and Declaration of David L. Marcus)* under seal 53 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Motion to Dismiss, # 2 Unredacted Document - Exhibit A to Padmanabhan Decl., # 3 Unredacted Document - Exhibit P to Padmanabhan Decl., # 4 Unredacted Document - Declaration of David Marcus)(Padmanabhan, Krishnan) (Entered: 05/22/2023) |
| 05/22/2023 | 51 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *(Motion to Dismiss, Exhibits A and P to Padmanabhan Declaration, and Declaration of David L. Marcus)* under seal 50 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Motion to Dismiss, # 2 Unredacted Document - Exhibit A to Padmanabhan Decl., # 3 Unredacted Document - Exhibit P to Padmanabhan Decl., # 4 Unredacted Document - Declaration of David Marcus)(Padmanabhan, Krishnan) (Entered: 05/22/2023) |

I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Christina N. Goodrich
Connor James Meggs
K&L Gates LLP

| | |
|---|---|
| 1 | 10100 Santa Monica Boulevard, 8th Floor |
| 2 | Los Angeles, CA 90067<br>310-552-5000<br>Fax: 310-552-5001 |
| 3 | Email: christina.goodrich@klgates.com<br>Email: connor.meggs@klgates.com |
| 4 | |
| 5 | James A. Shimota<br>K&L Gates LLP |
| 6 | 70 West Madison Street, Suite 3100<br>Chicago, IL 60602 |
| 7 | 312-807-4299<br>Fax: 312-827-8000 |
| | Email: jim.shimota@klgates.com |
| 8 | |
| 9 | Peter E. Soskin<br>K& L Gates LLP |
| 10 | 4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 11 | 415-882-8200<br>Fax: 415-882-8220 |
| 12 | Email: peter.soskin@klgates.com |
| 13 | Nicholas F. Lenning<br>K and L Gates LLP |
| 14 | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 15 | 206-370-6685<br>Fax: 206-623-7022 |
| | Email: nicholas.lenning@klgates.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2023 at San Francisco, California.

*/s/ Ying Lin Steinberg*
Ying Lin Steinberg