1
2
3
4
5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-1048-JWH-KES<br>CASE NO. 2:23-CV-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1)** |

**IT IS HEREBY ORDERED** that Defendants' sealing application is **GRANTED.** Due to the highly sensitive nature of their subject matter, the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss<br><br>• Case No. 23-cv-1048<br>    ○ Dkt. 53-2<br>    ○ Dkt. 55<br>• Case No. 23-cv-1050<br>    ○ Dkt. 50-2<br>    ○ Dkt. 52 | Pages (as numbered at the bottom of the page): 2, 22 |

**IT IS SO ORDERED.**

Dated: _____

                                                    Honorable John W. Holcomb
                                                    United States District Judge