**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-1048-JWH-KES<br>CASE NO. 2:23-CV-1050-JWH-KES<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1)** |

It is hereby **ORDERED** that Defendants' sealing application is **GRANTED**. Due to the alleged highly sensitive nature of their subject matter, the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Notice of Motion and Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Pages (as numbered at the bottom of the page): 1-2, 8-10, 12-23 |
| Exhibit A to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Exhibit P to the Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Entirety |
| Declaration of David L. Marcus in support of Defendants' Motion to Dismiss | Entirety |

IT IS SO ORDERED.

Dated: May 23, 2023

Honorable John W. Holcomb
United States District Judge