1   Krishnan Padmanabhan (SBN: 254220)
    kpadmanabhan@winston.com
2   **WINSTON & STRAWN LLP**
    200 Park Avenue
3   New York, NY 10166
    Telephone: (212) 294-6700
4   Facsimile: (212) 294-4700

5   Attorneys for Comcast Defendants.

6   *(Additional counsel information omitted)*

7

8

9

10

11

12

13            **UNITED STATES DISTRICT COURT**

              **CENTRAL DISTRICT OF CALIFORNIA**

14

15  ENTROPIC COMMUNICATIONS,        **No. 2:23-cv-1048-JWH-KES**
    LLC,                            **No. 2:23-cv-1050-JWH-KES**
16
                                    Assigned to Hon. John W. Holcomb
            Plaintiff,
17                                  **DECLARATION OF**
         v.                         **DAVID L. MARCUS IN SUPPORT OF**
18                                  **COMCAST DEFENDANTS' MOTION**
    COMCAST CORPORATION;            **TO DISMISS UNDER FED. R. CIV. P.**
19  COMCAST CABLE                   **12(B)(1)**
    COMMUNICATIONS, LLC; AND
20  COMCAST CABLE                   Date: June 30, 2023
    COMMUNICATIONS                  Time: 9:00 a.m.
21  MANAGEMENT, LLC                 Courtroom: 9D

22  Defendants.

23

24

25      REDACTED/PUBLIC  VERSION OF DOCUMENT
26         PROPOSED TO BE FILED UNDER SEAL

27

28