# EXHIBIT C

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                        EPAS ID: PAT6631420
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ENTROPIC COMMUNICATONS LLC | 02/13/2018 |

### RECEIVING PARTY DATA

| Name: | MAXLINEAR COMMUNICATIONS LLC |
|---|---|
| Street Address: | 5966 LA PLACE COURT |
| Internal Address: | SUITE 100 |
| City: | CARLSBAD |
| State/Country: | CALIFORNIA |
| Postal Code: | 92008 |

### PROPERTY NUMBERS Total: 157

| Property Type | Number |
|---|---|
| Application Number: | 16926067 |
| Application Number: | 16883504 |
| Application Number: | 16735995 |
| Application Number: | 16695234 |
| Application Number: | 16693852 |
| Application Number: | 16681244 |
| Application Number: | 16595527 |
| Application Number: | 16430533 |
| Application Number: | 16391402 |
| Application Number: | 16371842 |
| Application Number: | 16237410 |
| Application Number: | 16188962 |
| Application Number: | 16161466 |
| Application Number: | 16109396 |
| Application Number: | 16004477 |
| Application Number: | 15975946 |
| Application Number: | 15974783 |
| Application Number: | 15926153 |
| Application Number: | 15904911 |

| Property Type | Number |
|---|---|
| Application Number: | 15881000 |
| Application Number: | 15860400 |
| Application Number: | 15832997 |
| Application Number: | 15832390 |
| Application Number: | 15830072 |
| Application Number: | 15808431 |
| Application Number: | 15717550 |
| Application Number: | 15632826 |
| Application Number: | 15632677 |
| Application Number: | 15598349 |
| Application Number: | 15426253 |
| Application Number: | 15275180 |
| Application Number: | 15156389 |
| Application Number: | 15155860 |
| Application Number: | 15083816 |
| Application Number: | 15045674 |
| Application Number: | 15037931 |
| Application Number: | 15030751 |
| Application Number: | 15001718 |
| Application Number: | 14978049 |
| Application Number: | 14962637 |
| Application Number: | 14960498 |
| Application Number: | 14933821 |
| Application Number: | 14882937 |
| Application Number: | 14877598 |
| Application Number: | 14861198 |
| Application Number: | 14829036 |
| Application Number: | 14801149 |
| Application Number: | 14774845 |
| Application Number: | 14510971 |
| Application Number: | 14451359 |
| Application Number: | 14394800 |
| Application Number: | 14383623 |
| Application Number: | 14334443 |
| Application Number: | 14302152 |
| Application Number: | 14188328 |
| Application Number: | 14177707 |
| Application Number: | 14165005 |

| Property Type | Number |
|---|---|
| Application Number: | 14158484 |
| Application Number: | 14154101 |
| Application Number: | 14082544 |
| Application Number: | 14081512 |
| Application Number: | 13735957 |
| Application Number: | 13584541 |
| Application Number: | 13556040 |
| Application Number: | 13471613 |
| Application Number: | 13466582 |
| Application Number: | 13448639 |
| Application Number: | 13403144 |
| Application Number: | 13402014 |
| Application Number: | 13397443 |
| Application Number: | 13355413 |
| Application Number: | 13335735 |
| Application Number: | 13334975 |
| Application Number: | 13325418 |
| Application Number: | 13220530 |
| Application Number: | 13213370 |
| Application Number: | 13090907 |
| Application Number: | 13075719 |
| Application Number: | 13041662 |
| Application Number: | 13032580 |
| Application Number: | 13027030 |
| Application Number: | 13013795 |
| Application Number: | 12955642 |
| Application Number: | 12895312 |
| Application Number: | 12862636 |
| Application Number: | 12833827 |
| Application Number: | 12822676 |
| Application Number: | 12820382 |
| Application Number: | 12819106 |
| Application Number: | 12709435 |
| Application Number: | 12689858 |
| Application Number: | 12688559 |
| Application Number: | 12688535 |
| Application Number: | 12688518 |
| Application Number: | 12686645 |

