# EXHIBIT F

502445573       08/05/2013

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Curtis Ling | 07/21/2013 |
| Sridhar Ramesh | 07/23/2013 |
| Timothy Gallagher | 08/02/2013 |

RECEIVING PARTY DATA

| Name: | MaxLinear, Inc. |
|---|---|
| Street Address: | 2051 Palomar Airport Rd. |
| Internal Address: | Ste. 100 |
| City: | Carlsbad |
| State/Country: | ILLINOIS |
| Postal Code: | 60661 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13948444 |

CORRESPONDENCE DATA

| Fax Number: | 3127758100 |
|---|---|
| Correspondence will be sent via US Mail when the fax attempt is unsuccessful. | |
| Phone: | 312-775-8000 |
| Email: | mhmpto@mcandrews-ip.com |
| Correspondent Name: | McAndrews, Held & Malloy, Ltd. |
| Address Line 1: | 500 W. Madison St. |
| Address Line 2: | 34th Fl. |
| Address Line 4: | Chicago, ILLINOIS 60661 |

| ATTORNEY DOCKET NUMBER: | 25052US02 |
|---|---|
| NAME OF SUBMITTER: | Chad M. Gilles |
| Signature: | /Chad M. Gilles/ |

OP  $40.00  13948444

PATENT
502445573                                          REEL: 030940 FRAME: 0405

| Date: | 08/05/2013 |
|---|---|
| Total Attachments: 4 source=25052US02_Assignment_executed#page1.tif source=25052US02_Assignment_executed#page2.tif source=25052US02_Assignment_executed#page3.tif source=25052US02_Assignment_executed#page4.tif | |

Docket No.25052US02

Assignment of rights for patent application entitled:
"Method and System for Service Group Management in a Cable Network"

| Docket No: | 25052US02 | Serial No: | 13/948,444 |
|---|---|---|---|
| Inventors: | Curtis Ling, Sridhar Ramesh, Timothy Gallagher | Filed on: | July 23, 2013 |

  In consideration of One Dollar ($1.00) and other good and valuable considerations in hand paid, the receipt and sufficiency whereof are hereby acknowledged, each of the undersigned hereby assigns to <u>MaxLinear, Inc</u>, incorporated under the laws of the state of <u>Delaware</u>, its successors and assigns, the entire right, title and interest in the invention or improvements of the undersigned disclosed in an application for Letters Patent of the United States, entitled: <u>"Method and System for Service Group Management in a Cable Network"</u> and identified as File No.<u>25052US02</u>, in the offices of McANDREWS, HELD & MALLOY, LTD., and in a provisional application filed in the United States Patent and Trademark Office as Serial No. <u>61/674742</u> on <u>July 23, 2012</u>, and in said application and any and all other applications, both United States and foreign, which the undersigned may file, either solely or jointly with others, on said invention or improvements, and in any and all Letters Patent of the United States and foreign countries, which may be obtained on any of said applications, and in any continuation, continuation-in-part, divisional, re-examination, reissue or extension of such patents, and further assigns to said assignee the priority right provided by the International Convention.

  Each of the undersigned hereby authorizes and requests the Commissioner of Patents and Trademarks to issue said Letters Patent to said assignee. Each of the undersigned hereby authorizes and requests the attorneys of record in said application to insert in this assignment the filing date and serial number of said application when officially known. Each of the undersigned warrants himself/herself to be the owner of the entire right, title and interest in said invention or improvements and to have the right to make this assignment, and further warrants that there are no outstanding prior assignments, licenses, or other encumbrances on the interest herein assigned.

  For said considerations, each of the undersigned hereby agrees, upon the request and at the expense of said assignee, its successors and assigns, to execute any and all continuation, continuation-in-part, divisional, re-examination, extension, and substitute applications for said invention or improvements, and any necessary oath, affidavit or declaration relating thereto, and any application for the reissue, re-examination, or extension of any Letters Patent that may be granted upon said application, and any and all applications and other document for Letters Patent in foreign countries on said invention or improvements, that said assignee, its successors or assigns may deem necessary or expedient, and for the said considerations each of the undersigned authorizes said assignee to apply for patents for said invention or improvements in its own name in such countries where such procedure is proper and further agrees, upon the request of said assignee, its successors and assigns, to cooperate to the best of the ability of the undersigned with said assignee, its successors and assigns, in any proceedings or transactions involving such applications or patents, including the preparation and execution of preliminary statements, giving and producing evidence and performing any and all other acts necessary to obtain said Letters Patent, both United States and foreign, and vest all rights therein hereby conveyed in the assignee, its successors and assigns, whereby said Letters Patent will be held and enjoyed by the said assignee, its successors and assigns, to the full end of the term for which said Letters Patent will be granted, as fully and entirely as the same would have been held and enjoyed by the undersigned if this assignment had not been made.

Docket No.25052US02

Assignment of rights for patent application entitled:
"Method and System for Service Group Management in a Cable Network"

I have read and accept the terms of this assignment of rights:

Printed Name: Curtis Ling

Signature: *[signed]*

Date: 21 JUL 2013

PATENT
REEL: 030940 FRAME: 0408

Docket No. 35032US03

Assignment of rights for patent application entitled:
"Method and System for Service Group Management in a Cable Network"

I have read and accept the terms of this assignment of rights:

Printed Name: Sridhar Ramesh

Signature: *[signed]*

Date: 07/23/2013

3 of 4

PATENT
REEL: 030940 FRAME: 0409

Docket No.25052US02

Assignment of rights for patent application entitled:
"Method and System for Service Group Management in a Cable Network"

I have read and accept the terms of this assignment of rights:

Printed Name: Timothy Gallagher

Signature: *Timothy Gallagher*

Date: 8/2/2013

4 of 4