# EXHIBIT G

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Madhukar Reddy | 06/28/2010 |
| Curtis Ling | 06/28/2010 |
| Tim Gallagher | 06/28/2010 |

RECEIVING PARTY DATA

| Name: | MaxLinear, Inc. |
|---|---|
| Street Address: | 2051 Palomar Airport Road, Suite 100 |
| City: | Carlsbad |
| State/Country: | CALIFORNIA |
| Postal Code: | 92011-1462 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 12762900 |

CORRESPONDENCE DATA

Fax Number:           (415)576-0300
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:                415-576-0200
Email:                Docket@Townsend.com
Correspondent Name:   TOWNSEND AND TOWNSEND AND CREW, LLP
Address Line 1:       TWO EMBARCADERO CENTER
Address Line 2:       EIGHTH FLOOR
Address Line 4:       SAN FRANCISCO, CALIFORNIA 94111-3834

| ATTORNEY DOCKET NUMBER: | 022287-002710US |
|---|---|
| NAME OF SUBMITTER: | Ardeshir Tabibi |

Total Attachments: 1
source=Assignment#page1.tif

501222552

PATENT
REEL: 024628 FRAME: 0565

12762900
CH $40.00

Attorney Docket No.: 022287-002710US

## ASSIGNMENT OF PATENT APPLICATION

JOINT

WHEREAS, **Madhukar Reddy** of 2051 Palomar Airport Road, Suite 100, Carlsbad, CA 92011-1462; **Curtis Ling** of 2051 Palomar Airport Road, Suite 100, Carlsbad, CA 92011; and **Tim Gallagher** of 2051 Palomar Airport Road, Suite 100, Carlsbad, CA 92011, hereinafter referred to as "Assignors," are the inventors of the invention described and set forth in the below-identified application for United States Letters Patent:

Title of Invention:     WIDEBAND TUNER ARCHITECTURE

Filing Date:            April 19, 2010

Application No.:        12/762,900; and

WHEREAS, MaxLinear, Inc., a corporation of the state of Delaware, located at 2051 Palomar Airport Road, Suite 100, Carlsbad, CA 92011-1462, hereinafter referred to as "ASSIGNEE," is desirous of acquiring an interest in the invention and application and in any U.S. Letters Patent and Registrations which may be granted on the same;

For good and valuable consideration, receipt of which is hereby acknowledged by Assignors, Assignors have assigned, and by these presents do assign to Assignee all right, title and interest in and to the invention and application and to all foreign counterparts (including patent, utility model and industrial designs), and in and to any Letters Patent and Registrations which may hereafter be granted on the same in the United States and all countries throughout the world, and to claim the priority from the application as provided by the Paris Convention. The right, title and interest is to be held and enjoyed by Assignee and Assignee's successors and assigns as fully and exclusively as it would have been held and enjoyed by Assignors had this Assignment not been made, for the full term of any Letters Patent and Registrations which may be granted thereon, or of any division, renewal, continuation in whole or in part, substitution, conversion, reissue, prolongation or extension thereof.

Assignors further agree that they will, without charge to Assignor, but at Assignee's expense, (a) cooperate with Assignee in the prosecution of U.S. Patent applications and foreign counterparts on the invention and any improvements, (b) execute, verify, acknowledge and deliver all such further papers, including patent applications and instruments of transfer, and (c) perform such other acts as Assignee lawfully may request to obtain or maintain Letters Patent and Registrations for the invention and improvements in any and all countries, and to vest title thereto in Assignee, or Assignee's successors and assigns.

IN TESTIMONY WHEREOF, Assignors have signed their names on the dates indicated.

Dated: 6/28/10

Madhukar Reddy

Dated: 28 June 2010

Curtis Ling

Dated: 6/28/2010

Tim Gallagher

62575229 v1

**PATENT
REEL: 024628 FRAME: 0566**

RECORDED: 07/01/2010