# EXHIBIT L

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:40 PM 03/29/2021
FILED 04:40 PM 03/29/2021
SR 20211084558 - File Number 5664571

## CERTIFICATE OF FORMATION

## OF

## Entropic Communications, LLC

..................................................................

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

..................................................................

**FIRST:** The name of the limited liability company is **Entropic Communications, LLC**.

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 29th day of March 2021.

By: _____

Name: Scott Desiderio
Title: Authorized Signatory