Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01050-JWH-KES<br><br>**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER RE DISCOVERY**<br><br>Hearing Date: June 9, 2023<br>Hearing Time: 11:00 a.m.<br>Courtroom:   9D (Santa Ana)<br>Judge:       Hon. J. W. Holcomb |

1

**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic"), and Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively "COMCAST") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's May 17, 2023 Scheduling Notice and Order [ECF Dkt. No. 45] directing the Parties to file an update regarding case consolidation and the appointment of a Special Master.

## I.   THE PARTIES' POSITION REGARDING CONSOLIDATION

With respect to consolidation, the Parties reiterate their respective positions stated in the March 10, 2023 Joint Response to Order to Show Cause Regarding Consolidation [ECF Dkt. No. 20], whereby the Parties agreed, for pretrial purposes, to consolidate Case Nos. 2:23-cv-01050-JWH-KES and 2:23-cv-01049-JWH-KES through the *Markman* hearing.  In the interim, the Parties are continuing to meet and confer with specific proposals for some consolidated discovery and potentially other issues, with another meet and confer on this issue to be held at the time of their Rule 26 conference of counsel in the coming week(s).  The Parties will be working cooperatively to agree on the specific features of consolidation and intend to submit a proposed order regarding consolidation in connection with or near the time of their filing of their Rule 26 Joint Report.

///
///
///
///
///
///
///
///
///

## II. THE PARTIES' POSITION REGARDING SPECIAL MASTER APPOINTMENT

With respect to the appointment of a Special Master to handle discovery disputes, the Parties reiterate their agreement to appoint David Keyzer as Special Master as represented to the Court during the April 21, 2023 Show Cause Hearing [ECF Dkt. No. 31]. The Parties will file a draft proposed order appointing David Keyzer as the Special Master presiding over the instant dispute as soon as the Parties receive Keyser's executed declaration confirming that he has run and cleared conflicts.

Dated: May 26, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl. Los Angeles, CA 90067 Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

|   |   |   |
|---|---|---|
| 1 |  | Nicholas F. Lenning (admitted *pro hac vice*) |
| 2 |  | **K&L GATES LLP** |
|   |  | 925 Fourth Avenue, Suite 2900 |
| 3 |  | Seattle, WA 98104 |
| 4 |  | Tel: (206) 370-6685 |
|   |  | Fax: (206) 623-7022 |
| 5 |  | nicholas.lenning@klgates.com |

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Dated: May 26, 2023                By: */s/ Krishnan Padmanabhan*
                                                    Krishnan Padmanabhan (SBN 254220)
                                                    padmanabhan@winston.com
                                                    **WINSTON & STRAWN LLP**
                                                    200 Park Ave.
                                                    New York City, NY 10166
                                                    Tel: (212) 294-3564
                                                    Fax: (212) 294-4700

Brian E. Ferguson (admitted *pro hac vice*)
beferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

Saranya Raghavan (admitted *pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**ATTORNEYS FOR DEFENDANTS
COMCAST CORPORATION;
COMCAST CABLE**

**COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Christina N. Goodrich*