Name and address:
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC <br><br> v. <br><br> Comcast Corporation, et al. <br><br> Plaintiff(s) / Defendant(s) | **CASE NUMBER** <br> 2:23-cv-01050-JWH-KES <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Summerfield, George C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 807-4376
*Telephone Number*

(312) 827-8000
*Fax Number*

george.summerfield@klgates.com
*E-Mail Address*

of

K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Entropic Communications, LLC
*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: ____

and designating as Local Counsel

Goodrich, Christina N.
*Designee's Name (Last Name, First Name & Middle Initial)*

261722
*Designee's Cal. Bar No.*

(310) 552-5547
*Telephone Number*

(310) 552-5001
*Fax Number*

christina.goodrich@klgates.com
*E-Mail Address*

of

K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.

[ ] DENIED:  [ ] for failure to pay the required fee.

  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

  [ ] for failure to complete Application: _____

  [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.

  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge