# EXHIBIT 6

**U.S. Patent No. 8,792,008 (the "'008 Patent") Exemplary Infringement Chart**

Comcast operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor TC8717 cable modem, Technicolor CGM4140 cable modem, Technicolor CGM4331 cable modem, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX001ANC STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Comcast provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Comcast literally and/or under the doctrine of equivalents infringes the claims of the '008 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

| # | U.S. Patent No. 8,792,008 | Accused Set Top Products |
|---|---|---|
| **1a** | 1. A system comprising: | The Accused Services are provided by the claimed system by utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner. By way of example, the Arris AX013ANM is charted herein. |
| **1b** | an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal; | The Accused Set Top Products have an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting an analog to digital converter. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC, highlighted in red below. |

| | | |
|---|---|---|
| | | <br><br>The Arris AX013ANM receives the entire 1GHz downstream spectrum of a Comcast cable plant. The 1 GHz cable spectrum includes a plurality of television channels. The Arris AX013ANM digitizes the entire received signal; the digitization results in a digitized signal. |

| | | |
|---|---|---|
| **1c** | a signal monitor operable to: | The Accused Set Top Products have has circuitry and/or applicable software modules constituting a signal monitor.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a signal monitor. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC.<br><br><br> |
| **1d** | analyze said digitized signal to determine a characteristic of said digitized signal; and | The Accused Set Top Products analyze said digitized signal to determine a characteristic of said digitized signal. |

| | | |
|---|---|---|
| | | Specifically, the Arris AX013ANM includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. The Arris AX013ANM analyzes, using the signal monitor, said digitized signal to determine a characteristic of said digitized signal. |
| **1e** | report said determined characteristic to a source of said received signal; | The Accused Set Top Products report said determined characteristic to a source of said received signal.<br><br>Specifically, the Arris AX013ANM includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the Arris AX013ANM reports said determined characteristic to a source of said received signal, i.e. servers and/or services provided by and/or operated by Comcast. |
| **1f** | a data processor operable to process a television channel to recover content carried on the television channel; and | The Arris AX013ANM has a data processor operable to process a television channel to recover content carried on the television channel.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a data processor operable to process a television channel to recover content carried on the television channel. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC. |

| | | |
|---|---|---|
| | | <br><br>In the Arris AX013ANM, each digitally tuned television channel is provided to a digital demodulator that outputs a transport stream for use in broadcast services. |
| **1g** | a channelizer operable to: | The Accused Set Top Products have a channelizer. |

| | | |
|---|---|---|
| | | Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a channelizer. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC.   |

| | | |
|---|---|---|
| **1h** | select a first portion of said digitized signal; | The Accused Set Top Products select a first portion of said digitized signal.<br><br>Specifically, the Arris AX013ANM includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a first portion of said digitized signal. |
| **1i** | select a second portion of said digitized signal; and | The Accused Set Top Products select a second portion of said digitized signal.<br><br>Specifically, the Arris AX013ANM includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a second portion of said digitized signal. |
| **1j** | concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor. | The Accused Set Top Products concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.<br><br>Specifically, the Arris AX013ANM includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities without affecting user service on any downstream channels. As described above, the first portion of said digitized signal is output to said signal monitor and said second portion of said digitized signal is output to said data processor. Accordingly, the Arris AX013ANM concurrently outputs said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor. |
| | | |
| **2** | 2. The system of claim 1, wherein said first portion of said digitized signal spans said entire television spectrum. | See 1h. |