1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1050-JWH-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL** |
| v. | |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | *[Filed Concurrently with Declaration of Connor Meggs; and Application to Seal]* |
| Defendants. | |

**[PROPOSED] ORDER**

**RECYCLED PAPER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's First Amended Complaint under seal, which contains details related to a confidential agreement Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Entropic's FAC ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's FAC at Subheading A and B and ¶¶ 38-59. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's FAC at ¶ 72. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Selected portions of ¶¶ 93-95 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's FAC ¶¶ 99-100. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 140 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 166 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 191 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 216 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion of ¶ 241 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 266 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 286 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of ¶ 315 of Entropic's FAC. | Terms of confidential agreement between Comcast and a third-party entity. |

Dated: _____

Hon. John W. Holcomb
United States District Judge