| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | *kpadmanabhan@winston.com*<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | Attorneys for Comcast Defendants. |
| 6 | *(Additional counsel information omitted)* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-01048-JWH-KES<br>CASE NO. 2:23-CV-01050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**NOTICE OF ERRATA TO:**<br><br>**EXHIBIT A TO COMCAST DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast Defendants" or "Comcast"), hereby file this Notice of Errata in connection with their Notice of Motion and Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) ("Motion"), which were filed under seal on May 15, 2023 and May 18, 2023 in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-01048-JWH-KES) and *Entropic Communications, LLC v. Comcast Corporation et al* (C.D. Cal. 2:23-cv-01050-JWH-KES), respectively. As explained in the accompanying Declaration of Louis Campbell, Exhibit A to Comcast Defendants' Motion was inadvertently filed with a document containing the markup of outside counsel. *See* 2:23-cv-01048 at Dkt. 42-2, 51-1; 2:23-cv-01050 at Dkt. 39-2, 48-1.

Comcast Defendants respectfully request that the Court remove Docket Nos. 42-2 and 51-1 in Case No. 2:23-cv-01048 and Docket Nos. 39-2 and 48-1 in Case No. 2:23-cv-01050 and replace them with the corrected copy of Exhibit A filed concurrently as a Sealed Exhibit.

Dated:  June 6, 2023

**WINSTON & STRAWN LLP**

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SB: 254220)
kpadmanabhan@winston.com
Diana Hughes Leiden (SB: 267606)
dhleiden@winston.com
Brian E. Ferguson (*pro hac vice*)
beferguson@winston.com
Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com

*Attorneys for Comcast Defendants.*