1  Krishnan Padmanabhan (SBN: 254220)
   *kpadmanabhan@winston.com*
2  **WINSTON & STRAWN LLP**
   200 Park Avenue
3  New York, NY 10166
   Telephone: (212) 294-6700
4  Facsimile: (212) 294-4700

5  Attorneys for Comcast Defendants.

6  *(Additional counsel information omitted)*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

                     **SANTA ANA DIVISION**
10

11  ENTROPIC COMMUNICATIONS, LLC,   | CASE NO. 2:23-CV-01048-JWH-KES
                                     | CASE NO. 2:23-CV-01050-JWH-KES
12                Plaintiff,         |
                                     | Assigned to Hon. John W. Holcomb
13        v.                         |
                                     | **DECLARATION OF LOUIS**
14  COMCAST CORPORATION;             | **CAMPBELL IN SUPPORT OF**
    COMCAST CABLE                    | **NOTICE OF ERRATA TO**
15  COMMUNICATIONS, LLC; AND         | **COMCAST DEFENDANTS'**
    COMCAST CABLE                    | **NOTICE OF MOTION AND**
16  COMMUNICATIONS MANAGEMENT,       | **MOTION TO DISMISS UNDER**
    LLC,                             | **FED. R. CIV. P. 12(B)(6)**
17
                  Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

1    I, Louis Campbell, hereby declare as follows:

2

3    1.    I am an attorney at law duly licensed to practice in the State of California.

4    I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast

5    Corporation, Comcast Cable Communications, LLC, and Comcast Cable

6    Communications Management, LLC (collectively "Defendants" or "Comcast") in the

7    above captioned matters. I submit this Declaration in support of Notice of Errata to

8    Comcast Defendants' Notice of Motion and Motion to Dismiss under Fed. R. Civ. P.

9    12(b)(6) ("Motion"). I have knowledge of the following and, if called as a witness, could

10   and would testify competently to the contents of this declaration.

11   2.    On March 5, 2023, I was emailed a PDF copy of a FedEx envelope and a

12   letter from Entropic Communications, LLC addressed to Comcast Cable

13   Communications, LLC bearing a "Received" stamp of August 17, 2022. I understand

14   that this letter was filed as a Sealed Exhibit on June 6, 2023.  Dkt No. 72 in Case No.

15   2:23-cv-01048 and Dkt No. 67 in Case No. 2:23-cv-01050.

16   3.    On April 11, 2023, I annotated this letter to denote duplicate entries in the

17   list of patent numbers.  I performed these annotations using my Apple pencil on my

18   iPad, and accidentally uploaded this to the share drive.

19   4.    My annotated copy of the letter was inadvertently filed as Exhibit A to

20   Comcast's Motion on May 15, 2023 and on May 18, 2023 (Dkt Nos. 42-2 and 51-1 in

21   Case No. 2:23-cv-01048 and Dkt Nos. 39-2 and 48-1 in Case No. 2:23-cv-01050), rather

22   than the original, clean version of the letter.

23   5.    The notations on the version of the letter filed in support of Comcast's

24   Motion are entirely my own notations made after Entropic filed its complaints in these

25   matters and do not reflect any markings from a Comcast employee.

26

27   I declare under penalty of perjury under the laws of the United States that the

28   foregoing is true and correct.

DECLARATION OF LOUIS CAMPBELL ISO NOTICE OF ERRATA TO COMCAST DEFENDANTS' NOTICE OF
MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)

1

2          Executed on this 6ᵗʰ day of June, 2023 in Redwood City, California.

3

4

5                                                    _____

6                                                    Louis Campbell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LOUIS CAMPBELL ISO NOTICE OF ERRATA TO COMCAST DEFENDANTS' NOTICE OF
MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)