Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>Case No. 2:23-cv-01050-JWH-KES<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Assigned to Hon. John W. Holcomb |

1    I am employed in the City and County of San Francisco, State of California.  I

2 am over the age of 18 and not a party to the above captioned actions.  My business

3 address is 101 California Street, San Francisco, CA 94111.

4    On June 6, 2023, Defendants served the following documents filed under seal in

5 *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-

6 01048-JWH-KES) (Dkt. 72); *Entropic Communications, LLC v. Comcast Corporation*

7 *et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 67), respectively:

| 06/06/2023 | 72 | SEALED DOCUMENT *Corrected Exhibit A to Declaration of Krishnan Padmanabhan* re Sealed Declaration in SupportDeclaration,, 42 , SEALED NOTICE OF MOTION AND MOTION *TO DISMISS UNDER F.R.C.P. 12(b)(6)* re Order on Motion for Leave to File Document Under Seal,, 50 51 , Order on Motion for Leave to File Document Under Seal,, 50 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Exhibit A to Padmanabhan Decl.)(Padmanabhan, Krishnan) (Entered: 06/06/2023) |
|---|---|---|
| 6/06/2023 | 67 | SEALED DOCUMENT *Corrected Exhibit A to Declaration of Krishnan Padmanabhan* re Sealed Declaration in SupportDeclaration,, 39 , SEALED NOTICE OF MOTION AND MOTION *TO DISMISS UNDER F.R.C.P. 12(b)(6)* re Order on Motion for Leave to File Document Under Seal, 47 48 , Order on Motion for Leave to File Document Under Seal, 47 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Exhibit A to Padmanabhan Decl.)(Padmanabhan, Krishnan) (Entered: 06/06/2023) |

20    I hereby certify that true and correct copies of the documents were served on

21 the interested parties in this action listed on the service list below.

23  ☒  by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

25 SERVICE LIST:

26 Christina N. Goodrich
Connor James Meggs
27 K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
28 Los Angeles, CA 90067
310-552-5000

Fax: 310-552-5001
Email: christina.goodrich@klgates.com
Email: connor.meggs@klgates.com

James A. Shimota
George C Summerfield
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
312-807-4299
Fax: 312-827-8000
Email: jim.shimota@klgates.com
Email: george.summerfield@klgates.com

Peter E. Soskin
K& L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: peter.soskin@klgates.com

Nicholas F. Lenning
K and L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
206-370-6685
Fax: 206-623-7022
Email: nicholas.lenning@klgates.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2023 at San Francisco, California.

Ying Lin Steinberg