| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN 254220) |
| 2 | Kpadmanabhan@winston.com<br>WINSTON & STRAWN LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166) |
| 4 | Tel: (212) 294-6700 / Fax: (212) 294-4700 |
| 5 | *Additional Counsel Listed on Signature Page* |
| 6 | |
| 7 | Attorneys for Comcast Defendants |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>              Defendants. | Case No. 2:23-cv-1050-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Scheduling Conference Date: June 30, 2023<br><br>Proposed Scheduling Conference Date: July 21, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC ("Comcast") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Stipulation to Request a Continuance of the Scheduling Conference on the Court's May 17, 2023 Order Setting Scheduling Conference from June 30, 2023 to July 21, 2023, or as soon thereafter as is convenient to the Court, with reference to the following facts:

**WHEREAS**, the current hearing date on the Scheduling Conference is June 30, 2023 at 9:00am ("Hearing Date");

**WHEREAS**, the Hearing Date is identical for each of the following two cases: *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01050 and *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01049; (collectively, the "Cable Equipment Actions");

**WHEREAS**, after meeting and conferring, the Parties agreed to a brief continuance of the Hearing Date for these two Actions;

**WHEREAS**, the soonest date on which counsel for the Parties are available is July 21, 2023 because counsel for certain Parties are also unavailable on July 7 and 14, 2023;

**NOW THEREFORE**, to accommodate the schedules of counsel, the Parties jointly stipulate to request a continuance of the Hearing Date for these Actions and hereby respectfully request that the Court continue the June 30, 2023 Hearing Date to July 21, 2023 at 9:00am, or as soon thereafter as is convenient to the Court.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2023 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Krishnan Padmanabhan* |
| | | Krishnan Padmanabhan (SBN 254220) |
| 4 | | kpadmanabhan@winston.com |
| | | Diana Hughes Leiden (SB: 267606) |
| 5 | | dhleiden@winston.com |
| | | Brian E. Ferguson (pro hac vice) |
| 6 | | beferguson@winston.com |
| | | Saranya Raghavan (pro hac vice) |
| 7 | | sraghavan@winston.com |
| 8 | | |
| 9 | | Attorneys for Defendants |
| | | Comcast Corporation; Comcast Cable |
| 10 | | Communications, LLC; and Comcast Cable |
| | | Communications Management, LLC |
| 11 | | |
| 12 | | |
| 13 | Dated: June 6, 2023 | K&L GATES LLP |
| 14 | | |
| 15 | | By: */s/ Christina Goodrich* |
| | | Christina Goodrich (SBN 261722) |
| 16 | | Connor J. Meggs (SBN 336159) |
| | | James A. Shimota (pro hac vice) |
| 17 | | George C Summerfield (pro hac vice) |
| | | Nicholas F. Lenning (pro hac vice) |
| 18 | | George C. Summerfield (pro hac vice) |
| 19 | | Attorneys for Plaintiff |
| 20 | | Entropic Communications, LLC |

3

**FILER'S ATTESTATION**

I, Krishnan Padmanabhan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 6, 2023

                                                */s/ Krishnan Padmanabhan*
                                              Krishnan Padmanabhan