1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:23-cv-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Scheduling Conference Date: June 30, 2023<br><br>Proposed Scheduling Conference Date: July 21, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

1  The Court, having read the Parties' Joint Stipulation to Request a Continuance
2  of the Scheduling Conference Date from June 30, 2023 to July 21, 2023, and good
3  cause appearing:
4      **IT IS HEREBY ORDERED** that the June 30, 2023 Scheduling Conference is
5  continued to July 21, 2023 at 9:00 a.m. in Courtroom 9D.

7  Dated: _____, 2023

10      Hon. John W. Holcomb
    United States District Judge