1  Christina N. Goodrich (SBN 261722)
2  christina.goodrich@klgates.com
   Connor J. Meggs (SBN 336159)
3  connor.meggs@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, CA 90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001

8  *Attorneys for Plaintiff*
9  *Entropic Communications, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1050-JWH-KES |
| Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| v. | **NOTICE OF LODGING REDLINE OF FIRST AMENDED COMPLAINT** |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

NOTICE OF LODGING OF REDLINED FIRST AMENDED COMPLAINT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff, Entropic Communications, LLC hereby submits a redlined version of its First Amended Complaint pursuant to Section 11 of Judge Holcomb's Standing Order entered in this matter.  (*See* DE 14 at § 11.)  This redlined document, which is attached hereto as **Exhibit A**, compares the First Amended Complaint (DE 63) to the previously filed initial complaint (DE 1).

Dated:  June 6, 2023          Respectfully submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James Shimota (admitted *pro hac vice*)
Jason Engel (*pro hac vice* forthcoming)
George C. Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi (*pro hac vice* forthcoming)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650

Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

NOTICE OF LODGING OF REDLINED FIRST AMENDED COMPLAINT