Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

[Additional attorneys listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION, *et al.*<br><br>　　　　Defendants. | Case No.: 2:23-cv-01050-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**<br><br>Related Case: 2:22-cv-07775-JWH-JEM |

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Comcast Corporation; Comcast Cable Communications LLC; and Comcast Cable Communications Management, LLC ("Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to Request Appointment of David Keyzer, Esq. as special master for discovery purposes in this case.

**WHEREAS,** the Court issued an order on April 21, 2023 in this matter directing the parties to meet and confer and file a stipulation proposing an individual for appointment as special master in this matter for the purposes of discovery [ECF 31];

**WHEREAS,** the Parties, following meet-and-confer efforts, have agreed that David Keyzer, Esq. is an appropriate candidate for appointment as special master;

**WHEREAS,** the Parties contacted Mr. Keyzer for the purposes of requesting a conflicts check for all named parties to these cases;

**WHEREAS,** Mr. Keyzer has confirmed, based on the party lists that he checked, that he does not have conflicts with any parties in this matter or the other Entropic matters for which Mr. Keyzer may serve as a special master;

1

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order appointing David Keyzer, Esq. as special master for purposes of discovery.

Dated: June 8, 2023                    Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl. Los Angeles, CA 90067 Tel.: (310) 552-5547 Fax: (310) 552-5001 christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Nicholas F. Lenning (admitted *pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 370-6685
Fax: (206) 623-7022
nicholas.lenning@klgates.com

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

|   |   |   |
|---|---|---|
| | | **ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |
| Dated: June 8, 2023 | | By: */s/ Krishnan Padmanabhan* |

Krishnan Padmanabhan (SBN 254220)
padmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Tel: (212) 294-3564
Fax: (212) 294-4700

Brian E. Ferguson (admitted *pro hac vice*)
beferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

Diana Hughes Leiden
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750

Saranya Raghavan (admitted *pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**ATTORNEY FOR DEFENDANTS COMCAST CORPORATION COMCAST CABLE COMMUNICATIONS, LLC COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich