1  David M. Keyzer (SBN 248585)
   david@keyzerlaw.com
2  **LAW OFFICE OF DAVID KEYZER, P.C.**
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

| 12 | ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01050-JWH-KES |
|---|---|---|
| 13 | Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| 14 | v. | **SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)** |
| 15 | COMCAST CORPORATION, *et al.* | |
| 16 | Defendants. | |
| 17 | | Related Case: 2:22-cv-07775-JWH-JEM |

---

**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)**

315482200.1

On or about May 3, 2023, I, David Keyzer, Esq., was contacted by the parties in the above-captioned action and asked to perform a conflicts check for the parties identified in the caption above for my prospective appointment as a special master in this matter pursuant to Federal Rule of Civil Procedure 53. Rule 53(b)(3)(A) requires that a special master file an affidavit disclosing whether there is any ground for disqualification. I have reviewed the pleadings and the docket for the above-captioned matter. I have determined, pursuant to Rule 53(a)(2), that I do not have a relationship to the parties, attorneys, action, or Court that would require disqualification of a judge under 28 U.S.C. Section 455. I understand that I may need to supplement this conflicts check later. Also, on May 5, 2023, I provided the parties with a copy of my curriculum vitae, which includes information regarding my prior employers and years of employment during and after law school, including my employment as an associate at Fish & Richardson P.C. Information regarding my prior employment has been publicly available at www.keyzerlaw.com throughout the pendency of the above-captioned case. No party has advised me of any potential ground for disqualification under 28 U.S.C. Section 455. I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _June 7, 2023_           _/s/ David Keyzer_
                                David M. Keyzer, Esq.

2

**SPECIAL MASTER AFFIDAVIT OF DAVID KEYZER, ESQ. PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)**

315482200.1