UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01050-JWH(KESx) | Date | June 9, 2023 |
| Title | *Entropic Communications, LLC v. Comcast Corporation et al* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): 
James A. Shimota
Christina N. Goodrich

Attorney(s) Present for Defendant(s):
Krishnan Padmanabhan

**Proceedings:** HEARING RE: STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the posture of the case and case schedule. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. In view of the filing of a First Amended Complaint [ECF No. 63], Defendant's Motion to Dismiss [ECF No. 40] and Defendant's Sealed Motion to Dismiss [ECF Nos. 48, 52, & 57] are **DENIED** as moot.

2. The parties' Joint Stipulation for Continuance of the Scheduling Conference [ECF No. 65] is **APPROVED**. The Scheduling Conference is **CONTINUED** to July 21, 2023, at 11:00 a.m.

**IT IS SO ORDERED.**

Time:  00:13
Initials of Preparer: cla