# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-1048-JWH-KES<br>CASE NO. 2:23-CV-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE** |

1      **IT IS HEREBY ORDERED** that Defendants' sealing application is
2 **GRANTED.** Due to the highly sensitive nature of their subject matter, the following
3 materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Notice of Motion and Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Pages (as numbered at the bottom of the page): 22, 24, 26, 29, 36 |
| Exhibit A to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit Q to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit S to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit T to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit U to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |

| Exhibit V to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
|---|---|

**IT IS SO ORDERED.**

Dated: _____

                                          Honorable John W. Holcomb
                                          United States District Judge