# EXHIBIT Q

# TO BE FILED UNDER SEAL