# EXHIBIT T

# TO BE FILED UNDER SEAL