# EXHIBIT U

# TO BE FILED UNDER SEAL