EXHIBIT V

TO BE FILED UNDER SEAL