# EXHIBIT B

You are in Search Results ▸ Live Report : MAXLINEAR COMMUNICATIONS LLC

LIVE REPORT

Currency: USD

# MAXLINEAR COMMUNICATIONS LLC

ACTIVE HEADQUARTERS

**D-U-N-S Number:** 92-864-1708

## Family Tree

Filters

Export to CSV

Exclude Branches

- HQ **Maxlinear, Inc.** 17-876-5702 Carlsbad, CA
  - HQ **Maxlinear Technologies Llc** 11-812-8457 Carlsbad, CA
  - HQ **Maxlinear Asia Limited** 86-577-0176 Labuan, Labuan
  - HQ **Exar Corporation** 05-949-5325 San Jose, CA
    - HQ **Sipex Corporation** 04-589-7097 Fremont, CA
    - S **Exar International Inc** 79-619-6269 Fremont, CA
    - S **Startech Semiconductor, Inc.** 05-801-6044 Fremont, CA
    - S **Integrated Memory Logic Limited** 07-935-1674 San Jose, CA
    - S **Micro Power Systems, Inc.** 92-947-3700 Fremont, CA
    - S **Cadeka Microcircuits, Llc** 14-276-0540 Loveland, CO
  - HQ **Maxlinear Communications Llc** 92-864-1708 Carlsbad, CA
  - HQ **Maxlinear Technologies Private Limited** 87-320-2844 Bengaluru, KA
  - S **Nanosemi, Inc.** 02-703-9381 Waltham, MA
  - S **Maxlinear Germany Gmbh** 34-305-1932 München, BY
  - S **Physpeed Corporation** 06-826-6237 Camarillo, CA
  - S **Maxlinear Austria Gmbh** 30-059-4098 Villach, Kärnten

Last Login : 02/03/2023 06:56:28 PM

©Dun & Bradstreet, Inc. 2005-2023. All rights reserved

Privacy Policy | Terms of Use | US Government Employee Disclaimer

18

