# EXHIBIT C

| Asserted Patent No. | Case No. | Patent No. | App. No. | Ownership on August 1, 2020 |
|---|---|---|---|---|
| 1 | 23-1048 | 7,295,518 | 10/322,834 | Assigned to MaxLinear LLC on Feb. 13, 2018. Ex. D (Assignment 55776-482). |
| 2 | 23-1048 | 7,594,249 | 09/910,412 | |
| 3 | 23-1048 | 7,889,759 | 10/889,975 | |
| 4 | 23-1048 | 8,085,802 | 11/292,939 | |
| 5 | 23-1048 | 8,228,910 | 12/117,890 | |
| 6 | 23-1048 | 8,320,566 | 12/580,227 | |
| 7 | 23-1048 | 8,363,681 | 12/580,127 | |
| 8 | 23-1048 | 8,621,539 | 11/241,748 | |
| 9 | 23-1048 | 8,631,450 | 11/231,349 | |
| 10 | 23-1048 | 9,838,213 | 12/027,202 | |
| 11 | 23-1048 | 10,257,566 | 15/426,253 | |
| 12 | 23-1048 | 10,432,422 | 15/832,390 | |
| 13 | 23-1050 | 8,223,775 | 10/675,566 | Assigned to MaxLinear LLC on Feb. 13, 2018. Ex. D. |
| 14 | 23-1050 | 8,284,690 | 12/635,649 | |
| 15 | 23-1050 | 8,792,008 | 13/607,916 | MaxLinear is the original assignee. Ex. E (Assignment 29034-905). |
| 16 | 23-1050 | 9,825,826 | 14/948,947 | MaxLinear is the original assignee. Ex. F (Assignment 37133-385). |
| 17 | 23-1050 | 10,135,682 | 15/866,106 | MaxLinear is the original assignee because the '682 Patent is a continuation of application |

| Asserted Patent No. | Case No. | Patent No. | App. No. | Ownership on August 1, 2020 |
|---|---|---|---|---|
| | | | | No. 13/948,444, which was assigned to MaxLinear. Dkt. 1-11 ('682 patent) at 2; Ex. G (Assignment 30940-405). |
| 18 | 23-1050 | 9,210,362 | 14/614,543 | MaxLinear, Inc. is the original assignee of the '362 patent, which is also a continuation of application No. 12/762,900, which was assigned to MaxLinear. 23-cv-1050, Dkt. 1-7 ('362 patent) at 1.  The '866 and '206 patents are also continuations of application No. 12/762,900. 23-cv-1050, Dkt. 1-13 ('866 patent) at 2; 23-cv-1050, Dkt. 1-15 ('206 patent) at 2; Ex. H (Assignment 24628-565). |