EXHIBIT E

**502076308   09/27/2012**

| PATENT ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Timothy Gallagher | 09/11/2012 |
| Jun Huang | 09/06/2012 |
| Patrick Tierney | 09/07/2012 |

**RECEIVING PARTY DATA**

| Name: | MaxLinear, Inc. |
|---|---|
| Street Address: | 2051 Palomar Airport Road |
| Internal Address: | Suite 100 |
| City: | Carlsbad |
| State/Country: | CALIFORNIA |
| Postal Code: | 92011 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 13607916 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | 3127758100 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 312-775-8000 |
| Email: | mhmpto@mcandrews-ip.com |
| Correspondent Name: | McAndrews, Held & Malloy, Ltd. |
| Address Line 1: | 500 W. Madison St. |
| Address Line 2: | 34th Fl. |
| Address Line 4: | Chicago, ILLINOIS 60661 |

| ATTORNEY DOCKET NUMBER: | 24351US02 |
|---|---|
| NAME OF SUBMITTER: | Chad M. Gilles |

Total Attachments: 4
source=24351US02_Assignment_executed#page1.tif
source=24351US02_Assignment_executed#page2.tif
source=24351US02_Assignment_executed#page3.tif
source=24351US02_Assignment_executed#page4.tif

13607916

CH $40.00

**PATENT**
**REEL: 029034 FRAME: 0905**

Docket No. 24351US02

Assignment of rights for patent application entitled:
"Method and Apparatus for Spectrum Monitoring"

| Docket No: | 24351US01 | Serial No: | 13/607,916 |
|---|---|---|---|
| Inventors: | Timothy Gallagher, Patrick Tierney, Jun Huang | Filed on: | September 10, 2012 |

In consideration of One Dollar ($1.00) and other good and valuable considerations in hand paid, the receipt and sufficiency whereof are hereby acknowledged, each of the undersigned hereby assigns to MaxLinear, Inc. incorporated under the laws of the state of Delaware, its successors and assigns, the entire right, title and interest in the invention or improvements of the undersigned disclosed in an application for Letters Patent of the United States, entitled: "Method and Apparatus for Spectrum Monitoring" and identified as File No. 24351US02, in the offices of McAndrews, Held & Malloy, Ltd., in United States Provisional Patent Application Serial No. 61/532,098 filed on September 8, 2011, and in said application and any and all other applications, both United States and foreign, which the undersigned may file, either solely or jointly with others, on said invention or improvements, and in any and all Letters Patent of the United States and foreign countries, which may be obtained on any of said applications, and in any continuation, continuation-in-part, divisional, re-examination, reissue or extension of such patents, and further assigns to said assignee the priority right provided by the International Convention.

Each of the undersigned hereby authorizes and requests the Commissioner of Patents and Trademarks to issue said Letters Patent to said assignee.

Each of the undersigned hereby authorizes and requests the attorneys of record in said application to insert in this assignment the filing date and serial number of said application when officially known.

Each of the undersigned warrants himself/herself to be the owner of the entire right, title and interest in said invention or improvements and to have the right to make this assignment, and further warrants that there are no outstanding prior assignments, licenses, or other encumbrances on the interest herein assigned.

For said considerations, each of the undersigned hereby agrees, upon the request and at the expense of said assignee, its successors and assigns, to execute any and all continuation, continuation-in-part, divisional, re-examination, extension, and substitute applications for said invention or improvements, and any necessary oath, affidavit or declaration relating thereto, and any application for the reissue, re-examination, or extension of any Letters Patent that may be granted upon said application, and any and all applications and other document for Letters Patent in foreign countries on said invention or improvements, that said assignee, its successors or assigns may deem necessary or expedient, and for the said considerations each of the undersigned authorizes said assignee to apply for patents for said invention or improvements in its own name in such countries where such procedure is proper and further agrees, upon the request of said assignee, its successors and assigns, to cooperate to the best of the ability of the undersigned with said assignee, its successors and assigns, in any proceedings or transactions involving such applications or patents, including the preparation and execution of preliminary statements, giving and producing evidence and performing any and all other acts necessary to obtain said Letters Patent, both United States and foreign, and vest all rights therein hereby conveyed in the assignee, its successors and assigns, whereby said Letters Patent will be held and enjoyed by the said assignee, its successors and assigns, to the full end of the term for which said Letters Patent will be granted, as fully and entirely as the same would have been held and enjoyed by the undersigned if this assignment had not been made.

1 of 4

Docket No. 24351US02

Assignment of rights for patent application entitled:
"Method and Apparatus for Spectrum Monitoring"

WITNESS my hand this _____11th_____ day of _____September_____ , 2012.

_____
Timothy Gallagher

PATENT
REEL: 029034 FRAME: 0907

Docket No. 24351US02

Assignment of rights for patent application entitled:
"Method and Apparatus for Spectrum Monitoring"

WITNESS my hand this ____6th____ day of ____September____, 2012.

_____
Jun Huang

**PATENT
REEL: 029034 FRAME: 0908**

Docket No. 24351US02

Assignment of rights for patent application entitled:
"Method and Apparatus for Spectrum Monitoring"

WITNESS my hand this _____7_____ day of _____September_____, 2012.

_____

Patrick Tierney

RECORDED: 09/27/2012

PATENT
REEL: 029034 FRAME: 0909