EXHIBIT K

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6651025

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| MAXLINEAR, INC. | 03/31/2021 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ENTROPIC COMMUNICATIONS, LLC |
| Street Address: | 1345 AVENUE OF THE AMERICAS |
| Internal Address: | 46TH FLOOR |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10105 |

**PROPERTY NUMBERS Total: 149**

| Property Type | Number |
|---|---|
| Application Number: | 12247908 |
| Application Number: | 14230055 |
| Application Number: | 15251349 |
| Application Number: | 12966905 |
| Application Number: | 13556649 |
| Application Number: | 14690607 |
| Application Number: | 13563955 |
| Application Number: | 15991488 |
| Application Number: | 13485003 |
| Application Number: | 14107212 |
| Application Number: | 14563476 |
| Application Number: | 15419063 |
| Application Number: | 13607916 |
| Application Number: | 15802291 |
| Application Number: | 16010671 |
| Application Number: | 14341880 |
| Application Number: | 14948947 |
| Application Number: | 14551737 |
| Application Number: | 13857755 |

| Property Type | Number |
|---|---|
| Application Number: | 13857776 |
| Application Number: | 13546704 |
| Application Number: | 13845363 |
| Application Number: | 14444537 |
| Application Number: | 13591768 |
| Application Number: | 14684602 |
| Application Number: | 15019387 |
| Application Number: | 14614543 |
| Application Number: | 15792318 |
| Application Number: | 16430506 |
| Application Number: | 12762900 |
| Application Number: | 13962871 |
| Application Number: | 14617973 |
| Application Number: | 14948881 |
| Application Number: | 14948907 |
| Application Number: | 12762950 |
| Application Number: | 15400666 |
| Application Number: | 13356265 |
| Application Number: | 14274890 |
| Application Number: | 14719393 |
| Application Number: | 14316194 |
| Application Number: | 16259021 |
| Application Number: | 13762939 |
| Application Number: | 15907404 |
| Application Number: | 13783130 |
| Application Number: | 14948436 |
| Application Number: | 15297595 |
| Application Number: | 13906933 |
| Application Number: | 15692459 |
| Application Number: | 13917794 |
| Application Number: | 14711057 |
| Application Number: | 15840195 |
| Application Number: | 14156779 |
| Application Number: | 15390900 |
| Application Number: | 14154234 |
| Application Number: | 15006337 |
| Application Number: | 15582793 |
| Application Number: | 15789372 |

| Property Type | Number |
|---|---|
| **Application Number:** | 12979270 |
| **Application Number:** | 13865489 |
| **Application Number:** | 14628627 |
| **Application Number:** | 15207085 |
| **Application Number:** | 15943141 |
| **Application Number:** | 16157818 |
| **Application Number:** | 13301488 |
| **Application Number:** | 14305417 |
| **Application Number:** | 15783116 |
| **Application Number:** | 15878099 |
| **Application Number:** | 13328634 |
| **Application Number:** | 14335989 |
| **Application Number:** | 16444524 |
| **Application Number:** | 13349856 |
| **Application Number:** | 14541349 |
| **Application Number:** | 14981102 |
| **Application Number:** | 13723897 |
| **Application Number:** | 15633146 |
| **Application Number:** | 16391396 |
| **Application Number:** | 13726994 |
| **Application Number:** | 16010069 |
| **Application Number:** | 15189758 |
| **Application Number:** | 15890495 |
| **Application Number:** | 13768982 |
| **Application Number:** | 13769004 |
| **Application Number:** | 13769031 |
| **Application Number:** | 13726965 |
| **Application Number:** | 15138390 |
| **Application Number:** | 13768940 |
| **Application Number:** | 15391105 |
| **Application Number:** | 15888705 |
| **Application Number:** | 13916130 |
| **Application Number:** | 14616397 |
| **Application Number:** | 15903189 |
| **Application Number:** | 13948401 |
| **Application Number:** | 14929463 |
| **Application Number:** | 15444648 |
| **Application Number:** | 15866106 |

