# EXHIBIT M

```
                                                    State of Delaware
                                                    Secretary of State
                                                   Division of Corporations
                                                Delivered 04:40 PM 03/29/2021
         CERTIFICATE OF FORMATION                 FILED 04:40 PM 03/29/2021
                                                SR 20211084558 - File Number 5664571
```

## OF

### Entropic Communications, LLC

..............................................................

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

..............................................................

**FIRST:** The name of the limited liability company is **Entropic Communications, LLC**.

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 29th day of March 2021.

By: _____
Name: Scott Desiderio
Title: Authorized Signatory