# EXHIBIT O

## Contact

www.linkedin.com/in/andrea-gothing (LinkedIn)

## Top Skills

Intellectual Property
Patents
Litigation

## Publications

Are Courts the New Death Squads for Software Patents? Not So Fast.

The 5 intellectual property mistakes startups must avoid to protect ROI

Taking the pulse of digital health: Key legal issues surrounding wearable technology

The Internet of (Legal) Things

Big Data And Alice v CLS: Predicting What's Next

# Andrea Gothing

Director at Fortress Investment Group | Intellectual Property
San Francisco Bay Area

## Experience

**Fortress Investment Group**
Director
October 2020 - Present (2 years 7 months)
San Francisco, California, United States

**Robins Kaplan LLP**
Partner
September 2002 - October 2020 (18 years 2 months)

**Leadership Council on Legal Diversity**
2015 Fellow
March 2015 - March 2016 (1 year 1 month)

**Motorola**
Semiconductor Device Engineer
September 1997 - 1999 (2 years)

---

## Education

**University of Minnesota Law School**
JD, Law

**University of Minnesota-Twin Cities**
Master's degree, Electrical and Electronics Engineering

**Worcester Polytechnic Institute**
Bachelor's degree, Electrical and Electronics Engineering

## Contact

www.linkedin.com/in/erez-levy-4b77205 (LinkedIn)

# Erez Levy

Managing Director, Intellectual Property Finance Group at Fortress Investment Group
Menlo Park, California, United States

## Experience

Fortress Investment Group
Managing Director, Intellectual Property Finance Group
February 2013 - Present (10 years 3 months)

Koru Venture Partners
Co-Founder and Managing Partner
November 2012 - February 2013 (4 months)

Koru Venture Partners is an asset based lending fund that provides technology companies with capital in the form of patent backed loans. Koru Venture Partners offers mid and late stage technology companies an innovative way of leveraging their patents without risking them in litigation or losing a strategic advantage by selling them.

The investment team is comprised of world-renowned experts in patent valuation and patent monetization, as well as investment banking and structured finance professionals. The team has a strong track record, deep domain experience and comprehensive, long-tenured venture and patent industry relationships.

In February 2013 Koru Venture Partners was integrated into Fortress Investment Group.

TriplePoint Capital
Managing Director
March 2007 - October 2012 (5 years 8 months)

JPMorgan
12 years

Senior Vice President
1999 - 2007 (8 years)

Vice President
1995 - 1999 (4 years)

## Education

### University of California, Berkeley - Walter A. Haas School of Business
B.S., Business Administration

## Contact

www.linkedin.com/in/james-palmer-830b7 (LinkedIn)

## Top Skills
Private Equity
Equities
Corporate Finance

# James Palmer

Managing Director - Intellectual Property Finance Group at Fortress Investment Group
San Francisco, California, United States

## Summary

Specialties: Sourcing, Evaluating, Due Diligence,Capital Raising and Strategy for Private Companies. Most industries.

―――

## Experience

**Fortress Investment Group**
Managing Director - Intellectual Property Finance Group
June 2014 - Present (8 years 11 months)
San Francisco Bay Area

**Straight Shot LLC**
President & CEO
August 2012 - Present (10 years 9 months)

**Velico Medical**
Board Observer
January 2008 - Present (15 years 4 months)

**Python Systems**
Founder
September 2012 - December 2016 (4 years 4 months)
San Francisco Bay Area

**Laru Corporation**
Board Observer
July 2011 - June 2012 (1 year)

**Prepared Response**
Board Observer
January 2008 - May 2012 (4 years 5 months)

**Ardica Technologies**
Board Observer

Page 1 of 2

January 2010 - June 2011 (1 year 6 months)

---

## Education

Rollins College
BA, Economics

# Scott Desiderio

Managing Director - Fortress Credit Opportunities Funds
New York, New York, United States

## Contact

www.linkedin.com/in/scott-desiderio-32aab3102 (LinkedIn)

## Top Skills

Hedge Funds
Financial Modeling

## Experience

Fortress Investment Group
Managing Director
January 2022 - Present (1 year 4 months)

Fortress Investment Group
Senior Vice President
 - February 2022

Fortress Credit Opportunities Funds
Director - Deputy CFO
January 2016 - February 2022 (6 years 2 months)

―――――