# EXHIBIT S

# TO BE FILED UNDER SEAL