# EXHIBIT W



MaxLinear, Inc.
5966 La Place Court, Suite 100
Carlsbad, CA 92008
www.maxlinear.com

May 18, 2023

BY FEDERAL EXPRESS (OVERNIGHT DELIVERY)

Attn. VP, Strategic Procurement
Comcast Cable Communications Management, LLC
One Comcast Center
Philadelphia, PA 19103

To Whom It May Concern:

This letter serves as MaxLinear, Inc.'s written notice to Comcast Cable Management Communications, LLC ("Comcast") of termination of the Vendor Support Agreement dated as of August 1, 2020 (the "Agreement"), including termination of Statement of Work #1 related thereto.

Sincerely,

*Steve Litchfield*
Steven Litchfield

c\ Cable Law Department - Operations