# Exhibit X

| ¶ in 2:23-cv-01048, Dkt. 69-1 (FAC) | ¶ in 2:23-cv-01050, Dkt. 65-1 (FAC) |
|---|---|
| 3 | |
| 4 | |
| 31 | 26 |
| 32 | 27 |
| 33 | 28 |
| 34 | 29 |
| 35 | 30 |
| 36 | 31 |
| 37 (FN 4: MaxLinear, LLC assigned all of the Patents-in-Suit to Entropic) | 32 (FN 4: Each of the Patents-in-Suit, other than the '866 and '206 Patents, were assigned to Entropic by MaxLinear, LLC) |
| 38 | 33 |
| 39 | 34 |
| 40 | 35 |
| 41 | 36 |
| 42 | 37 |
| 43 | 38 |
| 44 | 39 |
| 45 | 40 |
| 46 | 41 |
| 47 | 42 |
| 48 | 43 |
| 49 | 44 |
| 50 | 46 |
| 51 | 47 |
| 51 | 48 |
| 52 | 49 |
| 53 | 45 |
| 54 | 50 |
| 55 | 51 |
| 56 | 52 |
| 57 | 52 |
| 58 | 53 |
| 59 | 54 |
| 60 | 55 |
| 61 | 56 |
| 62 | 57 |
| 63 | 58 |
| 64 | 59 |
| 65 | 74 |
| 66 (Patents-in-Suit) | 75 (MoCA standard patents) |
| 67 | 96 |
| 68 | 97 |

| ¶ in 2:23-cv-01048, Dkt. 69-1 (FAC) | ¶ in 2:23-cv-01050, Dkt. 65-1 (FAC) |
| --- | --- |
| 69 | 61 |
| 70 | 62 |
| 71 | 63 |
| 72 | 64 |
| 73 | 65 |
| 74 | 66 |
| 75 | 67 |
| 76 | 68 |
| 77 | 69 |
| 78 | 70 |
| 79 | 71 |
| 80 | 76 |
| 81 | 77 |
| 82 | |
| 83 | 79 |
| 84 | 80 |
| 85 | 78 |
| 86 | 78 |
| 87 | |
| 88 | 87 |
| 89 | 86, 88 |
| 90 | 86, 89 |
| 91 | 90 |
| 92 | 91 |
| 93 | 81 |
| 94 | 82 |
| 95 | 83 |
| 96 | 84 |
| 97 (the '759 Patent and the '518 Patent through its knowledge gained from the ViXS Suit) | 101 (the '362 patent, the '826 patent, and the '206 patent through its knowledge gained from the Charter litigation) |
| 98 | 85 |
| 99 | 98 |
| 100 | |
| 101 | 92 |
| 102 | 93, 99 |
| 103 | 94 |
| 104 | 99 |
| 105 | 100 |
| 106 | 94 |
| 107 | 95, 102 |
| 108 | 103 |
| 109 | 72 |

| ¶ in 2:23-cv-01048, Dkt. 69-1 (FAC) | ¶ in 2:23-cv-01050, Dkt. 65-1 (FAC) |
|---|---|
| 110 (prosecution of Comcast's U.S. Patent App. No. 17/201,189 citing to MaxLinear's U.S. Patent No. 10,075,333; prosecution of Comcast's U.S. Patent App. No. 16/777,622 citing to MaxLinear's U.S. Patent No. 10,285,116) | 73 (prosecution of Comcast's U.S. Patent No. 10,582,515 citing to MaxLinear's U.S. Patent Nos. 9,178,765 and 9,419,858) |
| 111 | 104 |
| 139 – 145 | |