Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1048-JWH-KES**<br>**No. 2:23-cv-1050-JWH-KES**<br><br>Assigned to Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING COMCAST DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE**<br><br>Date: July 21, 2023<br>Time: 9:00 am<br>Courtroom: 9D |

Having considered the motion of Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively "Comcast" or "Defendants") seeking to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1), or in the alternative, dismiss Plaintiff's claims of willfulness pursuant to Federal Rule of Civil Procedure 12(b)(6), the papers, pleadings, and evidence submitted, and the oral arguments presented, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** for the following reasons:

[**Motion Pursuant to Rule 12(b)(1):** MaxLinear, Inc. and its affiliates covenanted not to sue Defendants for alleged infringement of the asserted patents. The assignment of the asserted patents by MaxLinear, Inc., and its affiliate MaxLinear Communications LLC, to plaintiff, Entropic Communications, LLC ("Entropic") was made subject to existing encumbrances, including the covenant not to sue Defendants. *Datatreasury Corp. v. Wells Fargo & Co.*, 522 F.3d 1368, 1372 (Fed. Cir. 2008). Plaintiff therefore lacks a basis to bring these lawsuits.

Accordingly, the Court grants Comcast's motion under Rule 12(b)(1) for lack of subject matter jurisdiction and dismisses the case with prejudice.]

[**Motion Pursuant to Rule 12(b)(6) in the alternative:** Plaintiff's willfulness allegations are implausible because they fail to allege facts from which it can be plausibly inferred that Comcast had knowledge of the asserted patents and had knowledge that its alleged conduct constituted infringement of the asserted patents. *RJ Tech., LLC v. Apple, Inc.*, 2023 WL 3432237, at *8 (C.D. Cal. Mar. 23, 2023). Accordingly, the Court grants Comcast's motion under Rule 12(b)(6) to dismiss Entropic's willfulness claims.]

2

[PROPOSED] ORDER GRANTING COMCAST'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE
NO. 2:23-CV-1048-JWH-KES / NO. 2:23-CV-1050-JWH-KES

For these reasons, the Court GRANTS the Motion and dismisses the First Amended Complaint with prejudice.

**IT IS SO ORDERED.**

Dated:_____, 2023

                                          Honorable John W. Holcomb
                                          United States District Judge

3

[PROPOSED] ORDER GRANTING COMCAST'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE
NO. 2:23-CV-1048-JWH-KES / NO. 2:23-CV-1050-JWH-KES