| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | Attorneys for Comcast Defendants. |
| 6 | *(Additional counsel information omitted)* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>Case No. 2:23-cv-01050-JWH-KES<br><br>**CERTIFICATE OF SERVICE**<br><br>Assigned to Hon. John W. Holcomb |

1      I am employed in the City of Chicago and County of Cook, State of Illinois. I
2 am over the age of 18 and not a party to the above captioned actions. My business
3 address is 35 West Wacker Drive, Chicago, IL 60601.
4      On June 20, 2023, Defendants served the following documents filed under seal
5 in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-
6 01048-JWH-KES) (Dkt. 82); *Entropic Communications, LLC v. Comcast Corporation
7 et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 75), respectively:

| | | |
|---|---|---|
| 6/20/2023 | 82 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Motion to Dismiss under FRCP 12(b)(1) and 12(b)(6) and Exhibits A, Q, S, T, U, and V thereto) under seal 81 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Motion to Dismiss Under FRCP 12(b)(1) and 12(b)(6), # 2 Unredacted Document - Exhibit A, # 3 Unredacted Document - Exhibit Q, # 4 Unredacted Document - Exhibit S, # 5 Unredacted Document - Exhibit T, # 6 Unredacted Document - Exhibit U, # 7 Unredacted Document - Exhibit V)(Padmanabhan, Krishnan) (Entered: 06/20/2023) |
| 6/20/2023 | 75 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Motion to Dismiss under FRCP 12(b)(1) or 12(b)(6) and Exhibits A, Q, S, T, U and V thereto) under seal[74] filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # (1) Unredacted Document - Motion to Dismiss Under FRCP 12(b)(1) or 12(b)(6), # (2) Unredacted Document - Exhibit A, # (3) Unredacted Document - Exhibit Q, # (4) Unredacted Document - Exhibit S, # (5) Unredacted Document - Exhibit T, # (6) Unredacted Document - Exhibit U, # (7) Unredacted Document - Exhibit V)(Padmanabhan, Krishnan) (Entered: 06/21/2023) |

     I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

<u>SERVICE LIST</u>:

Christina N. Goodrich
Connor James Meggs
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: christina.goodrich@klgates.com
Email: connor.meggs@klgates.com

James A. Shimota
George C Summerfield
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
312-807-4299
Fax: 312-827-8000
Email: jim.shimota@klgates.com
Email: george.summerfield@klgates.com

Peter E. Soskin
K& L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: peter.soskin@klgates.com

Nicholas F. Lenning
K and L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
206-370-6685
Fax: 206-623-7022
Email: nicholas.lenning@klgates.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2023 at Chicago, Illinois.

_____
Vickie Kennedy