1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | CASE NO. 2:23-CV-1048-JWH-KES |
| | CASE NO. 2:23-CV-1050-JWH-KES |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE** |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| Defendants. | |

1

It is hereby **ORDERED** that Defendants' sealing application is **GRANTED**. Due to the highly sensitive nature of their subject matter, the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Notice of Motion and Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss | Pages (as numbered at the bottom of the page): 22, 24, 26, 29, 36 |
| Exhibit A to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit Q to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit S to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit T to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |
| Exhibit U to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |

| Document | Portion to be Sealed |
|---|---|
| Exhibit V to the Memorandum of Points and Authorities in support of Comcast Defendants' Motion to Dismiss | Entirety |

**IT IS SO ORDERED.**

Dated: June 23, 2023

Honorable John W. Holcomb
United States District Judge