# EXHIBIT A

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Thursday, June 22, 2023 2:06 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Meggs, Connor J. <Connor.Meggs@klgates.com>; Soskin, Peter E. <Peter.Soskin@klgates.com>
**Cc:** Leiden, Diana <DHLeiden@winston.com>; Raghavan, Saranya <SRaghavan@winston.com>
**Subject:** RE: Entropic v. Comcast: Comcast's motion to dismiss

**External Sender:**

Counsel –

We are available to meet and confer tomorrow at 12 PST.

Your email does not explain the date or substance of Entropic's proposed ex parte request for jurisdictional discovery or continuance.

We look forward to discussing.

Thanks,
-KP

**Krishnan Padmanabhan**
Partner
Winston & Strawn LLP
D: +1 212-294-3564
winston.com



**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, June 22, 2023 2:35 PM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Meggs, Connor J. <Connor.Meggs@klgates.com>; Soskin, Peter E. <Peter.Soskin@klgates.com>
**Cc:** Leiden, Diana <DHLeiden@winston.com>; Raghavan, Saranya <SRaghavan@winston.com>
**Subject:** RE: Entropic v. Comcast: Comcast's motion to dismiss

Counsel,

Entropic intends to move the Court for jurisdictional discovery related to Comcast's motion and to continue the hearing until after: (1) jurisdictional discovery is complete; and (2) the SDNY court renders its decision on Comcast's preliminary injunction.

Our view is that the parties could negotiate (and hopefully agree upon) the scope of the jurisdictional discovery and then submit something to the Court with the proposed scope of jurisdictional discovery. But we could agree as an initial matter that the parties agree to jurisdictional discovery, agree to continue the hearing, and will promptly propose scope and respective deadlines, etc.

Please let us know whether Comcast agrees to jurisdictional discovery and to continue the hearing to allow that to occur. If Comcast does not agree, we intend to seek *ex parte* relief from the Court to grant jurisdictional discovery and continue the hearing. If Comcast does not agree, please also provide your availability to meet and confer today. We can be available any time today at your convenience. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His