# EXHIBIT B

**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

June 15, 2023

Re: *Comcast Cable Communications Management, LLC, et al. v. MaxLinear, Inc.*, No. 23-cv-04436-AKH

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14D
New York, NY 10007

Dear Judge Hellerstein:

We represent Plaintiffs Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (together, "Comcast") in the above-referenced action. Pursuant to the parties' Stipulation and Order, entered by the Court on June 5, 2023 (ECF No. 26), we write jointly with counsel for Defendant MaxLinear, Inc. ("MaxLinear") to propose a schedule to resolve Comcast's Application for a Preliminary Injunction, filed on May 30, 2023 ("Application") (ECF Nos. 7–18).

Subject to the Court's availability, the parties respectfully request that the Court approve the following schedule and set a hearing on Comcast's Application to be held on or before August 16, 2023:

- MaxLinear may depose each declarant who submitted a declaration in support of Comcast's Application, provided that any and all such depositions are completed on or before July 14, 2023;

- MaxLinear shall file and serve its brief in opposition ("Opposition") to Comcast's Application on or before July 14, 2023;

- Comcast may depose each declarant who submits a declaration in support of MaxLinear's Opposition, if any, provided that any and all such depositions are completed on or before August 9, 2023;

- In the event Comcast intends to seek targeted document or other written discovery from MaxLinear, Comcast shall notify MaxLinear in writing within 2 business days of the date on which the Opposition is filed and served, and MaxLinear agrees that any documents or information it agrees to provide will be produced before the depositions of its declarants;

- Comcast shall file and serve its reply to MaxLinear's Opposition ("Reply") on or before August 9, 2023; and

- MaxLinear may depose each declarant who submits a declaration in support of Comcast's Reply, if any, provided that any and all such depositions are completed prior to the hearing on Comcast's Application (to be scheduled by the Court). Any such deposition shall be limited to facts that are introduced for the first time in the declarant's declaration in support of Comcast's Reply.

**Davis Polk**

We are available to provide any additional information that would be helpful to the Court and thank the Court for its consideration.

Respectfully submitted,                                    Respectfully submitted,

*/s/ Atif Khawaja*                                         */s/ Dana M. Seshens*

Atif Khawaja                                               Dana M. Seshens
*Counsel for Defendant*                                    *Counsel for Plaintiffs*


cc:     All Counsel of Record (via ECF)




**SO ORDERED:**

                                                           _____
                                                           **The Honorable Alvin K. Hellerstein**
                                                           **United States District Judge**