1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No.:  2:23-cv-01050-JWH-KES |
| Plaintiff, | [Assigned to the Hon. John W. Holcomb] |
| vs. | |
| COMCAST CORPORATION; *et al.*, | **[PROPOSED] ORDER** |
| Defendants. | |
| | Current Date of Mot. to Dismiss: July 21, 2023 |
| | Time: 9:00 AM |
| | Location: Courtroom 9D |
| | Current Opposition Deadline: June 30, 2023 |

**[PROPOSED] ORDER**

After full consideration of Plaintiff Entropic Communications, LLC's ("Plaintiff") Ex Parte Application to Conduct Jurisdictional Discovery and Continue Hearing Date, and good cause appearing, IT IS HEREBY ORDERED that the Application is GRANTED.

1. The parties shall engage in limited jurisdictional discovery.

2. The hearing on the Motion to Dismiss filed by Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Defendants" or "Comcast") will be moved from July 21, 2023 to September 22, 2023.

3. Consistent with the Local Rule 7-11 and the new hearing date, Entropic's Opposition to the Motion to Dismiss will be due no later than September 1, 2023. Comcast's Reply will be due no later than September 8, 2023.

**IT IS HEREBY ORDERED.**

Dated: _____            _____
                                                          Honorable John W. Holcomb
                                                          United States District Judge

**[PROPOSED] ORDER**