1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE *EX PARTE* APPLICATION UNDER SEAL**<br><br>*[Filed Concurrently with Declaration of Christina N. Goodrich; and Application to Seal]* |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's *Ex Parte* Application under seal, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Notice of *Ex Parte* Application ("Plaintiff's Notice") at 1:15-23. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Notice at 2:14-15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memorandum of Points and Authorities in support of its *Ex Parte* Application ("Plaintiff's Memo") at 1:4-6. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:7-14. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:15-17. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:21-25. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at footnote 2. | Contents of a confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Plaintiff's Memo at 4:4-18. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 4:21-5:9. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 5:15-6:12. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 6:13-18. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:1-21 | Contents of a confidential agreement between Comcast and a third-party entity. |

Dated: _____

Hon. John W. Holcomb
United States District Judge