Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants

*(Additional counsel information omitted)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1048-JWH-KES<br>No. 2:23-cv-1050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF COMCAST DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO CONDUCT JURISDICTIONAL DISCOVERY AND STAY HEARING ON COMCAST'S MOTIONS TO DISMISS** |

I, Krishnan Padmanabhan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast Defendants" or "Comcast"). I submit this Declaration in support of the Comcast Defendants' Motion to Dismiss under Rule 12(b)(1). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit A** is a true and correct copy of Judge Hellerstein's endorsement of the scheduled proposed by the parties to "Resolve Comcast's Application for Preliminary Injunction" (Dkt. 32) in Case No. 1:23-cv-04436-AKH.

3. Attached as **Exhibit B** is a true and correct copy of an email chain between counsel for Comcast and counsel for Entropic, beginning on June 22, 2023.

4. Attached as **Exhibit C** is a true and correct copy of the Stipulation and Order (Dkt. 23) filed in Case No. 1:23-cv-04436-AKH.

5. Entropic's counsel raised its intent to move the Court for jurisdictional discovery and to continue the July 21 hearing for the first time by email on Thursday, June 22 near the close of business Pacific time. The parties met and conferred via telephone on Friday, June 23. I attended that meet and confer.

6. During the meet and confer, Entropic's counsel could not point to any reason for waiting until now to file this *ex parte* application rather than promptly after receiving the VSA on May 4, the parties' May 8 meet and confer, or after Comcast's first motion to dismiss for lack of subject matter jurisdiction filed on May 22.

7. Entropic's counsel refused to answer questions about whether Entropic had sought documents from MaxLinear, or whether Entropic had received any documents from MaxLinear, that they believe may bear on jurisdiction. Entropic's counsel, claimed that such information was protected by the "common interest privilege."

8.      After confirming that Comcast opposed Entropic's relief, I asked Entropic's counsel when they intended to file the *ex parte* application so that I could arrange for a Winston & Strawn staff person to be available on Saturday, June 24 to file Comcast's opposition.  Entropic's counsel refused to answer, then filed the *ex parte* application at 11:08 p.m. on Friday night. Comcast's counsel received unredacted copies of Entropic's application at 11:58 p.m by email.

9.      On June 22, the parties conducted a Rule 26(f) conference. I attended that conference. Entropic's counsel did not raise jurisdictional discovery at this conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2023 in New York, New York.

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan

3
DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF
COMCAST'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION
NO. 2:23-CV-1048-JWH-KES / NO. 2:23-CV-1050-JWH-KES