# EXHIBIT B

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Thursday, June 22, 2023 2:06 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Meggs, Connor J. <Connor.Meggs@klgates.com>; Soskin, Peter E. <Peter.Soskin@klgates.com>
**Cc:** Leiden, Diana <DHLeiden@winston.com>; Raghavan, Saranya <SRaghavan@winston.com>
**Subject:** RE: Entropic v. Comcast: Comcast's motion to dismiss

Counsel –

We are available to meet and confer tomorrow at 12 PST.

Your email does not explain the date or substance of Entropic's proposed ex parte request for jurisdictional discovery or continuance.

We look forward to discussing.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
D: +1 212-294-3564
winston.com



**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, June 22, 2023 2:35 PM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Meggs, Connor J. <Connor.Meggs@klgates.com>; Soskin, Peter E. <Peter.Soskin@klgates.com>
**Cc:** Leiden, Diana <DHLeiden@winston.com>; Raghavan, Saranya <SRaghavan@winston.com>
**Subject:** RE: Entropic v. Comcast: Comcast's motion to dismiss

Counsel,

Entropic intends to move the Court for jurisdictional discovery related to Comcast's motion and to continue the hearing until after: (1) jurisdictional discovery is complete; and (2) the SDNY court renders its decision on Comcast's preliminary injunction.

Our view is that the parties could negotiate (and hopefully agree upon) the scope of the jurisdictional discovery and then submit something to the Court with the proposed scope of jurisdictional discovery. But we could agree as an initial matter that the parties agree to jurisdictional discovery, agree to continue the hearing, and will promptly propose scope and respective deadlines, etc.

Please let us know whether Comcast agrees to jurisdictional discovery and to continue the hearing to allow that to occur. If Comcast does not agree, we intend to seek *ex parte* relief from the Court to grant jurisdictional discovery and continue the hearing. If Comcast does not agree, please also provide your availability to meet and confer today. We can be available any time today at your convenience. Thank you.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Tuesday, June 20, 2023 1:51 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Meggs, Connor J. <Connor.Meggs@klgates.com>; Soskin, Peter E. <Peter.Soskin@klgates.com>
**Cc:** Leiden, Diana <DHLeiden@winston.com>; Raghavan, Saranya <SRaghavan@winston.com>
**Subject:** Entropic v. Comcast: Comcast's motion to dismiss

Counsel –

For Comcast's motion to be filed today, Comcast intends to seal the VSA and correspondence, both of which Entropic previously agreed to seal.

Please let us know if you intend to oppose Comcast's application to seal.

Thanks,
KP

**Krishnan Padmanabhan**

**Partner**

Winston & Strawn LLP

D: +1 212-294-3564

winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.