# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC; AND COMCAST
CABLE COMMUNICATIONS, LLC

                Plaintiffs,

- against -

MAXLINEAR, INC.

                Defendant.

---

Civil Action No. 1:23-cv-04436-AKH

## STIPULATION AND ORDER

WHEREAS, on May 30, 2023, Plaintiffs Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (together, "Comcast") filed an Application for a Preliminary Injunction and Temporary Restraining Order by order to show cause (ECF Nos. 7-18) ("Application"), requesting that the Court issue a preliminary injunction (i) prohibiting Defendant MaxLinear, Inc. ("MaxLinear," together with Comcast, the "Parties") from prematurely terminating the Parties' Vendor Support Agreement ("VSA") and the associated Statement of Work ("SOW," together with the VSA, the "Agreements") and (ii) ordering MaxLinear to perform its obligations under both Agreements;

WHEREAS the Application also requests that the Court issue a temporary restraining order enjoining MaxLinear from the same to preserve the status quo during the pendency of Comcast's preliminary injunction motion;

WHEREAS, the Parties conferred on June 1 and June 2, 2023, and MaxLinear has agreed to perform all of its services, and the obligations with respect to services, pursuant to the VSA and SOW, as provided herein; and

IT IS HEREBY STIPULATED by and between the undersigned counsel, on behalf of the Parties, that:

1. Comcast withdraws its request for a temporary restraining order;

2. MaxLinear agrees to perform all of its services, and the obligations with respect to services, in a timely manner and without qualification, pursuant to the VSA and SOW, until the later of (a) August 16, 2023, or (b) 30 days after the Court resolves Comcast's Application for a preliminary injunction.

3. MaxLinear agrees to an expedited schedule to resolve Comcast's preliminary injunction motion, with a hearing to be scheduled on or before August 16, 2023, subject to the Court's availability. The Parties will work in good faith to propose a schedule to the Court.

4. Comcast and MaxLinear each reserves all of its rights, claims, and defenses relating to or arising out of the VSA and the associated SOW, including, but not limited to, each Party's position with respect to the termination and enforceability of the VSA and SOW, including the covenants and obligations therein.

5. Nothing in this Stipulation shall be deemed an admission by either Party.

Dated: June 2, 2023
New York, New York

By: */s/ Dana M. Seshens*
Dana M. Seshens

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
dana.seshens@davispolk.com

– and –

David J. Lisson*
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
david.lisson@davispolk.com
*pro hac vice application pending

*Attorneys for Plaintiffs*
*Comcast Cable Communications*
*Management, LLC and Comcast Cable*
*Communications, LLC*

By: */s/ Atif N. Khawaja*
Atif N. Khawaja, P.C.

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
atif.khawaja@kirkland.com

*Attorney for Defendant MaxLinear,*
*Inc.*

SO ORDERED:

_____
The Honorable Alvin K. Hellerstein
United States District Judge