UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case Nos. | 2:23-cv-01048-JWH-JEM<br>2:23-cv-01050-JWH-JEM | Date | June 26, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. Comcast Corp., et al.*<br>*Entropic Communications, LLC v. Comcast Corp., et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:   ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATIONS [ECF No. 87 in the MOCA Case and ECF No. 79 in the Cable Case] (IN CHAMBERS)**

Before the Court in each of these two related cases[1] are the *ex parte* applications[2] of Plaintiff Entropic Communications, LLC to continue from July 21, 2023, to September 22, 2023, the hearing on the motions to dismiss[3] of Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively, "Comcast"). Entropic also seeks permission to take certain jurisdictional discovery related to the issues in

---

[1]   The two cases are *Entropic Communications, LLC v. Comcast Corp.*, Case No. 2:23-cv-01048 (the "MOCA Case"), and *Entropic Communications, LLC v. Comcast Corp.*, Case No. 2:23-cv-01050 (the "Cable Case").

[2]   Entropic's *Ex Parte* Application [ECF No. 87 in the MOCA Case]; Entropic's *Ex Parte* Application [ECF No. 79 in the Cable Case] (jointly, the "Applications").

[3]   Comcast's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) or 12(b)(6) [ECF No. 83 in the MOCA Case]; Comcast's Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) or 12(b)(6) [ECF No. 76 in the Cable Case] (jointly, the "Motions").

Comcast's Motions.  After considering the papers filed in support and Defendants' responses,[4] the Court **DENIES** Entropic's Applications.

"Ex parte motions are rarely justified." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995).  "When an ex parte motion is filed," the Court "drops everything except other urgent matters to study the papers" because it "assume[s] that the tomatoes are about to spoil or the yacht is about to leave the jurisdiction and that all will be lost unless immediate action is taken." *Id.* at 491-92.  To justify ex parte relief, the "evidence must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures," and "it must be established that the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect." *Id.* at 492.

The circumstances here do not constitute an emergency.  Entropic will have an opportunity to respond to Comcast's Motions in the ordinary course.  Indeed, Entropic is welcome to include in its oppositions to Comcast's Motions the arguments that it makes in its *ex parte* papers.  To the extent that the Court's decision on Comcast's Motions turns on the validity of the agreement at issue in the S.D.N.Y. action, the Court can and will address how to proceed (and whether to await a decision in that action) at the July 21, 2023, hearing.

For those reasons, the Court hereby **ORDERS** as follows:

1. Entropic's instant Applications are **DENIED**.

2. Comcast's request to impose sanctions for Entropic's alleged needless multiplication of these proceedings is **DENIED**.

**IT IS SO ORDERED.**

---

[4] Comcast's Opp'n to Entropic's Application [ECF No. 90 in the MOCA Case]; Comcast's Opp'n to Entropic's Application [ECF No. 82 in the Cable Case].