1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

14  ENTROPIC COMMUNICATIONS, LLC,  | Case No. 2:23-cv-1050-JWH-KES

15      Plaintiff,  | **[PROPOSED] ORDER GRANTING ENTROPIC COMMUNICATION, LLC'S OBJECTIONS TO EXHIBITS FILED IN SUPPORT OF COMCAST'S MOTION TO DISMISS**

16      v.

17  COMCAST CORPORATION; *et al.*,

18      Defendants.

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Objections to Exhibits Filed in Support of Comcast's Motion to Dismiss, the moving, opposing, and reply papers, and all other evidence and argument presented in support and opposition thereto, **IT IS HEREBY ORDERED** that Entropic's objections are:

| Exh. | Description | Objection(s) | Ruling |
|---|---|---|---|
| A | Comcast-MaxLinear Vendor Service Agreement and Statement of Work | Lacks foundation. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| B | MaxLinear Communications LLC D&B family tree | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. Inadmissible hearsay. Fed. R. Evid. 801, 802. | Sustained: _____<br><br>Overruled: _____ |
| C | Table of Asserted Patents and Assignments | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. Inadmissible hearsay. Fed. R. Evid. 801, 802. Best evidence rule, the patents and assignments speak for themselves. Fed. R. Evid. 1002. | Sustained: _____<br><br>Overruled: _____ |

| | | | |
|---|---|---|---|
| E | September 2012 assignment to MaxLinear, Inc. of U.S. Patent App. No. 13/607,916 | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| F | September 2012 assignment to MaxLinear, Inc. of U.S. Patent App. No 14/948,947 | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| G | July-August 2013 assignment to MaxLinear, Inc. | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| H | June 2010 assignment to MaxLinear, Inc. | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| I | February 2015 Plan of Merger | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____<br><br>Overruled: _____ |
| K | March 2021 assignment to | Lacks foundation and personal knowledge. Fed. R. Evid. 602. | Sustained: _____<br><br>Overruled: _____ |

| | | | |
|---|---|---|---|
| | Entropic by MaxLinear, Inc. | Not properly authenticated. *See* Fed. R. Evid. 901. | |
| L | March 2021 assignment to Entropic by MaxLinear Communications LLC | Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____ <br><br> Overruled: _____ |
| O | LinkedIn Fortress Profiles | Irrelevant. Fed. R. Evid. 401, 402. Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. Inadmissible hearsay. Fed. R. Evid. 801, 802. | Sustained: _____ <br><br> Overruled: _____ |
| P | Fortress Address | Irrelevant. Fed. R. Evid. 401, 402. Lacks foundation and personal knowledge. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. Inadmissible hearsay. Fed. R. Evid. 801, 802. | Sustained: _____ <br><br> Overruled: _____ |
| Q | Comcast Organization Chart | Lacks foundation. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. | Sustained: _____ <br><br> Overruled: _____ |

3
**[PROPOSED] ORDER**

| | | | |
|---|---|---|---|
| X | Cross-Reference of allegations in 1048 and 1050 FACs | Lacks foundation. Fed. R. Evid. 602. Not properly authenticated. *See* Fed. R. Evid. 901. Best evidence rule, the complaints and allegations speak for themselves. Fed. R. Evid. 1002. | Sustained: _____<br><br>Overruled: _____ |

Dated: _____

Hon. John W. Holcomb
United States District Judge