Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-1050-JWH-KES<br><br>**ENTROPIC'S APPLICATION TO FILE OPPOSITION TO MOTION TO DISMISS UNDER SEAL; DECLARATION OF CHRISTINA N. GOODRICH IN SUPPORT THEREOF; [PROPOSED] ORDER** |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing **unredacted** information referenced in Entropic's Opposition to Defendant Comcast's Motion to Dismiss, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity.

Each portion of the documents referenced in the chart below have been designated as confidential pursuant to agreements reached between third parties or have been filed under seal by Defendant Comcast. (*See* Goodrich Decl. in Support of Entropic's Application to File Documents Under Seal ("Goodrich Decl."), ¶ 4.) Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Plaintiff's Memorandum of Points and Authorities in Support of its Opposition to Comcast's Motion to Dismiss ("Plaintiff's Memo") at 1:10–14. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:20–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 2:19–3:15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:3–4. | Contents of a confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Plaintiff's Memo at 7:20–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 9:20. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:5–7. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:8–13. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:14–21 | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:22–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:26–11:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 11:8–9. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 11:9–13. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 12:9–11. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:20 n.3. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:24–25. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:8–10. | Contents of a confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Plaintiff's Memo at 13:15–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:25–14:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 14:3–15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 14:16–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:17–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:19–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:28. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 17:12–14. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 18:14–16 | Contents of a confidential agreement between Comcast and a third-party entity. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within (1) an

3
**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

agreement between Comcast and a third-party entity that has confidentiality obligations and that Comcast sought to seal; and (2) a communication from Comcast to Entropic that Comcast sought to seal as confidential negotiations. The public does not have an interest in accessing this confidential information. Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Comcast did not indicate whether it opposed before Entropic filed its Opposition and Application.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, Entropic has filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private, and otherwise non-public information therein.

Dated: June 30, 2023                        Respectfully Submitted,

                                            By: */s/ Christina N. Goodrich*
                                            Christina N. Goodrich (SBN 261722)
                                            Connor J. Meggs (SBN 336159)
                                            **K&L GATES LLP**
                                            10100 Santa Monica Blvd., 8th Fl.
                                            Los Angeles, CA 90067
                                            Tel.: (310) 552-5547

1 | Fax: (310) 552-5001
2 | christina.goodrich@klgates.com
3 | connor.meggs@klgates.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**