1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1050-JWH-KES |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE OPPOSITION TO MOTION TO DISMISS UNDER SEAL** |
| v. | |
| COMCAST CORPORATION; *et al.*, | *[Filed Concurrently with Declaration of Christina N. Goodrich; and Application to Seal]* |
| Defendants. | |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's Opposition to Defendant Comcast's Motion to Dismiss under seal, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memorandum of Points and Authorities in Support of its Opposition to Comcast's Motion to Dismiss ("Plaintiff's Memo") at 1:10–16. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:20–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 2:19–3:15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:3–4. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:20–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 9:20. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:5–7. | Contents of a confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Plaintiff's Memo at 10:8–13. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:14–21 | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:22–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:26–11:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 11:8–9. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 11:9–13. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 12:9–11. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:20 n.3. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:24–25. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:8–10. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:15–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:25–14:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 14:3–15. | Contents of a confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Plaintiff's Memo at 14:16–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:17–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:19–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:28. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 17:12–14. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 18:14–16 | Contents of a confidential agreement between Comcast and a third-party entity. |

Dated: _____

                Hon. John W. Holcomb
                United States District Judge