# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-1050-JWH-KES<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE OPPOSITION TO MOTION TO DISMISS UNDER SEAL**<br><br>*[Filed Concurrently with Declaration of Christina N. Goodrich; and Application to Seal]* |

**ORDER**

RECYCLED PAPER

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file Entropic's Opposition to Defendant Comcast's Motion to Dismiss under seal, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Plaintiff's Memorandum of Points and Authorities in Support of its Opposition to Comcast's Motion to Dismiss ("Plaintiff's Memo") at 1:10–16. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 1:20–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 2:19–3:15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:3–4. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 7:20–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 9:20. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:5–7. | Contents of a confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memo at 10:8–13. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:14–21 | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:22–24. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 10:26–11:2. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 11:8–9. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 11:9–13. | Contents of a confidential communication between Entropic and Comcast. |
| Plaintiff's Memo at 12:9–11. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:20 n.3. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 12:24–25. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:8–10. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:15–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 13:25–14:2. | Contents of a confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Plaintiff's Memo at 14:3–15. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 14:16–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:17–19. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:19–21. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 15:28. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 17:12–14. | Contents of a confidential agreement between Comcast and a third-party entity. |
| Plaintiff's Memo at 18:14–16 | Contents of a confidential agreement between Comcast and a third-party entity. |

**IT IS SO ORDERED.**

Dated: July 5, 2023

Hon. John W. Holcomb
United States District Judge