| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | *Attorney for Defendants* |
| 6 | COMCAST CORPORATION; COMCAST CABLE<br>COMMUNICATIONS, LLC; AND COMCAST CABLE |
| 7 | COMMUNICATIONS MANAGEMENT, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION;<br>COMCAST CABLE<br>COMMUNICATIONS, LLC; AND<br>COMCAST CABLE<br>COMMUNICATIONS MANAGEMENT,<br>LLC,<br><br>    Defendants. | CASE NO. 2:23-CV-01048-JWH-KES<br>CASE NO. 2:23-CV-01050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**NOTICE OF ERRATA TO:**<br><br>**DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6)** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast Defendants" or "Comcast"), hereby file this Notice of Errata in connection with their Notice of Motion and Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) or 12(b)(6) in the Alternative ("Motion") filed on June 20, 2023 in *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-01048-JWH-KES) and *Entropic Communications, LLC v. Comcast Corporation et al* (C.D. Cal. 2:23-cv-01050-JWH-KES), respectively. The Declaration of Krishnan Padmanabhan in Support of Defendants' Motion ("Padmanabhan Decl."), which identifies the exhibits referenced in the Motion, was inadvertently omitted from Defendants' filing on June 20, 2023, and the exhibits referenced therein were attached directly to the Motion. *See* 2:23-cv-01048 at Dkt. 83; 2:23-cv-01050 at Dkt. 76.

Comcast Defendants respectfully request that the Court enter the Padmanabhan Decl. as filed concurrently with Defendants' Motion.

Dated: July 7, 2023

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SB: 254220)
kpadmanabhan@winston.com
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

***Attorney for Defendants***
COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

1
COMCAST DEFENDANTS' NOTICE OF ERRATA
CASE NO. 2:23-CV-01048-JWH-KES; CASE NO. 2:23-CV-01050-JWH-KES