Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-01048-JWH-KES<br>CASE NO. 2:23-CV-01050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF COMCAST DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE**<br><br>Date: July 21, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

1    I, Krishnan Padmanabhan, hereby declare as follows:

2    1.    I am an attorney at law duly licensed to practice in the State of California.

3    I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast

4    Corporation, Comcast Cable Communications, LLC, and Comcast Cable

5    Communications Management, LLC (collectively, "Comcast Defendants" or

6    "Comcast"). I submit this Declaration in support of the Comcast Defendants' Motion to

7    Dismiss under Rule 12(b)(1). I have knowledge of the following and, if called as a

8    witness, could and would testify competently to the contents of this declaration.

9    2.    Attached as **Exhibit A** is a true and correct copy of the Comcast-

10   MaxLinear Vendor Service Agreement (VSA) and exhibits thereto, as well as a true and

11   correct copy of Statement of Work # 1.

12   3.    Attached as **Exhibit B** is a true and correct copy of a D&B Finance

13   Analytics family tree report for MaxLinear Communications LLC that was downloaded

14   on February 22, 2023 at my direction from D&B's website.

15   4.    Attached as **Exhibit C** is a chart that was created at my direction to serve

16   as a demonstrative to Comcast's Motion. This chart cross-references the Asserted

17   Patents, the underlying patent applications, and ownership on August 1, 2020 based on

18   assignment records, which were also separately attached as exhibits.

19   5.    Attached as **Exhibit D** is a true and correct copy of the February 2018

20   assignment to MaxLinear Communications LLC that was downloaded from the USPTO

21   Patent Assignment Search website at my direction.

22   6.    Attached as **Exhibit E** is a true and correct copy of the September 2012

23   assignment to MaxLinear, Inc. of U.S. Patent App. No. 13/607,916 that was

24   downloaded from the USPTO Patent Assignment Search website at my direction.

25   7.    Attached as **Exhibit F** is a true and correct copy of the September 2012

26   assignment to MaxLinear, Inc. of U.S. Patent App. No. 14/948,947 that was

27   downloaded from the USPTO Patent Assignment Search website at my direction.

28   8.    Attached as **Exhibit G** is a true and correct copy of the July-August 2013

DECLARATION OF KRISHNAN PADMANABHAN ISO DEFENDANTS' MOTION TO DISMISS
UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE

assignment to MaxLinear, Inc that was downloaded from the USPTO Patent Assignment Search website at my direction.

9.      Attached as **Exhibit H** is a true and correct copy of the June 2010 assignment to MaxLinear, Inc that was downloaded from the USPTO Patent Assignment Search website at my direction.

10.     Attached as **Exhibit I** is a true and correct copy of the February 2015 Agreement and Plan of Merger and Reorganization that was downloaded from the SEC website at my direction.

11.     Attached as **Exhibit J** is a true and correct copy of the April 2015 assignment to Entropic Communications, LLC that was downloaded from the USPTO Patent Assignment Search website at my direction.

12.     Attached as **Exhibit K** is a true and correct copy of a March 2021 assignment to Plaintiff Entropic by MaxLinear, Inc that was downloaded from the USPTO Patent Assignment Search website at my direction.

13.     Attached as **Exhibit L** is a true and correct copy of a March 2021 assignment to Plaintiff Entropic by MaxLinear Communications LLC that was downloaded from the USPTO Patent Assignment Search website at my direction.

14.     Attached as **Exhibit M** is a true and correct copy of Plaintiff Entropic's Delaware Secretary of State registration that was downloaded from the State of Delaware website at my direction.

15.     Attached as **Exhibit N** is a true and correct copy of Plaintiff Entropic's Texas Secretary of State registration that was downloaded from the Texas Secretary of State website at my direction.

16.     Attached as **Exhibit O** is a true and correct copies of LinkedIn profiles for individuals associated with Fortress Investment Group, including Andrea Gothing, Erez Levy, James Palmer, and Scott Desiderio. These profiles were downloaded at my direction from LinkedIn's website.

17.     Attached as **Exhibit P** is a true and correct copy of a printout of the Contact

2

page on Fortress' website (https://www.fortress.com/contact) that was captured on April 14, 2023 at my direction.

18.     Attached as **Exhibit Q** is a true and correct copy of an organization chart of Comcast entities.

19.     Attached as **Exhibit R** is a true and correct copy of a Comcast 2020 Form 10-K that was downloaded from the SEC website at my direction.

20.     Attached as **Exhibit S** is a true and correct copy of a letter from Entropic's CEO, Mr. Boris Teksler, addressed to Comcast Cable Communications, LLC, received on or around August 17, 2022.

21.     Attached as **Exhibit T** is a true and correct copy of a letter from Mr. Seth Kramer, Assistant Deputy General Counsel for Comcast Cable Communications, LLC, addressed to Entropic's CEO, Mr. Boris Teksler, sent on or around October 10, 2022.

22.     Attached as **Exhibit U** is a true and correct copy of a letter from Entropic's CEO, Mr. Boris Teksler, addressed to Comcast Cable Communications, LLC, received on or around December 23, 2022.

23.     Attached as **Exhibit V** is a true and correct copy of two letters from counsel for Entropic addressed to Comcast Cable Communications, LLC, which were sent on or around February 13, 2023 and received on or around February 15, 2023.

24.     Attached as **Exhibit W** is a true and correct copy of a letter to Comcast Cable Communication Management, LLC from Steven Litchfield at MaxLinear, Inc., dated May 18, 2023.

25.     Attached as **Exhibit X** is a chart that was created at my direction to serve as a demonstrative to Comcast's Motion. This chart cross-referencing paragraphs of Entropic's First Amended Complaint in Case No. 23-cv-1048 to corresponding paragraphs in Entropic's First Amended Complaint in Case No. 23-cv-1050 which are the same or substantially similar.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

2          Executed on this 7th day of July, 2023 in New York, NY.

3

4     Dated:  July 7, 2023                    WINSTON & STRAWN LLP

5                                             By:  */s/ Krishnan Padmanabhan*
                                                   Krishnan Padmanabhan
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4