# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | CASE NO. 2:23-CV-1048-JWH-KES<br>CASE NO. 2:23-CV-1050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE** |

1  **IT IS HEREBY ORDERED** that Defendants' sealing application is
2  **GRANTED.** Due to the highly sensitive nature of their subject matter, the following
3  materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Defendants' Reply ISO Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) or 12(b)(6) in the Alternative | Pages (as numbered at the bottom of the page): 6 |
| Exhibit 1 to the Declaration of David Marcus | Entirety |
| Exhibit 2 to the Declaration of David Marcus | Entirety |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable John W. Holcomb
United States District Judge