# EXHIBIT 1

REDACTED VERSION OF DOCUMENT
TO BE FILED UNDER SEAL