# EXHIBIT 2

REDACTED VERSION OF DOCUMENT
TO BE FILED UNDER SEAL