Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | No. 2:23-cv-1048-JWH-KES<br>No. 2:23-cv-1050-JWH-KES<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF DAVID L. MARCUS IN SUPPORT OF COMCAST'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) OR 12(B)(6) IN THE ALTERNATIVE**<br><br>Date: July 21, 2023<br>Time: 9:00 a.m.<br>Courtroom: 9D |

I, David L. Marcus, declare as follows:

1. I make the following statements based on personal knowledge and if called to testify to them, could and would do so.

2. I am the Senior Vice President, Chief Litigation Counsel, and Senior Deputy General Counsel at Comcast Cable Communications LLC. I have held this position since January 2017. I have previously held the role of Chief Patent Counsel and Deputy General Counsel at Comcast Cable Communications LLC, among other titles, and have served as an in-house attorney at Comcast since April 2007.

3. MaxLinear, Inc. ("MaxLinear") and Comcast Cable Communications Management, LLC entered into a Vendor Support Agreement ("VSA") and the first Statement of Work pursuant to that VSA effective August 1, 2020. True, correct, and complete copies of the VSA and Statement of Work #1 are attached hereto as **Exhibit 1**. I sent the documents included in Exhibit 1 by email to Entropic Communications LLC ("Entropic") via its CEO, Boris Teksler, on May 3, 2023, as set forth in my May 22, 2023 declaration (Dkt. 60-3 in the '1048 case and Dkt. 57-3 in the '1050 case).

4. Attached hereto **Exhibit 2** is a true and correct copy of Comcast Cable Communications Management, LLC's organizational chart created from Comcast's internal databases on or about March 17, 2023 at 10:45 AM ET. As shown in this document, Comcast Cable Communications Management, LLC is a wholly-owned, direct subsidiary of Comcast Cable Communications, LLC; and Comcast Cable Communications, LLC is a wholly-owned, indirect subsidiary of Comcast Corporation. In other words, Comcast Corporation is a parent of Comcast Cable Communications, LLC, and Comcast Cable Communications, LLC is a parent of Comcast Cable Communications Management, LLC. This was also the case in 2020 when the VSA was signed, and remains the case today.

///

///

///

1
2   I declare under penalty of perjury that the foregoing is true and correct. Executed
3   this 7th day of July, 2023 in Philadelphia, Pennsylvania.
4

_____
David L. Marcus