| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | Attorneys for Comcast Defendants. |
| 6 | *(Additional counsel information omitted)* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:23-cv-01048-JWH-KES<br>Case No. 2:23-cv-01050-JWH-KES<br><br>**CERTIFICATE OF SERVICE**<br><br>Assigned to Hon. John W. Holcomb |

1  I am employed in the City and County of San Francisco, State of California. I
2  am over the age of 18 and not a party to the above captioned actions. My business
3  address is 101 California Street, San Francisco, CA 94111.
4  On July 7, 2023, Defendants served the following documents filed under seal in
5  *Entropic Communications, LLC v. Comcast Corporation et* al (C.D. Cal. 2:23-cv-
6  01048-JWH-KES) (Dkt. 103); *Entropic Communications, LLC v. Comcast*
7  *Corporation et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 93), respectively:

| Date | Dkt | Description |
|---|---|---|
| 07/07/2023 | 103 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast's Reply in Support of Motion to Dismiss; and Exhibits 1 and 2 to Declaration of David Marcus in Support Thereof) under seal 102 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast's Reply ISO Motion to Dismiss, # 2 Unredacted Document - Exhibit 1 to Marcus Decl. ISO Motion to Dismiss, # 3 Unredacted Document - Exhibit 2 to Marcus Decl. ISO Motion to Dismiss)(Padmanabhan, Krishnan) (Entered: 07/07/2023) |
| 07/07/2023 | 93 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast's Reply in Support of Motion to Dismiss; and Exhibits 1 and 2 to Declaration of David Marcus in Support Thereof) under seal 92 filed by Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast's Reply ISO Motion to Dismiss, # 2 Unredacted Document - Exhibit 1 to Marcus Decl. ISO Motion to Dismiss, # 3 Unredacted Document - Exhibit 2 to Marcus Decl. ISO Motion to Dismiss)(Padmanabhan, Krishnan) (Entered: 07/07/2023) |

I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Christina N. Goodrich
Connor James Meggs

1
CERTIFICATE OF SERVICE
CASE NOS. 2:23-CV-01048-JWH-KES; 2:23-CV-01050-JWH-KES

| | |
|---|---|
| 1 | K&L Gates LLP |
| | 10100 Santa Monica Boulevard, 8th Floor |
| 2 | Los Angeles, CA 90067 |
| | 310-552-5000 |
| 3 | Fax: 310-552-5001 |
| | Email: christina.goodrich@klgates.com |
| 4 | Email: connor.meggs@klgates.com |
| | |
| 5 | James A. Shimota |
| | George C. Summerfield |
| 6 | K&L Gates LLP |
| | 70 West Madison Street, Suite 3100 |
| 7 | Chicago, IL 60602 |
| | 312-807-4299 |
| 8 | Fax: 312-827-8000 |
| | Email: jim.shimota@klgates.com |
| 9 | Email: george.summerfield@klgates.com |
| | |
| 10 | Peter E. Soskin |
| | K& L Gates LLP |
| 11 | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 12 | 415-882-8200 |
| | Fax: 415-882-8220 |
| 13 | Email: peter.soskin@klgates.com |
| | |
| 14 | Darlene F. Ghavimi |
| | K&L Gates LLP |
| 15 | 2801 Via Fortuna, Suite 650 |
| | Austin, TX 78746 |
| 16 | 512-482-6919 |
| | Fax: 512-482-6859 |
| 17 | Email: darlene.ghavimi@klgates.com |
| | |
| 18 | Nicholas F. Lenning |
| | K&L Gates LLP |
| 19 | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA 98104 |
| 20 | 206-370-6685 |
| | Fax: 206-623-7022 |
| 21 | Email: nicholas.lenning@klgates.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2023 at San Francisco, California.

_Ying Lin Steinberg_