1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,       §
11          Plaintiff,                  §   Case No. 2:23-cv-01043-JWH-KES
                                        §
                                        §   Hon. John W. Holcomb
12       v.                             §   Special Master David M. Keyzer
                                        §
13 DISH NETWORK CORPORATION,            §
   DISH NETWORK LLC, and DISH           §
14 NETWORK SERVICE LLC,                 §   **NOTICE OF**
            Defendants.                 §
15 _____    §   **SPECIAL MASTER ORDER**
                                        §
16 ENTROPIC COMMUNICATIONS, LLC,        §
            Plaintiff,                  §
17                                      §
         v.                             §   Case No. 2:23-cv-01047-JWH-KES
18                                      §
   COX COMMUNICATIONS, INC.,            §
19 COXCOM, LLC, and COX                 §
   COMMUNICATIONS CALIFORNIA,           §
20 LLC,                                 §
            Defendants.                 §

NOTICE OF SPECIAL MASTER ORDER - 1

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01048-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | | |
| Defendants. | | |
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01049-JWH-KES |
| COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, | | |
| Defendants. | | |
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01050-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | | |
| Defendants. | | |

1    Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2    David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.

3    74), the Special Master attaches hereto the Special Master Order No. SM-1.

4

5

6    Dated:  July 24, 2023          By:     /s/ David Keyzer

7                                                David M. Keyzer
                                                 California Bar No. 248585
                                                 david@keyzerlaw.com
8                                                LAW OFFICE OF DAVID KEYZER, P.C.
                                                 5170 Golden Foothill Parkway
9                                                El Dorado Hills, CA 95762
                                                 Telephone: (916) 243-5259
10                                               Facsimile: (916) 404-0436

11                                               Special Master

12

13

14

15

16

17

18

19

20