DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC,<br>　　　　Defendants. | Case No. 2:23-cv-01043-JWH-KES<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br><br>**SPECIAL MASTER ORDER**<br><br>**No. SM-1** |
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br>　　　　Defendants. | Case No. 2:23-cv-01047-JWH-KES |

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COMCAST CORPORATION, § <br> COMCAST CABLE § <br> COMMUNICATIONS, LLC, and § <br> COMCAST CABLE § <br> COMMUNICATIONS MANAGEMENT, § <br> LLC, § <br> Defendants. § <br> _____ § | Case No. 2:23-cv-01048-JWH-KES | |
| ENTROPIC COMMUNICATIONS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COX COMMUNICATIONS, INC., § <br> COXCOM, LLC, and COX § <br> COMMUNICATIONS CALIFORNIA, § <br> LLC, § <br> Defendants. § <br> _____ § | Case No. 2:23-cv-01049-JWH-KES | |
| ENTROPIC COMMUNICATIONS, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> COMCAST CORPORATION, § <br> COMCAST CABLE § <br> COMMUNICATIONS, LLC, and § <br> COMCAST CABLE § <br> COMMUNICATIONS MANAGEMENT, § <br> LLC, § <br> Defendants. § | Case No. 2:23-cv-01050-JWH-KES | |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 260), and further pursuant to e-mail correspondence between the Special Master and counsel for both sides on July 7, 12, 13, 17, and 21, 2023, the Special Master hereby **SETS** a preliminary conference for **July 26, 2023, at 12:00 P.M.** Pacific Time, by videoconference.

Counsel participating in the discussion shall appear by video. Other counsel and other attendees (such as client representatives) that do not actively participate may attend either with or without video. Attendees shall mute their microphones when they are not actively participating at a particular time.

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half). The parties shall provide the Reporter's contact information to the Special Master **no later than 5:00 P.M. Pacific Time on the day before the hearing**.

The parties shall provide the Special Master and the Reporter with a list of expected participants **no later than 5:00 P.M. Pacific Time on the day before the hearing**. This list shall be submitted by e-mail and shall indicate each name together with e-mail address and status as counsel, client representative, or other affiliation.

Each party shall provide all other parties, the Court Reporter, and the Special Master with an electronic copy of any demonstrative presentation slides that the party

1 intends to use during the hearing **no later than 5:00 P.M. Pacific Time on the day
2 before the hearing**. Such demonstrative presentative slides that are not designated as
3 confidential shall also be filed in PDF form on the Court's docket as an attachment to a
4 Notice (slides designated as confidential shall be provided only by e-mail to all other
5 parties, the Court Reporter, and the Special Master). **The parties should not attempt
6 any video screen sharing** or other presentation of demonstratives during the hearing but
7 rather should refer to the electronic copies that have been distributed by the parties prior
8 to the hearing.

9      Use of a headset, earbuds, or a combination of a microphone and headphones
10 (rather than using any external speakers) is strongly encouraged so as to minimize
11 feedback, room echoes, and other audio interruptions that might otherwise be a
12 significant impediment to the Special Master in conducting the hearing, to opposing
13 counsel in responding to arguments, and to the Reporter in producing a clear record.

14      Zoom information for this conference is as follows:

15      Zoom Webinar ID:  884 6091 2744

16      Password: 22301043

17      IT IS SO ORDERED.

19 Dated: July 24, 2023     By: _David M. Keyzer_
20                                           David M. Keyzer
                                                 Special Master