1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9                           SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,    §
11                                    §   Case No. 2:23-cv-01043-JWH-KES
              Plaintiff,              §
12                                    §   Hon. John W. Holcomb
         v.                           §   Special Master David M. Keyzer
                                      §
13  DISH NETWORK CORPORATION,         §
    DISH NETWORK LLC, and DISH        §
14  NETWORK SERVICE LLC,              §   **NOTICE OF**
              Defendants.             §
15  _____   §   **SPECIAL MASTER MINUTES**
                                      §
16  ENTROPIC COMMUNICATIONS, LLC,    §
              Plaintiff,              §
17                                    §
         v.                           §   Case No. 2:23-cv-01047-JWH-KES
18                                    §
    COX COMMUNICATIONS, INC.,         §
19  COXCOM, LLC, and COX              §
    COMMUNICATIONS CALIFORNIA,        §
20  LLC,                              §
              Defendants.             §

NOTICE OF SPECIAL MASTER MINUTES - 1

| | | | |
|---|---|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, | § § | |
| 2 | Plaintiff, | § § | |
| 3 | v. | § § § | Case No. 2:23-cv-01048-JWH-KES |
| 4 | COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and | § § § | |
| 5 | COMCAST CABLE COMMUNICATIONS MANAGEMENT, | § § § | |
| 6 | LLC, Defendants. | § § § | |
| 7 | _____ | § § | |
| 8 | ENTROPIC COMMUNICATIONS, LLC, Plaintiff, | § § § | |
| 9 | | § § | |
| 10 | v. | § § | Case No. 2:23-cv-01049-JWH-KES |
| 11 | COX COMMUNICATIONS, INC., COXCOM, LLC, and COX | § § § | |
| 12 | COMMUNICATIONS CALIFORNIA, LLC, | § § § | |
| 13 | Defendants. | § § | |
| 14 | _____ | § § | |
| 15 | ENTROPIC COMMUNICATIONS, LLC, Plaintiff, | § § § | |
| 16 | v. | § § | Case No. 2:23-cv-01050-JWH-KES |
| 17 | COMCAST CORPORATION, COMCAST CABLE | § § § | |
| 18 | COMMUNICATIONS, LLC, and COMCAST CABLE | § § § | |
| 19 | COMMUNICATIONS MANAGEMENT, LLC, | § § § | |
| 20 | Defendants. | § § § | |

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt. 74), the Special Master attaches hereto the Special Master Minutes for a preliminary conference held on July 26, 2023.

Dated: July 26, 2023          By:     /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master