DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br>       Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC, <br>       Defendants. | Case No. 2:23-cv-01043-JWH-KES <br><br> Hon. John W. Holcomb <br> Special Master David M. Keyzer <br><br> **SPECIAL MASTER MINUTES** |
| ENTROPIC COMMUNICATIONS, LLC, <br>       Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, <br>       Defendants. | Case No. 2:23-cv-01047-JWH-KES |

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01048-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | | |
| Defendants. | | |
| _____ | | |
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01049-JWH-KES |
| COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, | | |
| Defendants. | | |
| _____ | | |
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 2:23-cv-01050-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | | |
| Defendants. | | |

1  Pursuant to paragraph 3 of the Court's July 5, 2023 Order Appointing David
2  Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74), and
3  further pursuant to e-mail correspondence between the Special Master and counsel for
4  both sides on July 7, 12, 13, 17, and 21, 2023, the Special Master held a preliminary
5  conference on July 26, 2023, for the parties to provide background information regarding
6  the above-captioned cases and to discuss procedures for the parties to submit any
7  discovery disputes to the Special Master.  The parties appeared as follows:

| Plaintiff Entropic | DISH Defendants | Reporter |
|---|---|---|
| Christina Goodrich | Ruffin Cordell | Lena Mescall |
| | Chris Marchese | |
| | Rich Sterba | |
| | Adam Shartzer | |
| | | |
| | Cox Defendants | |
| | Michael Turton | |
| | April Isaacson | |
| | | |
| | Comcast Defendants | |
| | Diana Leiden | |
| | Saranya Raghavan | |
| | Krishnan Padmanabhan | |

The Special Master convened the preliminary conference by videoconference on July 26, 2023, at 12:00 P.M. Pacific Time.  The Special Master heard discussion by Christina Goodrich on behalf of Plaintiff Entropic Communications, LLC, by Adam Shartzer on behalf of Defendants DISH Network Corporation, DISH Network LLC., and DISH Network Service LLC, by April Isaacson on behalf of Defendants Cox

1   Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC, and by

2   Krishnan Padmanabhan on behalf of Defendants Comcast Corporation, Comcast Cable

3   Communications, LLC, and Comcast Cable Communications Management, LLC.

4       During the preliminary conference, the parties discussed the background of the

5   above-captioned cases as well as a discovery dispute resolution procedure that the Special

6   Master has applied in *Medtronic, Inc., et al. v. Axonics Modulation Technologies, Inc.*,

7   No. 8:19-CV-02115-DOC-JDE, Dkt. 135-1, Special Master Order No. SM-5 (C.D. Cal.

8   July 13, 2022).  All parties expressed an inclination to agree with the general approach

9   set forth in that procedure.  Defendants requested time to consider the details of the

10  procedure and to propose changes, particularly as to the timing of briefing.  With

11  agreement of all parties, the Special Master ordered Defendants to provide any proposed

12  changes to Plaintiff no later than **August 1, 2023,** by 5:00 P.M. Pacific Time, ordered

13  Plaintiff to respond with agreement or a counter-proposal no later than **August 3, 2023,**

14  by 5:00 P.M. Pacific Time, and SET a follow-up preliminary conference for August 7,

15  2023, at 9:30 A.M. Pacific Time (which could potentially be vacated if the parties reach

16  full agreement).

17      The Special Master adjourned the preliminary conference at 12:35 P.M.

18      Zoom information for the follow-up preliminary conference is as follows:

19          Zoom Webinar ID:  884 6540 2023

20          Password:  22301043

Dated: July 26, 2023     By: /s/ David M. Keyzer
David M. Keyzer
Special Master