1　DAVID M. KEYZER (SB# 248585)
　　david@keyzerlaw.com
2　LAW OFFICE OF DAVID KEYZER, P.C.
　　5170 Golden Foothill Parkway
3　El Dorado Hills, CA 95762
　　Telephone: (916) 243-5259
4　Facsimile: (916) 404-0436

5

6

7

8　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA
9　　　　　　　　　　SOUTHERN DIVISION

10
　　ENTROPIC COMMUNICATIONS, LLC,　　§　　Case No. 2:23-cv-01043-JWH-KES
11　　　　　Plaintiff,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§　　Hon. John W. Holcomb
12　　　v.　　　　　　　　　　　　　　　§　　Special Master David M. Keyzer
　　　　　　　　　　　　　　　　　　　　§
13　DISH NETWORK CORPORATION,　　　§
　　DISH NETWORK LLC, and DISH　　　§
14　NETWORK SERVICE LLC,　　　　　　§　　**NOTICE OF**
　　　　　　Defendants.　　　　　　　　§
15　_____　§　　**SPECIAL MASTER ORDER**
　　　　　　　　　　　　　　　　　　　　§
16　ENTROPIC COMMUNICATIONS, LLC,　　§
　　　　　　Plaintiff,　　　　　　　　　§
17　　　　　　　　　　　　　　　　　　　§
　　　　　v.　　　　　　　　　　　　　§　　Case No. 2:23-cv-01047-JWH-KES
18　　　　　　　　　　　　　　　　　　　§
　　COX COMMUNICATIONS, INC.,　　　　§
19　COXCOM, LLC, and COX　　　　　　　§
　　COMMUNICATIONS CALIFORNIA,　　§
20　LLC,　　　　　　　　　　　　　　　§
　　　　　　Defendants.　　　　　　　　§

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
|         Plaintiff, | § | |
| | § | |
| | § | Case No. 2:23-cv-01048-JWH-KES |
|      v. | § | |
| | § | |
| COMCAST CORPORATION, | § | |
| COMCAST CABLE | § | |
| COMMUNICATIONS, LLC, and | § | |
| COMCAST CABLE | § | |
| COMMUNICATIONS MANAGEMENT, | § | |
| LLC, | § | |
|         Defendants. | § | |
| _____ | § | |
| ENTROPIC COMMUNICATIONS, LLC, | § | |
|         Plaintiff, | § | |
| | § | |
| | § | Case No. 2:23-cv-01049-JWH-KES |
|      v. | § | |
| | § | |
| COX COMMUNICATIONS, INC., | § | |
| COXCOM, LLC, and COX | § | |
| COMMUNICATIONS CALIFORNIA, | § | |
| LLC, | § | |
|         Defendants. | § | |
| | § | |
| | § | |
| _____ | § | |
| ENTROPIC COMMUNICATIONS, LLC, | § | |
|         Plaintiff, | § | |
| | § | |
| | § | Case No. 2:23-cv-01050-JWH-KES |
|      v. | § | |
| | § | |
| COMCAST CORPORATION, | § | |
| COMCAST CABLE | § | |
| COMMUNICATIONS, LLC, and | § | |
| COMCAST CABLE | § | |
| COMMUNICATIONS MANAGEMENT, | § | |
| LLC, | § | |
|         Defendants. | § | |
| | § | |

1    Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2  David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.

3  74), the Special Master attaches hereto the Special Master Order No. SM-2.

4

5

6  Dated:  ___August 4, 2023___          By:  ____/s/ David Keyzer_____

7                                        David M. Keyzer
                                         California Bar No. 248585
8                                        david@keyzerlaw.com
                                         LAW OFFICE OF DAVID KEYZER, P.C.
9                                        5170 Golden Foothill Parkway
                                         El Dorado Hills, CA 95762
10                                       Telephone: (916) 243-5259
                                         Facsimile: (916) 404-0436
11
                                         Special Master
12

13

14

15

16

17

18

19

20