UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01050-JWH(KESx) | Date | August 9, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. Comcast Corporation et al* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Clarissa Lara | Miriam Baird |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Krishnan Padmanabhan |
| Christina N. Goodrich | Diana H. Leiden |
| Kenneth Bridges | Saranya Raghavan |

**Proceedings:** **HEARING RE: MOTION OF DEFENDANT COMCAST TO DISMISS [ECF No. 76]; SEALED MOTION OF DEFENDANT COMCAST TO DISMISS [ECF No. 84]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated on the record, the Court takes the motions [ECF No. 76 & 84] under submission. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Plaintiff Entropic Communications is **DIRECTED** to file no later than August 18, 2023, a supplemental brief, of no more than five-pages, in opposition to the motion to dismiss. Defendant Comcast Corporation is **DIRECTED** to file no later than September 1, 2023, a responsive supplemental brief, of no more than five-pages, in support of the motion to dismiss.

2. Counsel are **DIRECTED** to meet and confer forthwith regarding the Claim Construction Schedule.

Time:   00:33
Initials of Preparer: cla

      3.      The parties are **DIRECTED** to file no later than August 18, 2023, a Stipulation and Proposed Order setting a Claim Construction Schedule .

**IT IS SO ORDERED.**