| | |
|---|---|
| 1 | April E. Isaacson (SBN 180638) |
| 2 | aisaacson@kilpatricktownsend.com |
|   | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| 3 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco CA 94111 |
| 4 | Tel: (415) 273 8306 / Fax: (415) 576-0300 |
| 5 | *Additional Counsel Listed on Signature Page* |
| 6 | Attorneys for Defendants |
|   | Cox Communications, Inc. *et al.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES <br> Case No.: 2:23-cv-01050-JWH-KES <br><br> **JOINT STIPULATION TO CONSOLIDATE CASES:** <br><br> ***ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.,*** **CASE NO. 2:23-cv-01049-JWH-KES** <br><br> ***ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.,*** **CASE NO. 2:23-cv-01050-JWH-KES** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | |
| COX COMMUNICATION, INC., *et al.*, <br><br> Counter-Claimant, <br><br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, <br><br> Counter-Defendants. | |

**JOINT STIPULATION TO CONSOLIDATE CASES**
CASE NOS. 2:23-CV-01049, 01050 (JWH-KES)

The parties, Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc.; Coxcom, LLC; and Cox Communications California LLC (collectively "Cox" or "Cox Defendants"); and Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC (collectively "Comcast" or "Comcast Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to consolidate the following cases through the date of the *Markman* hearing:

- *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01049-JWH-KES;
- *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01050-JWH-KES; and

**WHEREAS,** Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may consolidate actions before it if the cases involve a common question of law or fact;

**WHEREAS,** district courts have broad discretion under this rule to consolidate cases pending within the same district, and consolidation of related cases in federal court is strongly encouraged (*see Ashe v. Swenson*, 397 U.S. 436, 455 (1970); *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *Investors Research Co. v. United States Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777 (9th Cir. 1989);

**WHEREAS,** on February 10, 2023, Entropic filed complaints against Cox and Comcast in the above-captioned cases, alleging infringement of the same patents;

**WHEREAS,** the two actions involve the same plaintiff, the same patents, and claims of infringement directed to cable equipment;

**WHEREAS,** except for Comcast's pending motion to dismiss for lack of subject matter jurisdiction and Cox's recently filed counterclaims, the cases are also procedurally aligned in that they are all in their early stages and some have not progressed beyond the pleading stage;

1     **WHEREAS,** consolidation of the cases would reduce the burden on the Court by: 1) reducing the number of duplicative filings and orders, and 2) reducing the number of separate hearings on procedural and substantive issues the Court must schedule;

    **WHEREAS,** consolidation of these cases would also increase efficiency for the Parties;

    **WHEREAS,** consolidation of the cases will avoid inconsistent results within each case on identical issues, particularly with regard to discovery rulings and claim construction of the same terms that are at issue in both cases;

    **WHEREAS,** no party would be prejudiced by consolidation as all Parties have agreed to consolidate cases for pretrial purposes through the *Markman* hearing.

    **WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order consolidating the above-captioned cases against the Cox and Comcast Defendants into a single action for pretrial purposes through the date of the *Markman* hearing, with the Lead Case being 2:23-cv-01049-JWH-KES. The Parties further stipulate to request that the Court order separate trials for each Defendant pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and 35 U.S.C. § 299.

Dated: October 16, 2023     Respectfully Submitted,

By: */s/ April E. Isaacson*
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
Tel: (415) 273 8306 / Fax: (415) 576-0300

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y Kamran (SBN 347617)
skamran@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles CA 90067
Tel: (310) 248-3830 / Fax: (310) 860-0363

|   |   |
|---|---|
|   | Mitchell G. Stockwell (*admitted pro hac vice*) |
|   | mstockwell@kilpatricktownsend.com |
|   | Christopher S. Leah (*admitted pro hac vice*) |
|   | cleah@kilpatricktownsend.com |
|   | Courtney S. Dabbiere |
|   | cdabbiere@kilpatricktownsend.com |
|   | Michael J. Turton (admitted *pro hac vice*) |
|   | mturton@kilpatricktownsend.com |
|   | Vaibhav P. Kadaba (admitted *pro hac vice*) |
|   | wkadaba@kilpatricktownsend.com |
|   | **KILPATRICK TOWNSEND & STOCKTON LLP** |
|   | 1100 Peachtree Street, Suite 2800 |
|   | Atlanta, GA 30309-4530 |
|   | Tel: (404)-815-6214 / Fax: (404)-541-3403 |
|   |   |
|   | **ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC** |

| Dated: October 16, 2023 | By: */s/ Christina N. Goodrich* |
|---|---|
|   | Christina N. Goodrich (SBN 261722) |
|   | Connor J. Meggs (SBN 336159) |
|   | **K&L GATES LLP** |
|   | 10100 Santa Monica Blvd., 8th Fl. |
|   | Los Angeles, CA 90067 |
|   | Tel.: (310) 552-5547 / Fax: (310) 552-5001 |
|   | christina.goodrich@klgates.com |
|   | connor.meggs@klgates.com |
|   |   |
|   | Peter Soskin (SBN 280347) |
|   | **K&L GATES LLP** |
|   | 4 Embarcadero Center, Suite 1200 |
|   | San Francisco, CA 94111 |
|   | Tel.: (415) 882-8200 / Fax: (415) 882-8220 |
|   | peter.soskin@klgates.com |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | James Shimota (admitted *pro hac vice*) |
| 3 | | George Summerfield (admitted *pro hac vice*) **K&L GATES LLP** |
| 4 | | 70 W. Madison Street, Suite 3300 |

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121 / Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919 Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

Dated: October 16, 2023

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SBN 254220)
padmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave.
New York City, NY 10166
Tel: (212) 294-3564 / Fax: (212) 294-4700

Brian E. Ferguson (admitted *pro hac vice*)
beferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000 / Fax: (202) 282-5100

Diana Hughes Leiden
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700 / Fax: (213) 615-1750

Saranya Raghavan (admitted *pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600 / Fax: (312) 558-5700

**ATTORNEYS FOR DEFENDANTS COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, April E. Isaacson, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ April E. Isaacson*
April E. Isaacson