IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No.:  2:23-cv-01049-JWH-KES<br>Case No.:  2:23-cv-01050-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES:**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.,* **CASE NO. 2:23-cv-01049-JWH-KES**<br><br>*ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.,* **CASE NO. 2:23-cv-01050-JWH-KES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>    Defendants. | |
| COX COMMUNICATIONS, INC., *et al.*,<br><br>    Counter-Claimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES
Case Nos. 2:23-cv-01049, 01050 (JWH-KES)

| | |
|---|---|
| 1 | MAXLINEAR COMMUNICATIONS LLC, |
| 2 | |
| 3 | Counter-Defendants. |

1  Having considered the Joint Stipulation to Consolidate Cases filed by Plaintiff
2  Entropic Communications, LLC and Defendants Cox Communications, Inc.;
3  Coxcom, LLC; and Cox Communications California LLC; and Defendants Comcast
4  Corporation; Comcast Cable Communications, LLC; and Comcast Cable
5  Communications Management, LLC; (together with Entropic, the "Parties"), and for
6  good cause shown, the Court grants the Parties' Joint Stipulation to Consolidate Cases
7  and hereby consolidates the following cases into a single action for pretrial purposes
8  through the date of the *Markman* hearing: Case No. 2:23-cv-01049-JWH-KES, and
9  Case No. 2:23-cv-01050-JWH-KES.
10     IT IS SO ORDERED.
11
12 Dated: _____, 2023
13
14
15                                    _____
                                      Hon. John W. Holcomb
16                                    United States District Court Judge