| Property Type | Number |
| --- | --- |
| Application Number: | 12635649 |
| Application Number: | 12581063 |
| Application Number: | 12580227 |
| Application Number: | 12580127 |
| Application Number: | 12579312 |
| Application Number: | 12558781 |
| Application Number: | 12557288 |
| Application Number: | 12538339 |
| Application Number: | 12477339 |
| Application Number: | 12473656 |
| Application Number: | 12415875 |
| Application Number: | 12414892 |
| Application Number: | 12336975 |
| Application Number: | 12245535 |
| Application Number: | 12245498 |
| Application Number: | 12241629 |
| Application Number: | 12165528 |
| Application Number: | 12117890 |
| Application Number: | 12031496 |
| Application Number: | 12027228 |
| Application Number: | 12027216 |
| Application Number: | 12027202 |
| Application Number: | 12016998 |
| Application Number: | 12015774 |
| Application Number: | 12015773 |
| Application Number: | 12015760 |
| Application Number: | 11938770 |
| Application Number: | 11938283 |
| Application Number: | 11763359 |
| Application Number: | 11618922 |
| Application Number: | 11555685 |
| Application Number: | 11553456 |
| Application Number: | 11538627 |
| Application Number: | 11537628 |
| Application Number: | 11292947 |
| Application Number: | 11292939 |
| Application Number: | 11241748 |
| Application Number: | 11231349 |

| Property Type | Number |
|---|---|
| Application Number: | 11229297 |
| Application Number: | 11164768 |
| Application Number: | 11027999 |
| Application Number: | 11027952 |
| Application Number: | 10961863 |
| Application Number: | 10889975 |
| Application Number: | 10735523 |
| Application Number: | 10735521 |
| Application Number: | 10734604 |
| Application Number: | 10734603 |
| Application Number: | 10734535 |
| Application Number: | 10675566 |
| Application Number: | 10386094 |
| Application Number: | 10322834 |
| Application Number: | 10310255 |
| Application Number: | 10289011 |
| Application Number: | 10215609 |
| Application Number: | 10167158 |
| Application Number: | 10071771 |
| Application Number: | 10003062 |
| Application Number: | 09965242 |
| Application Number: | 09910412 |
| Application Number: | 09904432 |
| Application Number: | 09443054 |

## CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (312)775-8100 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 3127758000 |
| Email: | mhmpto@mcandrews-ip.com |
| Correspondent Name: | MCANDREWS, HELD & MALLOY |
| Address Line 1: | 500 WEST MADISON STREET |
| Address Line 2: | FLOOR 34 |
| Address Line 4: | CHICAGO, ILLINOIS 60661 |

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | MAXLINEAR 03600-76698US01 |
| NAME OF SUBMITTER: | CHRISTOPHER C. WINSLADE |
| SIGNATURE: | /Christopher C. Winslade/ |
| DATE SIGNED: | 03/30/2021 |

**Total Attachments: 3**
source=Name change Amendment w Apostille (DE)- Maxlinear#page1.tif
source=Name change Amendment w Apostille (DE)- Maxlinear#page2.tif
source=Name change Amendment w Apostille (DE)- Maxlinear#page3.tif

# Apostille

(Convention de La Haye du 5 Octobre 1961)

1. Country: United States of America

   This public document:
2. has been signed by Jeffrey W. Bullock
3. acting in the capacity of Secretary Of State Of Delaware
4. bears the seal/stamp of Office Of Secretary Of State

## Certified

5. at Dover, Delaware
6. third day of December, A.D. 2019
7. by Secretary of State, Delaware Department of State
8. No.204127744
9. Seal/Stamp:     10. Signature:

*Jeffrey W. Bullock, Secretary of State*

**PATENT**
**REEL: 055776 FRAME: 0488**



# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ENTROPIC COMMUNICATIONS, LLC", CHANGING ITS NAME FROM "ENTROPIC COMMUNICATIONS, LLC" TO "MAXLINEAR COMMUNICATIONS LLC", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF FEBRUARY, A.D. 2018, AT 2:51 O`CLOCK P.M.



5685495  8100
SR# 20198411278

Authentication: 204127743
Date: 12-03-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:51 PM 02/20/2018
FILED 02:51 PM 02/20/2018
SR 20181153630 - File Number 5685495

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: Entropic Communications LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> Article First:  The name of the limited liability company is:  MaxLinear Communications LLC

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the __13__ day of __February__, A.D. __2018__.

By: _____
Authorized Person(s)

Name: __K. Seendripu__
Print or Type

PATENT
REEL: 055776 FRAME: 0490
RECORDED: 03/30/2021