| Property Type | Number |
|---|---|
| **Application Number:** | 13948444 |
| **Application Number:** | 15228703 |
| **Application Number:** | 15434673 |
| **Application Number:** | 16195053 |
| **Application Number:** | 15885871 |
| **Application Number:** | 14147628 |
| **Application Number:** | 14979825 |
| **Application Number:** | 15652982 |
| **Application Number:** | 14157146 |
| **Application Number:** | 15279653 |
| **Application Number:** | 16674594 |
| **Application Number:** | 15997183 |
| **Application Number:** | 14243679 |
| **Application Number:** | 14636621 |
| **Application Number:** | 15082989 |
| **Application Number:** | 15587534 |
| **Application Number:** | 15037955 |
| **Application Number:** | 16181664 |
| **Application Number:** | 15720224 |
| **Application Number:** | 14537359 |
| **Application Number:** | 15272060 |
| **Application Number:** | 14808193 |
| **Application Number:** | 16161728 |
| **Application Number:** | 15812893 |
| **Application Number:** | 14921667 |
| **Application Number:** | 15586836 |
| **Application Number:** | 16026636 |
| **Application Number:** | 16299246 |
| **Application Number:** | 14857453 |
| **Application Number:** | 14824792 |
| **Application Number:** | 16404354 |
| **Application Number:** | 16830986 |
| **Application Number:** | 14824915 |
| **Application Number:** | 15805776 |
| **Application Number:** | 16128064 |
| **Application Number:** | 14824973 |
| **Application Number:** | 14839532 |
| **Application Number:** | 16404351 |

| Property Type | Number |
|---|---|
| **Application Number:** | 16717248 |
| **Application Number:** | 15206049 |
| **Application Number:** | 15205962 |
| **Application Number:** | 16001067 |
| **Application Number:** | 15211897 |
| **PCT Number:** | US2008079365 |
| **PCT Number:** | US2010060145 |
| **PCT Number:** | US2012040738 |
| **PCT Number:** | US2013035387 |
| **PCT Number:** | US2013035503 |
| **PCT Number:** | US2010031627 |
| **PCT Number:** | US2010031631 |
| **PCT Number:** | US2013028860 |
| **PCT Number:** | US2010062165 |
| **PCT Number:** | US2013026367 |
| **PCT Number:** | US2014011483 |

## CORRESPONDENCE DATA

**Fax Number:** (704)331-1159

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 704-331-1000

**Email:** iplaw@mvalaw.com, jansnider@mvalaw.com

**Correspondent Name:** MOORE & VAN ALLEN PLLC

**Address Line 1:** 100 NORTH TRYON STREET, SUITE 4700

**Address Line 4:** CHARLOTTE, NORTH CAROLINA 28202

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 045057-000044 |
| **NAME OF SUBMITTER:** | JAMES VAN CLEAVE GAMBRELL |
| **SIGNATURE:** | /James Van Cleave Gambrell/ |
| **DATE SIGNED:** | 04/12/2021 |

**Total Attachments: 17**
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page1.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page2.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page3.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page4.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page5.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page6.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page7.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page8.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page9.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page10.tif

source=Executed - Assignment of Patent Rights by MaxLinear Inc#page11.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page12.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page13.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page14.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page15.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page16.tif
source=Executed - Assignment of Patent Rights by MaxLinear Inc#page17.tif

EXECUTION VERSION

## ASSIGNMENT OF PATENT RIGHTS BY MAXLINEAR, INC.

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, MaxLinear, Inc., a Delaware corporation, with an office at 5966 La Place Court, Suite 100, Carlsbad, CA 92008 ("**Assignor**"), does hereby sell, assign, transfer, and convey unto Entropic Communications, LLC, a Delaware limited liability company, with an address at 1345 Avenue of the Americas, 46th Floor, New York, NY 10105 ("**Assignee**"), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"), free and clear of all liens, claims and encumbrances other than those Assignee has expressly agreed in writing will continue to encumber the Patent Rights after execution and delivery of this Assignment of Patent Rights:

(a)     the provisional patent applications, patent applications and patents listed in the table below (the "**Patents**");

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US2008079365W | WO2009049059 | WO | 2008-10-09 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |
| EP08837075A | EP2198524 | EP | 2008-10-09 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |
| KR20107010024A | KR20100076011 | KR | 2008-10-09 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |
| CN200880115729A | CN101878595 | CN | 2008-10-09 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |
| JP2010529043A | JP2011501522 | JP | 2008-10-09 | LOW COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND UNIT SYNTHESIS |
| TW97138893A | TW200926647 | TW | 2008-10-09 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |
| US12/247908 | US8010070 | US | 2008-10-08 | LOW-COMPLEXITY DIVERSITY USING COARSE FFT AND SUBBAND-WISE COMBINING |

CONFIDENTIAL

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US2010060145W | WO2011072305 | WO | 2010-12-13 | LOW-COMPLEXITY DIVERSITY USING PREEQUALIZATION |
| US14/230055 | US9014649 | US | 2014-03-31 | LOW-COMPLEXITY DIVERSITY RECEPTION |
| US15/251349 | US20160373182 | US | 2016-08-30 | LOW-COMPLEXITY DIVERSITY RECEPTION |
| US12/966905 | US8472912 | US | 2010-12-13 | LOW-COMPLEXITY DIVERSITY USING PREEQUALIZATION |
| US13/556649 | US8688064 | US | 2012-07-24 | LOW-COMPLEXITY DIVERSITY RECEPTION |
| US14/690607 | US9432104 | US | 2015-04-20 | LOW-COMPLEXITY DIVERSITY RECEPTION |
| US13/563955 | US8548411 | US | 2012-08-01 | LOW-COMPLEXITY DIVERSITY RECEPTION |
| US2012040738W | WO2012167250 | WO | 2012-06-04 | MULTI-LAYER TIME-INTERLEAVED ANALOG-TO-DIGITAL CONVERTOR (ADC) |
| EP12792638A | EP2715943 | EP | 2012-06-04 | MULTI-LAYER TIME-INTERLEAVED ANALOG-TO-DIGITAL CONVERTOR (ADC) |
| US15/991488 | US20180278408 | US | 2018-05-29 | SIGNAL RECEIVER WITH MULTI-LEVEL SAMPLING |
| CN201280036929A | CN103703688 | CN | 2012-06-04 | MULTILAYER IS TIME-INTERLEAVED/NUMBER CONVERTER (ADC) |
| KR20147000234A | KR101879906 | KR | 2012-06-04 | MULTI-LAYER TIME-INTERLEAVED ANALOG-TO-DIGITAL CONVERTOR(ADC) |
| US13/485003 | US8611483 | US | 2012-05-31 | MULTI-LAYER TIME-INTERLEAVED ANALOG-TO-DIGITAL CONVERTOR (ADC) |
| US14/107212 | US8934590 | US | 2013-12-16 | SIGNAL RECEIVER WITH MULTI-LEVEL SAMPLING |
| US14/563476 | US9559835 | US | 2014-12-08 | SIGNAL RECEIVER WITH MULTI-LEVEL SAMPLING |
| US15/419063 | US9985777 | US | 2017-01-30 | MULTI-LAYER TIME-INTERLEAVED ANALOG-TO-DIGITAL CONVERTOR (ADC) |
| US13/607916 | US8792008 | US | 2012-09-10 | METHOD AND APPARATUS FOR SPECTRUM MONITORING |
| US15/802291 | US10063436 | US | 2017-11-02 | METHOD AND APPARATUS FOR SPECTRUM MONITORING |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0237

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US16/010671 | US10439911 | US | 2018-06-18 | METHOD AND APPARATUS FOR SPECTRUM MONITORING |
| US14/341880 | US9203653 | US | 2014-07-28 | METHOD AND APPARATUS FOR SPECTRUM MONITORING |
| US14/948947 | US9825826 | US | 2015-11-23 | METHOD AND APPARATUS FOR SPECTRUM MONITORING |
| US14/551737 | US20150089549 | US | 2014-11-24 | METHOD AND SYSTEM FOR FULL SPECTRUM CAPTURE FOR SATELLITE AND TERRESTRIAL APPLICATIONS |
| US13/857755 | US20130268977 | US | 2013-04-05 | METHOD AND SYSTEM FOR FULL SPECTRUM CAPTURE FOR TERRESTRIAL APPLICATIONS |
| US13/857776 | US20130268978 | US | 2013-04-05 | METHOD AND SYSTEM FOR FULL SPECTRUM CAPTURE FOR SATELLITE AND TERRESTRIAL APPLICATIONS |
| US2013035387W | WO2013152263 | WO | 2013-04-05 | METHOD AND SYSTEM FOR MULTI-SERVICE RECEPTION |
| US2013035503W | WO2013152320 | WO | 2013-04-05 | METHOD AND SYSTEM FOR FULL SPECTRUM CAPTURE FOR TERRESTRIAL APPLICATIONS |
| US13/546704 | US8466850 | US | 2012-07-11 | METHOD AND SYSTEM FOR MULTI-SERVICE RECEPTION |
| US13/845363 | US8797220 | US | 2013-03-18 | METHOD AND SYSTEM FOR MULTI-SERVICE RECEPTION |
| US14/444537 | US9258621 | US | 2014-07-28 | METHOD AND SYSTEM FOR MULTI-SERVICE RECEPTION |
| US13/591768 | US9008571 | US | 2012-08-22 | METHOD AND SYSTEM FOR A SINGLE FREQUENCY NETWORK FOR BROADCASTING TO MOBILE DEVICES |
| US14/684602 | US20150326329 | US | 2015-04-13 | METHOD AND SYSTEM FOR A SINGLE FREQUENCY NETWORK FOR BROADCASTING TO MOBILE DEVICES |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0238

**EXECUTION VERSION**

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US15/019387 | US20160156407 | US | 2016-02-09 | METHOD AND SYSTEM FOR A SINGLE FREQUENCY NETWORK FOR BROADCASTING TO MOBILE DEVICES |
| US2010031627W | WO2010121261 | WO | 2010-04-19 | WIDEBAND TUNER ARCHITECTURE |
| US14/614543 | US9210362 | US | 2015-02-05 | WIDEBAND TUNER ARCHITECTURE |
| US15/792318 | US10313733 | US | 2017-10-24 | WIDEBAND TUNER ARCHITECTURE |
| US16/430506 | US20200162781 | US | 2019-06-04 | WIDEBAND TUNER ARCHITECTURE |
| US12/762900 | US8526898 | US | 2010-04-19 | WIDEBAND TUNER ARCHITECTURE |
| US13/962871 | US9100622 | US | 2013-08-08 | WIDEBAND TUNER ARCHITECTURE |
| US14/617973 | US9210363 | US | 2015-02-10 | WIDEBAND TUNER ARCHITECTURE |
| US14/948881 | US9819992 | US | 2015-11-23 | WIDEBAND TUNER ARCHITECTURE |
| US14/948907 | US9942598 | US | 2015-11-23 | WIDEBAND TUNER ARCHITECTURE |
| US2010031631W | WO2010121262 | WO | 2010-04-19 | WIDEBAND PERSONAL-RADIO RECORDER |
| US12/762950 | US8892225 | US | 2010-04-19 | WIDEBAND PERSONAL-RADIO RECORDER |
| US15/400666 | US10244283 | US | 2017-01-06 | METHOD AND APPARATUS FOR AN ENERGY-EFFICIENT RECEIVER |
| US13/356265 | US8725104 | US | 2012-01-23 | METHOD AND APPARATUS FOR AN ENERGY-EFFICIENT RECEIVER |
| US14/274890 | US9042851 | US | 2014-05-12 | METHOD AND APPARATUS FOR AN ENERGY-EFFICIENT RECEIVER |
| US14/719393 | US9571885 | US | 2015-05-22 | METHOD AND APPARATUS FOR AN ENERGY-EFFICIENT RECEIVER |
| US14/316194 | US10193645 | US | 2014-06-26 | METHOD AND SYSTEM FOR INTEGRATED STACKING FOR HANDLING CHANNEL STACKING OR BAND STACKING |
| US16/259021 | US20190158200 | US | 2019-01-28 | METHOD AND SYSTEM FOR INTEGRATED STACKING FOR |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0239

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | HANDLING CHANNEL STACKING OR BAND STACKING |
| US13/762939 | US8799964 | US | 2013-02-08 | METHOD AND SYSTEM FOR INTEGRATED STACKING FOR HANDLING CHANNEL STACKING OR BAND STACKING |
| US2013028860W | WO2013131082 | WO | 2013-03-04 | CONFIGURABLE, HIGHLY-INTEGRATED SATELLITE RECEIVER |
| US15/907404 | US10211936 | US | 2018-02-28 | CONFIGURABLE, HIGHLY-INTEGRATED SATELLITE RECEIVER |
| US13/783130 | US9203535 | US | 2013-03-01 | CONFIGURABLE, HIGHLY-INTEGRATED SATELLITE RECEIVER |
| US14/948436 | US9509422 | US | 2015-11-23 | CONFIGURABLE, HIGHLY-INTEGRATED SATELLITE RECEIVER |
| US15/297595 | US9941986 | US | 2016-10-19 | CONFIGURABLE, HIGHLY-INTEGRATED SATELLITE RECEIVER |
| US13/906933 | US20130332967 | US | 2013-05-31 | COMBINED TERRESTRIAL AND SATELLITE CONTENT FOR A SEAMLESS USER EXPERIENCE |
| US15/692459 | US10256898 | US | 2017-08-31 | METHOD AND SYSTEM FOR GUARD BAND DETECTION AND FREQUENCY OFFSET DETECTION |
| US13/917794 | US9100088 | US | 2013-06-14 | METHOD AND SYSTEM FOR GUARD BAND DETECTION AND FREQUENCY OFFSET DETECTION |
| US14/711057 | US9755728 | US | 2015-05-13 | METHOD AND SYSTEM FOR GUARD BAND DETECTION AND FREQUENCY OFFSET DETECTION |
| US15/840195 | US10284899 | US | 2017-12-13 | METHOD AND SYSTEM FOR DIVERSITY COMBINING FOR HIGH-PERFORMANCE SIGNAL RECEPTION |
| US14/156779 | US9571779 | US | 2014-01-16 | METHOD AND SYSTEM FOR DIVERSITY COMBINING FOR HIGH- |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0240

**EXECUTION VERSION**

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | PERFORMANCE SIGNAL RECEPTION |
| US15/390900 | US9877062 | US | 2016-12-27 | METHOD AND SYSTEM FOR DIVERSITY COMBINING FOR HIGH-PERFORMANCE SIGNAL RECEPTION |
| US14/154234 | US9247274 | US | 2014-01-14 | FLEXIBLE CHANNEL STACKING |
| US15/006337 | US9668018 | US | 2016-01-26 | FLEXIBLE CHANNEL STACKING |
| US15/582793 | US20170238049 | US | 2017-05-01 | FLEXIBLE CHANNEL STACKING |
| US2010062165W | WO2011079326 | WO | 2010-12-27 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| EP10801782A | EP2517426 | EP | 2010-12-27 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| TW99145966A | TW201145918 | TW | 2010-12-24 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US15/789372 | US10148480 | US | 2017-10-20 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US12/979270 | US8681900 | US | 2010-12-27 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US13/865489 | US8964903 | US | 2013-04-18 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US14/628627 | US9391822 | US | 2015-02-23 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN |

CONFIDENTIAL

**PATENT**
**REEL: 055898 FRAME: 0241**

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US15/207085 | US9800451 | US | 2016-07-11 | METHODS AND APPARATUS FOR SYNCHRONIZATION IN MULTIPLE-CHANNEL COMMUNICATION SYSTEMS |
| US15/943141 | US10104572 | US | 2018-04-02 | METHOD AND SYSTEM FOR OPTIMIZING BANDWIDTH UTILIZATION IN AN IN-HOME NETWORK |
| US16/157818 | US10292068 | US | 2018-10-11 | METHOD AND SYSTEM FOR OPTIMIZING BANDWIDTH UTILIZATION IN AN IN-HOME NETWORK |
| US13/301488 | US8767554 | US | 2011-11-21 | METHOD AND SYSTEM FOR OPTIMIZING BANDWIDTH UTILIZATION IN AN IN-HOME NETWORK |
| US14/305417 | US9794823 | US | 2014-06-16 | OPTIMIZING BANDWIDTH UTILIZATION IN AN IN-HOME NETWORK |
| US15/783116 | US9936417 | US | 2017-10-13 | METHOD AND SYSTEM FOR OPTIMIZING BANDWIDTH UTILIZATION IN AN IN-HOME NETWORK |
| US15/878099 | US10324871 | US | 2018-01-23 | METHOD AND SYSTEM FOR BUFFER STATE BASED LOW POWER OPERATION IN A MOCA NETWORK |
| US13/328634 | US8788728 | US | 2011-12-16 | METHOD AND SYSTEM FOR BUFFER STATE BASED LOW POWER OPERATION IN A MOCA NETWORK |
| US14/335989 | US9875196 | US | 2014-07-21 | METHOD AND SYSTEM FOR BUFFER STATE BASED LOW POWER OPERATION IN A MOCA NETWORK |
| US16/444524 | US20200073831 | US | 2019-06-18 | METHOD AND SYSTEM FOR BUFFER STATE BASED LOW POWER OPERATION IN A MOCA NETWORK |
| US13/349856 | US8892926 | US | 2012-01-13 | SYSTEM AND METHOD FOR PROVIDING POWER-SAVE OPERATION IN AN IN-HOME |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0242

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | COMMUNICATION NETWORK |
| US14/541349 | US9223382 | US | 2014-11-14 | SYSTEM AND METHOD FOR PROVIDING POWER-SAVE OPERATION IN AN IN-HOME COMMUNICATION NETWORK |
| US14/981102 | US9436271 | US | 2015-12-28 | SYSTEM AND METHOD FOR PROVIDING POWER-SAVE OPERATION IN AN IN-HOME COMMUNICATION NETWORK |
| US13/723897 | US20130210345 | US | 2012-12-21 | METHOD AND SYSTEM FOR BROADBAND NEAR FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE |
| US2013026367W | WO2013123341 | WO | 2013-02-15 | METHOD AND SYSTEM FOR BROADBAND NEAR FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE |
| US15/633146 | US20170359678 | US | 2017-06-26 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING CONFIGURATION AND REGULATORY REQUIREMENTS |
| US16/391396 | US20200120468 | US | 2019-04-23 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING SCREEN AND APPLICATION SHARING |
| US13/726994 | US10051406 | US | 2012-12-26 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION (BNC) UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING CONCURRENT CHARGING AND COMMUNICATION |
| US16/010069 | US10251043 | US | 2018-06-15 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0243

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | (BNC) UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING CONCURRENT CHARGING AND COMMUNICATION |
| US15/189758 | US10264432 | US | 2016-06-22 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION (BNC) UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING BRIDGING ACROSS WALL |
| US15/890495 | US10271192 | US | 2018-02-07 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING SCREEN AND APPLICATION SHARING |
| US13/768982 | US10356584 | US | 2013-02-15 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING PAIRING, CONTENT SHARING AND SECURITY |
| US13/769004 | US10356585 | US | 2013-02-15 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING RANGING |
| US13/769031 | US9326090 | US | 2013-02-15 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING SCREEN AND APPLICATION SHARING |
| US13/726965 | US9414184 | US | 2012-12-26 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION (BNC) UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING BRIDGING ACROSS WALL |
| US15/138390 | US9560477 | US | 2016-04-26 | METHOD AND SYSTEM FOR BROADBAND NEAR- |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0244

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING SCREEN AND APPLICATION SHARING |
| US13/768940 | US9693175 | US | 2013-02-15 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING CONFIGURATION AND REGULATORY REQUIREMENTS |
| US15/391105 | US9913082 | US | 2016-12-27 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) SUPPORTING SCREEN AND APPLICATION SHARING |
| US15/888705 | US20180234740 | US | 2018-02-05 | METHOD AND SYSTEM FOR RECEIVER CONFIGURATION BASED ON A PRIORI KNOWLEDGE OF NOISE |
| US13/916130 | US8990864 | US | 2013-06-12 | METHOD AND SYSTEM FOR RECEIVER CONFIGURATION BASED ON A PRIORI KNOWLEDGE OF NOISE |
| US14/616397 | US9888294 | US | 2015-02-06 | METHOD AND SYSTEM FOR RECEIVER CONFIGURATION BASED ON A PRIORI KNOWLEDGE OF NOISE |
| US15/903189 | US10263801 | US | 2018-02-23 | METHOD AND SYSTEM FOR A HIGH CAPACITY CABLE NETWORK |
| US13/948401 | US9178765 | US | 2013-07-23 | METHOD AND SYSTEM FOR A HIGH CAPACITY CABLE NETWORK |
| US14/929463 | US9621367 | US | 2015-11-02 | METHOD AND SYSTEM FOR A HIGH CAPACITY CABLE NETWORK |
| US15/444648 | US9929871 | US | 2017-02-28 | METHOD AND SYSTEM FOR A HIGH CAPACITY CABLE NETWORK |
| US15/866106 | US10135682 | US | 2018-01-09 | METHOD AND SYSTEM FOR SERVICE GROUP |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0245

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | MANAGEMENT IN A CABLE NETWORK |
| US13/948444 | US9419858 | US | 2013-07-23 | METHOD AND SYSTEM FOR SERVICE GROUP MANAGEMENT IN A CABLE NETWORK |
| US15/228703 | US9577886 | US | 2016-08-04 | METHOD AND SYSTEM FOR SERVICE GROUP MANAGEMENT IN A CABLE NETWORK |
| US15/434673 | US9866438 | US | 2017-02-16 | METHOD AND SYSTEM FOR SERVICE GROUP MANAGEMENT IN A CABLE NETWORK |
| US16/195053 | US20190089593 | US | 2018-11-19 | METHOD AND SYSTEM FOR SERVICE GROUP MANAGEMENT IN A CABLE NETWORK |
| US15/885871 | US10271118 | US | 2018-02-01 | ADVANCED FIBER NODE |
| US14/147628 | US9225426 | US | 2014-01-06 | ADVANCED FIBER NODE |
| US14/979825 | US9894426 | US | 2015-12-28 | ADVANCED FIBER NODE |
| US2014011483W | WO2014113387 | WO | 2014-01-14 | ADVANCED FIBER NODE |
| US15/652982 | US10469166 | US | 2017-07-18 | FEEDBACK-BASED CONFIGURATION OF A HYBRID FIBER-COAXIAL NETWORK |
| US14/157146 | US9461742 | US | 2014-01-16 | FEEDBACK-BASED CONFIGURATION OF A HYBRID FIBER-COAXIAL NETWORK |
| US15/279653 | US9712236 | US | 2016-09-29 | FEEDBACK-BASED CONFIGURATION OF A HYBRID FIBER-COAXIAL NETWORK |
| US16/674594 | US20200067596 | US | 2019-11-05 | FEEDBACK-BASED CONFIGURATION OF A HYBRID FIBER-COAXIAL NETWORK |
| US15/997183 | US10574261 | US | 2018-06-04 | SYSTEM AND METHOD FOR LOW-POWER DIGITAL SIGNAL PROCESSING |
| US14/243679 | US8981977 | US | 2014-04-02 | SYSTEM AND METHOD FOR LOW-POWER DIGITAL SIGNAL PROCESSING |
| US14/636621 | US9306595 | US | 2015-03-03 | SYSTEM AND METHOD FOR LOW-POWER DIGITAL SIGNAL PROCESSING |
| US15/082989 | US9647687 | US | 2016-03-28 | SYSTEM AND METHOD FOR LOW-POWER |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0246

**EXECUTION VERSION**

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | DIGITAL SIGNAL PROCESSING |
| US15/587534 | US9991906 | US | 2017-05-05 | SYSTEM AND METHOD FOR LOW-POWER DIGITAL SIGNAL PROCESSING |
| US15/037955 | US10122543 | US | 2014-11-20 | METHODS AND SYSTEMS FOR POWER MANAGEMENT IN COMMUNICATION DEVICES BASED ON CABLE CONNECTIVITY |
| US16/181664 | US10848340 | US | 2018-11-06 | METHODS AND SYSTEMS FOR POWER MANAGEMENT IN COMMUNICATION DEVICES BASED ON CABLE CONNECTIVITY |
| US15/720224 | US10432262 | US | 2017-09-29 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION |
| US14/537359 | US9484986 | US | 2014-11-10 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION |
| US15/272060 | US9806765 | US | 2016-09-21 | METHOD AND SYSTEM FOR BROADBAND NEAR-FIELD COMMUNICATION |
| US14/808193 | US10104083 | US | 2015-07-24 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US16/161728 | US20190098010 | US | 2018-10-16 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US15/812893 | US10498768 | US | 2017-11-14 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US14/921667 | US9819698 | US | 2015-10-23 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US15/586836 | US10015000 | US | 2017-05-04 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US16/026636 | US10230515 | US | 2018-07-03 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |

CONFIDENTIAL

**PATENT
REEL: 055898 FRAME: 0247**

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US16/299246 | US20200044811 | US | 2019-03-12 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US14/857453 | US9647817 | US | 2015-09-17 | METHOD AND APPARATUS FOR MOCA NETWORK WITH PROTECTED SET-UP |
| US14/824792 | US10285116 | US | 2015-08-12 | METHOD AND APPARATUS FOR PRE-ADMISSION MESSAGING IN A MOCA NETWORK |
| US16/404354 | US20190297564 | US | 2019-05-06 | METHOD AND APPARATUS FOR PRE-ADMISSION MESSAGING IN A MOCA NETWORK |
| US16/830986 | US20200229077 | US | 2020-03-26 | METHOD AND APPARATUS FOR PRE-ADMISSION MESSAGING IN A MOCA NETWORK |
| US14/824915 | US10075333 | US | 2015-08-12 | METHOD AND APPARATUS FOR ADMISSION TO A MOCA NETWORK |
| US15/805776 | US10374879 | US | 2017-11-07 | METHOD AND APPARATUS FOR DETERMINING MOCA BEACON TRANSMIT POWER |
| US16/128064 | US10659296 | US | 2018-09-11 | METHOD AND APPARATUS FOR ADMISSION TO A PREMISES-BASED CABLE NETWORK |
| US14/824973 | US9813999 | US | 2015-08-12 | METHOD AND APPARATUS FOR DETERMINING MOCA BEACON TRANSMIT POWER |
| US14/839532 | US10284386 | US | 2015-08-28 | METHOD AND APPARATUS FOR PROVIDING A HIGH SECURITY MODE IN A NETWORK |
| US16/404351 | US10756923 | US | 2019-05-06 | METHOD AND APPARATUS FOR PROVIDING A HIGH SECURITY MODE IN A NETWORK |
| US16/717248 | US20200127867 | US | 2019-12-17 | METHOD AND APPARATUS FOR PROVIDING A HIGH |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0248

EXECUTION VERSION

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| | | | | SECURITY MODE IN A NETWORK |
| US15/206049 | US10313496 | US | 2016-07-08 | SPECTRUM ABSTRACTION FOR A SHARED COAXIAL CABLE NETWORK |
| US15/205962 | US10142256 | US | 2016-07-08 | TIME AND FREQUENCY ALLOCATION FOR CONCURRENT COMMUNICATIONS ON A SHARED COAXIAL CABLE |
| US16/001067 | US10454653 | US | 2018-06-06 | MIXED-MODE CABLE-BASED NETWORK |
| US15/211897 | US9998270 | US | 2016-07-15 | MIXED-MODE MOCA NETWORK |

(b)      all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, and/or (ii) for which any of the Patents directly or indirectly forms a basis for priority;

(c)      all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisionals, registrations of any item in any of the foregoing categories (a) and (b);

(d)      all foreign patents, foreign patent applications, and foreign counterparts relating to any item in any of the foregoing categories (a) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e)      all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any item in any of the foregoing categories (a) through (d), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(f)      causes of action (whether known or unknown or whether currently pending, filed, or otherwise) on account of any of the Patents and/or any item in any of the foregoing categories (b) through (e), including, without limitation, all causes of action and other enforcement rights for

(1)      damages,
(2)      injunctive relief, and
(3)      any other remedies of any kind

for past, current, and future infringement; and

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0249

EXECUTION VERSION

(g)     all rights to collect royalties and other payments under or on account of any of
the Patents and/or any item in any of the foregoing categories (b) through (f).

Notwithstanding the foregoing, the Patent Rights exclude the patent applications and
patents listed in the table below, together with any and all, existing now or in the future,
continuations, continuations-in-part, divisions, extensions, reissues, reexaminations, reviews,
and renewals thereof (the " **Excluded Assets**"):

| Application No. | Publication / Patent No. | Country | Filing Date | Title of Patent |
|---|---|---|---|---|
| US15/964615 | US10256773 | US | 2018-04-27 | METHOD AND APPARATUS FOR BROADBAND DATA CONVERSION |
| US13/336451 | US9991847 | US | 2011-12-23 | METHOD AND APPARATUS FOR BROADBAND DATA CONVERSION |
| US2013036379W | WO2013155419 | WO | 2013-04-12 | METHOD AND SYSTEM FOR WIFI COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE (FSC) |
| US15/964580 | US20180249445 | US | 2018-04-27 | METHOD AND SYSTEM FOR WIFI ACCESS POINT UTILIZING FULL SPECTRUM CAPTURE (FSC) |
| US13/862345 | US9125185 | US | 2013-04-12 | METHOD AND SYSTEM FOR WIFI ACCESS POINT UTILIZING FULL SPECTRUM CAPTURE |
| US13/862339 | US9277536 | US | 2013-04-12 | METHOD AND SYSTEM FOR WIFI COMMUNICATION UTILIZING FULL SPECTRUM CAPTURE |
| US13/862336 | US9320019 | US | 2013-04-12 | METHOD AND SYSTEM FOR CHANNEL ALLOCATION AND BANDWIDTH MANAGEMENT IN A WIFI DEVICE THAT UTILIZES FULL SPECTRUM CAPTURE |
| US14/839201 | US9980250 | US | 2015-08-28 | METHOD AND SYSTEM FOR WIFI ACCESS POINT UTILIZING FULL SPECTRUM CAPTURE (FSC) |

CONFIDENTIAL

PATENT
REEL: 055898 FRAME: 0250

EXECUTION VERSION

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction in which any Patent Rights exist to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

**[Remainder of Page Intentionally Blank.]**

CONFIDENTIAL

**PATENT
REEL: 055898 FRAME: 0251**

EXECUTION VERSION

IN WITNESS WHEREOF this Assignment of Patent Rights is executed as of March 31, 2021.

**ASSIGNOR:**

**MaxLinear, Inc.**

By: _____
Name: KISHORE SEENDRIPU
Title: CEO
*(Signature MUST be attested)*

**ATTESTATION OF SIGNATURE PURSUANT TO 28 U.S.C. § 1746**

The undersigned witnessed the signature of *Kishore Seendripu* to the above Assignment of Patent Rights on behalf of *MaxLinear, Inc* and makes the following statements:

1.   I am over the age of 18 and competent to testify as to the facts in this Attestation block if called upon to do so.

2.   *Kishore Seendripu* is personally known to me (or proved to me on the basis of satisfactory evidence) and appeared before me on *March 31*, 2021 to execute the above Assignment of Patent Rights on behalf of *MaxLinear, Inc.*.

3.   *Kishore Seendripu* subscribed to the above Assignment of Patent Rights on behalf of *MaxLinear, Inc*.

I declare under penalty of perjury under the laws of the United States of America that the statements made in the three (3) numbered paragraphs immediately above are true and correct.

EXECUTED on *March 31, 2021* (date)

Print Name: MICHELLE TARABA

*[Signature Page of Assignment of Patent Rights.]*

CONFIDENTIAL